IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GARY Z. LYON | ) | CASE NO. 2:08-CV-00464 |
| | ) | |
| Plaintiffs, | ) | JUDGE GREGORY L. FROST |
| | ) | |
| vs. | ) | MAJ. JUDGE NORA McCANN KING |
| | ) | |
| YELLOW TRANSPORTATION, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT UNION'S MOTION AND NOTICE OF MOTION TO PLAINTIFF FOR SANCTIONS

To:     Phillip L.. Harmon, Esq. (0033371)
        6649 North High Street, Suite 105
        Worthington, Ohio 43085

        Attorney for Plaintiff

**PLEASE TAKE NOTICE** that twenty-one (21) days after service of this Notice, or as soon thereafter as counsel can be heard by the Court, Defendants Teamsters Local Union No. 413 ("Local 413") will move this honorable Court, the United States District Court, Southern District of Ohio, Eastern Division, Judge Gregory L. Frost and Magistrate Nora McCann King presiding, for an order imposing such monetary and other sanctions as may be appropriate against Phillip L. Harmon, Esq., his law firm and Plaintiff Gary Z. Lyon Federal Rule of Civil Procedure 11(b), 28 U.S.C. § 1927 and the inherent power of the Court, as applicable. This motion will be made on the following grounds:

1.      On May 13, 2008 the Plaintiff by and through the above-named attorney and law firms ("Plaintiff's Counsel") filed a written complaint (ECF Doc. 1) ("Complaint")

in the United States District Court for the Southern District of Ohio, Eastern Division in this matter. Defendant Local 413 was required to answer the Complaint and did so on June 30, 2008. (ECF Doc. No. 15).

2.    On July 18, 2008, Defendant therefore served the foregoing Motion and Notice of Motion to Plaintiff for Sanctions Under Rule 11 28 U.S.C. § 1927, arguing *inter alia*, that said Complaint was frivolous and otherwise impermissible under the Federal Rules of Civil Procedure.

6.    Said Plaintiff's Counsel, by or on behalf of their client, have together with Plaintiff violated and continue to violate Fed. R. Civ. P. 11 and 28 U.S.C. 1927 and the inherent power of the Court, in that:

   a)    said Complaint was presented for the improper purpose of harassing Movant, causing unnecessary delay of litigation, or causing needless increase in the cost of litigation, and

   b)    as discussed in the attached Memorandum in Support, which is incorporated herein by reference, said Complaint contains basic factual and legal contentions which were not warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law, and

   c)    said Complaint contains claims and contentions, as specified and summarized below in the attached Memorandum of Law incorporated herein by reference, which did not, and do not have evidentiary support, nor were they likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

    d)      The factual contentions made by or on behalf of Defendants, as summarized

below, were not reasonably based on a lack of information or belief.

    e)      The action is frivolous, vexatious and needlessly multiplies proceedings.

7.    Said offending Complaint has not been withdrawn or appropriately corrected, even

though this Motion and Notice of Motion was served on Plaintiff and Plaintiff's

Counsel on July 18, 2008, which is more than 21 days before the filing of this

Motion with the Court.

Respectfully submitted,

**FAULKNER, MUSKOVITZ & PHILLIPS, LLP**, by

George H. Faulkner (0031582)
Joseph C. Hoffman, Jr. (0056060)
D. James Petroff (0042476)
Faulkner, Muskovitz & Phillips, LLP
820 West Superior Avenue, Ninth Floor
Cleveland, Ohio 44113-1800
Phone: (216) 781-3600
Fax:    (216) 781-8839
Email: faulkner@fmplaw.com
Email: hoffman@fmplaw.com
Email: petroff@fmplaw.com

Attorneys for Defendant Local 407 and IBT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT UNION'S MOTION AND NOTICE OF MOTION TO PLAINTIFF FOR SANCTIONS was served this 18th day of July 2008 by U.P.S. Next Day Delivery to Plaintiff's attorney Phillip L. Harmon, Esq., 6649 North High Street, Suite 105, Worthington, Ohio 43085 as Attorney for Plaintiff, and by regular U.S. Mail to Defendant Yellow's attorney Carl Gluek, Esq., Frantz Ward, LLP, 2500 Key Tower, 127 Public Square, Cleveland, Ohio 44114.

D. James Petroff (0042476)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GARY Z. LYON                                    )        CASE NO. 2:08-CV-00464
                                                )
     Plaintiffs,                               )        JUDGE GREGORY L. FROST
                                                )
vs.                                             )        MAJ. JUDGE NORA McCANN KING
                                                )
YELLOW TRANSPORTATION, INC., et al.             )
                                                )
     Defendants.                               )
_____         )

## MEMORANDUM IN SUPPORT OF DEFENDANT UNION'S
## MOTION AND NOTICE OF MOTION TO PLAINTIFF FOR SANCTIONS

### A. DEFENDANTS' SPECIFICATION OF PLAINTIFF'S OFFENDING CONTENTIONS

Plaintiff's Complaint contains several baseless averments which include:

#### 1. Complaint Paragraphs 11 and 13:

Plaintiff Lyon contends that under the collective bargaining agreements: (i) successful bidder Mr. D.S. Miller did not qualify for medical reasons to temporarily transfer from city to road seniority board on November 16, 1995; (ii) Miller became physically qualified and thus was required to return to the city seniority board between November 16, 1995 and August 1, 2007; or (iii) Miller voluntarily transferred from city to road seniority board but never spent one year and a day at the bottom of the road seniority board before exercising seniority rights over other road drivers. For any and all of those reasons, Plaintiff contends that Mr. Miller did not have road seniority over Lyon and was thus not eligible to take the Atlanta bid in front of Lyon.

### B. ARGUMENT OF LAW FOR SANCTIONS

#### 1. General Sanctions Standards

Rule 11 of the Federal Rules of Civil Procedure, as amended, states in pertinent part:

## Rule 11. Signing of Pleadings, Motions, and Other Papers; Representations to Court; Sanctions

(a) Signature.

Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party. Each paper shall state the signer's address and telephone number, if any. Except when otherwise specifically provided by rule or statute, pleadings need not be verified or accompanied by affidavit. An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of attorney or party.

(b) Representations to Court.

By presenting to the court (whether by signing, filing, submitting, or later advocating) a pleading, written motion, or other paper, an attorney or unrepresented party is certifying that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances,--

(1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;

(2) the claims, defenses, and other legal contentions therein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;

(3) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information or belief.

(c) Sanctions.

If, after notice and a reasonable opportunity to respond, the court determines that subdivision (b) has been violated, the court may, subject to the conditions stated below, impose an appropriate

sanction upon the attorneys, law firms, or parties that have violated subdivision (b) or are responsible for the violation.

(1) How Initiated.

(A) By Motion. A motion for sanctions under this rule shall be made separately from other motions or requests and shall describe the specific conduct alleged to violate subdivision (b). It shall be served as provided in Rule 5, but shall not be filed with or presented to the court unless, within 21 days after service of the motion (or such other period as the court may prescribe), the challenged paper, claim, defense, contention, allegation, or denial is not withdrawn or appropriately corrected. If warranted, the court may award to the party prevailing on the motion the reasonable expenses and attorney's fees incurred in presenting or opposing the motion. Absent exceptional circumstances, a law firm shall be held jointly responsible for violations committed by its partners, associates, and employees.

Federal court sanctions for attorneys are proscribed as well by 28 U.S.C. § 1927, which

provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

To determine whether conduct violates Rule 11, the Sixth Circuit has held that "the test

for imposition of Rule 11 sanctions is whether the attorney's conduct was reasonable under the

circumstances." *Ridder v. City of Springfield,* 109 F.3d 288, 293 (6th Cir. 1997). *See* FED. R.

Civ. P. 11 advisory committee notes, 79. Good faith is no defense. Fed. R. Civ. P. 11 advisory

committee notes, 81; *Tahfs v. Proctor,* 316 F.3d 584, 594 (6th Cir.2003). *See Elsman v. Standard*

*Fed. Bank,* 238 F.Supp.2d 903, 908 (E.D.Mich.2003) (stating Rule 11 seeks "to deter baseless

filings"). In other words, Rule 11 is intended to deter a "litigation strategy" of "press forward at

all costs." *B & H Med., LLC v. ABP Admin., Inc.,* 354 F.Supp.2d 746, 750 (E.D.Mich.2005);

*Rasmussen v. Fleetwood Enterprises, Inc.* 2007 WL 1106138, at 9 (E.D. Mich. 2007).

In order to determine whether to impose sanctions under Rule 11, the Court examines whether the attorney's conduct was objectively reasonable under the circumstances. *Jackson v. Law Firm of O'Hara, Ruberg, Osborne and Taylor*, 875 F.2d 1224, 1229 (6th Cir.1989). The Court has broad discretion in determining when a sanction is warranted and what sanction is appropriate. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 404, 110 S.Ct. 2447, 110 L.Ed.2d 359 (1990). Rule 11 generally requires that an attorney conduct a reasonable inquiry into the relevant law and facts before he or she signs pleadings, motions, or other documents, and the Rule allows sanctions for violations of these obligations. *See* Fed. R.Civ. P. 11(a)-(c).

In contrast, § 1927 sanctions are warranted when an attorney objectively "falls short of the obligations owed by a member of the bar to the court and which, as a result, causes additional expense to the opposing party." *Ruben v. Warren City Sch.*, 825 F.2d 977, 984 (6th Cir. 1987). The purpose is to deter dilatory litigation practices and to punish aggressive tactics that far exceed zealous advocacy. *See Jones v. Continental Corp.*, 789 F.2d 1225, 1230-31 (6th Cir. 1986). A sanctioned attorney is thus required to personally satisfy the excess costs attributable to his misconduct. *See In re Ruben*, 825 F.2d 977, 983 (6th Cir. 1987).

Furthermore, *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 766-67(1980), held that federal courts have the inherent power to assess attorney's fees against counsel who willfully abuse judicial processes or who otherwise act in bad faith. However, unlike sanctions imposed under a court's inherent authority, § 1927 sanctions require a showing of something less than subjective bad faith, but something more than negligence or incompetence. *See In Re Rubin*, 825 F.2d at 984; *Jones*, 789 F.2d at 1230 ("we hold that 28 U.S.C. § 1927 authorizes a court to assess fees against an attorney for 'unreasonable and vexatious' multiplication of litigation despite the absence of any conscious impropriety."). Thus, an attorney is sanctionable when he intentionally

-4-

abuses the judicial process or knowingly disregards the risk that his actions will needlessly multiply proceedings. *See United States v. Wallace*, 964 F.2d 1214, 1220 (D.C. Cir. 1992) (observing that recklessness is a lower standard than bad faith, requiring "deliberate action in the face of a known risk, the likelihood or impact of which the actor unexcusably [sic] underestimates or ignores.").

The Sixth Circuit Court of Appeals has stated that this standard is met "when an attorney knows or reasonably should know that a claim pursued is frivolous." *Tareco Props., Inc. v. Morriss,* 321 F.3d 545, 550 (6th Cir.2003). "Fees may be assessed without a finding of bad faith, 'at least when an attorney knows or reasonably should know that a claim pursued is frivolous, or that his or her litigation tactics will needlessly obstruct the litigation of nonfrivolous claims.'" *Ridder,* 109 F .3d at 297 (quoting *Jones v. Continental Corp.,* 789 F.2d 1225, 1230 (6th Cir.1986)). "[S]imple inadvertence or negligence that frustrates the trial judge will not support a sanction under section 1927. There must be some conduct on the part of the subject attorney that trial judges, applying the collective wisdom of their experience on the bench, could agree falls short of the obligations owed by a member of the bar to the court and which, as a result, causes additional expense to the opposing party." *Id.* (quoting *In re: Ruben,* 825 F.2d 977, 984 (6th Cir.1987), *cert. denied sub nom. Swan v. Ruben,* 485 U.S. 934 (1988)).

## 2. Duty of Fair Representation and Sanctions

In the Sixth Circuit, courts have repeatedly held in duty of fair representation cases that both the attorney and the litigant have a <u>continuing obligation</u> to review and re-evaluate their pleadings, motions, and other papers, and upon learning that these papers may be without merit, the appropriate course is to dismiss the action. <u>Herron v. Jupiter Transp. Co.,</u> 858 F.3d 332, 336 (6th Cir. 1988); <u>Costanzo v. Plain Dealer Publishing,</u> 715 F. Supp 1380 (N.D. Ohio 1989) As

noted most recently in <u>Kassab v. Aetna Industries, Inc.</u>, 54 Fed.Appx. 819, 823-824, 2002 WL 31870319 (6th Cir. 2002) (attached hereto as **Exhibit 1**), in order for a plaintiff to prevail against a union on a duty of fair representation claim:

> ...he must first prove a breach of the duty of fair representation. See <u>Hines v. Anchor Motor Freight, Inc.</u>, <u>424 U.S. 554, 570-71, 96 S.Ct. 1048, 47 L.Ed.2d 231 (1976)</u>. "A breach of the statutory duty of fair representation occurs only when a union's conduct toward a member of the collective bargaining unit is arbitrary, discriminatory, or in bad faith." <u>Vaca v. Sipes</u>, <u>386 U.S. 171, 190, 87 S.Ct. 903, 17 L.Ed.2d 842 (1967)</u>. "The relevant issue in assessing a Union's judgment is not whether it acted incorrectly, but whether it acted in bad faith." <u>Anderson v. Ideal Basic Indust.</u>, <u>804 F.2d 950, 953 (6th Cir.1986)</u>. "[M]ere negligence or mistaken judgment is insufficient to establish a breach of the union's duty." <u>Poole v. Budd Co.</u>, <u>706 F.2d 181, 183 (6th Cir.1983)</u>. Rather, a breach of duty may be established by a showing that the union "handle[d] a grievance in a 'perfunctory' manner, with caprice or without rational explanation." <u>Ibid</u>. ...

In affirming an award of sanctions under Rule 11, the *Kassab* court noted that plaintiff's attorney's "failure to understand the basic principles of labor law may have rendered filing the complaint and all subsequent motions sanctionable. It certainly rendered Becker's motion to sustain the action against Aetna alone after the dismissal of the UAW defendants sanctionable. In response to this baseless motion, Aetna was required to expend its legal resources to give Becker remedial lessons in labor law. The district court had a sound basis for awarding Rule 11 sanctions." <u>Id</u>. at 826.

### 3. Plaintiff's Seniority Claims Are Frivolous

Plaintiff's August 9, 2007 grievance attached to his Complaint as Exhibit 2 states:

> I was unable to move on Change # MR-05-07/2007. Yellow Transportation is moving Mr. D.S. Miller to Atlanta, Ga. (ATL). Mr. D.S. Miller has no road seniority. He is working on the road because of a Local 413 medical agreement with his Local Cartage seniority [sic]. He is unable to take the Local Agreement to ATL. Copy of Local Senority [sic] list and medical agreement is attached. Remedy – only road drivers with Road Serenity [sic] be

allowed to follow road work. All road work be offered to me with my road senority[sic]. Road Senority [sic] list also attached.

By virtue of Plaintiff's own documents attached to his Complaint it is patently clear that the foregoing grievance is frivolous. First, while Plaintiff claims in the grievance that D.S. Miller "has no road seniority" in fact his own Exhibit 2-2 reflects that D.S. Miller was number 51 on the Linehaul Road Seniority List as of July 27, 2007. The list itself reflects that Mr. Miller had a medical transfer date to the road list on November 16, 1995.

Second, in Plaintiff's Exhibit 7-2, the Columbus Joint Area Committee "Rules to Operate Local Cartage and Over-the-Road" Separate Seniority Boards expressly reflect the Columbus Seniority Practice in Section 3(A) through (D) that a medically transferred employee such as D.S. Miller can transfer from Local Cartage to the separate Over-the-Road Seniority Board so long as he is physically disabled. Clearly, the "year and a day" rule for employees on forced layoff, id. at Section 2(C) and on voluntary transfers, id at Section 4(A) does not apply to pure medical transfers under Section 3(A) through (D), as it is nowhere mentioned there. Plaintiff knows this.

Third, while Plaintiff vacantly claims that D.S. Miller "is unable to take the Local Agreement to ATL" in his grievance, in reality the Change of Operations decision MR-CO-05-07/2007 attached as his own Exhibit 1-1 expressly states in Section 2 that bidding into a gaining location such as Atlanta shall be based upon "current bidding seniority." At the time, it is indisputable that Mr. D.S. Miller's current seniority was number 51 on the Over-the-Road Board by virtue of his medical transfer to that Board. This is apparent from Plaintiff's own exhibits.

Moreover, as Plaintiff knows, the Columbus Seniority Practice was respected by the Change of Operations Decision and indeed was expressly read into the record by Local 413 at the Change of Operations Hearing. It was expressly agreed to on the record by the employer's

representative. See Appendix A, Transcript of Proceedings of Multi-Region Change of Operations, MR-CO-05-07, July 17, 2007, page 33, lines 10-11. Yellow Transportation, Inc. manager Rod Boothe expressly stated on the record that "[t]he Columbus Seniority Practice will remain intact." Id. at 36, lines 21-22.

To be sure, Plaintiff has absolutely no evidence that Mr. D.S. Miller's "current bidding seniority" was anything other than number 51 on the Linehaul or Over-the-Road Seniority Board in Columbus when he bid on the Atlanta, Georgia road position. Moreover, Plaintiff patently has no evidence that Mr. D.S. Miller's medical transfer was illegitimate or inoperative in any fashion. Plainly, his Complaint is wholly lacking in factual and legal foundation.

Accordingly, one must conclude that the allegations of the Complaint that "successful bidder Mr. D.S. Miller did not qualify for medical reasons to temporarily transfer from city to road seniority board on November 16, 1995" are frivolous. One must also conclude that the allegations of the complaint that "Miller became physically qualified and thus was required to return to the city seniority board between November 16, 1995 and August 1, 2007" are frivolous. Indeed, one must conclude that the allegations of the Complaint that "Miller voluntarily transferred from city to road seniority board but never spent one year and a day at the bottom of the road seniority board before exercising seniority rights over other road driver" are frivolous. Lastly, the allegations of the Complaint that "Mr. Miller did not have road seniority over Lyon and was thus not eligible to take the Atlanta bid in front of Lyon" are frivolous.

In reality, as Plaintiff knows, Local 413 and the Company scheduled the grievance of Plaintiff Gary Lyon on January 16, 2008 before the Ohio State Joint Grievance Committee ("OJSC") but Plaintiff failed to appear and it was "held" under the National Master Freight

Agreement and rescheduled until February 13, 2008. Plaintiff failed to appear on that day as well, and thus, his frivolous grievance was withdrawn.

Plaintiff and his counsel know that he never has had a superior seniority right to the Atlanta, Georgia position. The filing of this frivolous Complaint thus must be sanctioned.

## C. CONCLUSIONS OF LAW

With even minimal investigation into the assertions made by Plaintiff, simple research on the labor law issues surrounding the duty of fair representation, and by simply reading the agreements attached to its own Complaint, Plaintiff's counsel could have and should have been aware that Plaintiff's claims were unfounded factually and legally. One can only conclude that these frivolous contentions are for purpose of harassment and lawsuit abuse. Maintenance of this action and the baseless allegations in the Complaint against the Defendant Local 413, therefore, warrant an immediate imposition of sanctions.

Respectfully submitted,

**FAULKNER, MUSKOVITZ & PHILLIPS, LLP**, by

George H. Faulkner (0031582)
Joseph C. Hoffman, Jr. (0056060)
D. James Petroff (0042476)
Faulkner, Muskovitz & Phillips, LLP
820 West Superior Avenue, Ninth Floor
Cleveland, Ohio 44113-1800
Phone: (216) 781-3600
Fax:     (216) 781-8839
Email: faulkner@fmplaw.com
Email: hoffman@fmplaw.com
Email: petroff@fmplaw.com

Attorneys for Defendant Teamsters Local Union No. 413

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MEMORANDUM IN SUPPORT OF DEFENDANT UNION'S MOTION AND NOTICE OF MOTION TO PLAINTIFF FOR SANCTIONS was served this 18th day of July 2008 by U.P.S. Next Day Delivery to Plaintiff's attorney Phillip L. Harmon, Esq., 6649 North High Street, Suite 105, Worthington, Ohio 43085 as Attorney for Plaintiff, and by regular U.S. Mail to Defendant Yellow's attorney Carl Gluek, Esq., Frantz Ward, LLP, 2500 Key Tower, 127 Public Square, Cleveland, Ohio 44114.

D. James Petroff (0042476)

2007JULY17CHANGEOFOPERATIONS

1.

MULTI-REGION CHANGE OF OPERATIONS

MR-CO-05-07-2007

* * *

MYRTLE BEACH, SOUTH CAROLINA; TUESDAY, JULY 17, 2007

9:00 A.M.

* * *

YELLOW TRANSPORTATION

AND

LOCAL UNIONS

* * *

CENTRAL REGION LOCAL UNIONS

89, 100, 135, 407, 413, 600, 710, AND 964

EASTERN REGION LOCAL UNIONS

29, 71, 171, 175, 355, 592, 671, AND 822

SOUTHERN REGION LOCAL UNIONS

480 AND 728

REPORTED BY:

O'BRIEN COURT REPORTERS
CERTIFIED SHORTHAND REPORTERS
BY:  JOSIE O'BRIEN, RPR/CSR NO. 6480
15902 VILLANOVA CIRCLE
WESTMINSTER, CALIFORNIA 92683

JOB NO.:  2007-53F:JOOB

O'BRIEN COURT REPORTERS    (714) 891-7450

RECEIVED
NOV 1 - 2007
TEAMSTERS LOCAL UNION 413

2

MULTI-REGION CHANGE OF OPERATIONS HEARD BEFORE
Page 1

**Appendix A**

2007JULY17CHANGEOFOPERATIONS

1.

MULTI-REGION CHANGE OF OPERATIONS

MR-CO-05-07-2007

\* \* \*

MYRTLE BEACH, SOUTH CAROLINA; TUESDAY, JULY 17, 2007

9:00 A.M.

\* \* \*

YELLOW TRANSPORTATION

AND

LOCAL UNIONS

\* \* \*

CENTRAL REGION LOCAL UNIONS

89, 100, 135, 407, 413, 600, 710, AND 964

EASTERN REGION LOCAL UNIONS

29, 71, 171, 175, 355, 592, 671, AND 822

SOUTHERN REGION LOCAL UNIONS

480 AND 728

REPORTED BY:

O'BRIEN COURT REPORTERS
CERTIFIED SHORTHAND REPORTERS
BY:   JOSIE O'BRIEN, RPR/CSR NO. 6480
15902 VILLANOVA CIRCLE
WESTMINSTER, CALIFORNIA 92683

JOB NO.:  2007-53F:JOOB

O'BRIEN COURT REPORTERS    (714) 891-7450

2

MULTI-REGION CHANGE OF OPERATIONS HEARD BEFORE
Page 1

**Appendix A**

2007 JULY 17 CHANGE OF OPERATIONS

~~GORDON SWEETON, UNION CHAIRMAN~~

AND

JIM ROBERTS, EMPLOYER CO-CHAIRMAN

| | |
|---|---|
| MULTI-REGION CHANGE OF OPERATIONS BETWEEN: | ) |
| | ) |
| | ) |
| YELLOW TRANSPORTATION | ) |
| | ) |
| AND | )    CASE NO. |
| | )   MR-CO-05-07/2007 |
| TEAMSTER LOCAL UNIONS | ) |
| 89, 100, 135, 407, 413, 600, 710, | ) |
| 964, 29, 71, 171, 175, 355, 592, | ) |
| 671, 822, 480, AND 728 | ) |

YELLOW TRANSPORTATION MULTI-REGION

CHANGE OF OPERATIONS TRANSCRIPT OF PROCEEDINGS TAKEN

AT THE MARRIOTT RESORT AT GRAND DUNES, LOCATED AT 8400

COSTA VERDE DRIVE, MYRTLE BEACH, SOUTH CAROLINA

29572, COMMENCING AT 9:00 A.M., ON TUESDAY, JULY 17,

2007, HEARD BEFORE GORDON SWEETON AND JIM ROBERTS,

CO-CHAIRMEN; REPORTED BY JOSIE O'BRIEN, C.S.R. NO.

6480, A CERTIFIED SHORTHAND REPORTER IN AND FOR THE

STATE OF CALIFORNIA AND COUNTY OF ORANGE.

\* \* \*

O'BRIEN COURT REPORTERS    (714) 891-7450

3

9:00 A.M.    MYRTLE BEACH, SOUTH CAROLINA   JULY 17, 2007

UNION PANEL

Page 2

2007JULY17CHANGEOFOPERATIONS
GORDON SWEETON, CHAIRMAN


WALT LYTLE, CENTRAL REGION

PAT FLYNN, CENTRAL REGION

KEVIN MCCAFFREY, EASTERN REGION

KEN BRYANT, SOUTHERN REGION

BOB PAFFENROTH, WESTERN REGION


EMPLOYER PANEL

JIM ROBERTS, CO-CHAIRMAN (WESTERN REGION)


LEN WALDO, CENTRAL REGION

A.J. PHILLIPS, EASTERN REGION

GORDON RINGBERG, SOUTHERN REGION


SERGEANT AT ARMS


FRANK PERKINS

GREG ALDEN

* * *


O'BRIEN COURT REPORTERS    (714) 891-7450

4


APPEARANCES


ON BEHALF OF THE EMPLOYER:

    BOB JONES

    HUGH ROBERTS

    LARRY CHRISTON

Page 3

2007JULY17CHANGEOFOPERATIONS

MARK MATHIS

PETE CHENEY

DON PABST

ROD BOOTHE

MATT OGLESBY

STEVE PARKES

RON COOK

KEITH LILLY

GARY QUINN

* * *

O'BRIEN COURT REPORTERS    (714) 891-7450

5

APPEARANCES (CONTINUED)

ON BEHALF OF THE UNIONS:

| CENTRAL UNION LOCALS | | PAGE |
|---|---|---|
| LOCAL 89 | WALT LYTLE (LETTER) | 19 |
| LOCAL 100 | BILL HOLCOMBE | 20 |
| | TROY STAPLETON | |
| LOCAL 135 | JIM WILKINSON | 21 |
| | ROBIN GREENE | |

Page 4

2007JULY17CHANGEOFOPERATIONS
LARRY PHILLIPS

| LOCAL 407 | J.D. SMITH | 24 |
| LOCAL 413 | TONY JONES | 30 |
| | BUD RAVER | |
| | RON SIMMONS | |
| | KENNY HOGAN | |
| | JAY SWACKHAMMER | |
| LOCAL 600 | WALT LYTLE (LETTER) | 70 |
| LOCAL 710 | CHUCK BAEZ | 74 |
| | PAT FLYNN | |
| LOCAL 964 | MARK FREY | 81 |

O'BRIEN COURT REPORTERS    (714) 891-7450

6

APPEARANCES (CONTINUED)

ON BEHALF OF THE UNIONS:

| EASTERN UNION LOCALS | | PAGE |
| --- | --- | --- |
| LOCAL 29 | JOHN FARRISH (LETTER) | 83 |
| LOCAL 71 | KEVIN MCCAFFREY (LETTER) | 84 |
| LOCAL 171 | KEVIN MCCAFFREY (LETTER) | 85 |
| LOCAL 175 | KEVIN MCCAFFREY (LETTER) | 87 |
| LOCAL 355 | BILL ALEXANDER | 88 |
| LOCAL 592 | KEVIN MCCAFFREY (LETTER) | 93 |
| LOCAL 671 | KEVIN MCCAFFREY (LETTER) | 94 |
| LOCAL 822 | KEVIN MCCAFFREY (LETTER) | 95 |

2007JULY17CHANGEOFOPERATIONS

| SOUTHERN UNION LOCALS | | PAGE |
|---|---|---|
| LOCAL 480 | FRANK MOTTERN | 97 |
| LOCAL 728 | MICHAEL HOBGOOD | 98 |
| | KEVIN CHAFFIN | |

* * *

O'BRIEN COURT REPORTERS    (714) 891-7450

7

1  9:00 A.M.   MYRTLE BEACH, SOUTH CAROLINA   JULY 17, 2007

2

3           CHAIRMAN SWEETON:  EVERYBODY HOLD IT DOWN.

4  WE ARE GOING TO GO ON RECORD.

5             THIS IS GOING TO BE THE YELLOW

6  TRANSPORTATION CHANGE OF OPERATIONS MR-CO-05-07/2007.

7  TODAY'S DATE IS TUESDAY, JULY 17, 2007, AT 9:00 A.M.

8  WE ARE IN MYRTLE BEACH, SOUTH CAROLINA.

9             UNION COMMITTEE WILL BE SWEETON,

10  CHAIRMAN.  KEN BRYANT FOR THE SOUTH.  BOB PAFFENROTH

11  FOR THE WEST.  WALT LYTLE AND PAT FLYNN FOR THE

12  CENTRAL, AND KEVIN MCCAFFREY FOR THE EAST.

13           CO-CHAIRMAN ROBERTS:  EMPLOYER PANEL WILL BE

14  RINGBERG FOR THE SOUTH; WALDO FOR THE CENTRAL;

15  PHILLIPS FOR THE EAST, AND ROBERTS FOR THE WEST.

Page 6

2007JULY17CHANGEOFOPERATIONS

16      CHAIRMAN SWEETON:  SERGEANT OF ARMS WILL BE

17  FRANK PERKINS AND GREG ALDEN.

18      SERGEANT AT ARMS PERKINS:  ROLL CALL.

19      CHAIRMAN SWEETON:  ANYBODY THAT HAS GOT

20  LETTERS, WE NEED TO MAKE SURE THAT EACH ONE OF THE

21  AREA COORDINATORS HAVE GOT A COPY OF THAT.  WHAT WE

22  REQUEST THAT YOU DO, IF THERE IS NO OBJECTION, JUST

23  STATE NO OBJECTIONS ON THE CHANGE, AND THEN WE WILL

24  HAVE THE LETTER TYPED IN VERBATIM.  IT WILL SAVE A LOT

25  OF TIME.

O'BRIEN COURT REPORTERS    (714) 891-7450

8

1       GO AHEAD FRANK.

2       SERGEANT AT ARMS PERKINS:  LOCAL 89.

3       MR. BOOTHE:  I HAVE A LETTER FOR 89.

4       SERGEANT AT ARMS PERKINS:  YOU HAVE A

5  LETTER.

6       MR. JONES:  WE PROVIDED COPIES OF ALL THE

7  LETTERS TO THE PANEL THROUGH WALT.

8       MR. LYTLE:  YES.

9       SERGEANT AT ARMS PERKINS:  LOCAL 100.

10      PARTICIPANT:  HERE.

11      SERGEANT AT ARMS PERKINS:  135.

12      PARTICIPANT:  HERE.

13      SERGEANT AT ARMS PERKINS:  407.

14      PARTICIPANT:  HERE.

15      SERGEANT AT ARMS PERKINS:  413.

16      PARTICIPANT:  PRESENT.

17      SERGEANT AT ARMS PERKINS:  600.

18      MR. LYTLE:  LETTER.

Page 7

2007JULY17CHANGEOFOPERATIONS

19    SERGEANT AT ARMS PERKINS:  710.

20    PARTICIPANT:  WE ARE HERE.

21    SERGEANT AT ARMS PERKINS:  964.

22    PARTICIPANT:  HERE.

23    SERGEANT AT ARMS PERKINS:  GOING TO THE

24  EAST.  29.

25    PARTICIPANT:  LETTER.


O'BRIEN COURT REPORTERS   (714) 891-7450


9

1    SERGEANT AT ARMS PERKINS:  71.

2    PARTICIPANT:  LETTER.

3    SERGEANT AT ARMS PERKINS:  171.

4    PARTICIPANT:  LETTER.

5    SERGEANT AT ARMS PERKINS:  175.

6    PARTICIPANT:  175, LETTER.

7    SERGEANT AT ARMS PERKINS:  355.

8    PARTICIPANT:  LETTER.  HERE.

9    SERGEANT AT ARMS PERKINS:  592.

10    PARTICIPANT:  LETTER.

11    SERGEANT AT ARMS PERKINS:  WHAT IS THAT?

12    PARTICIPANT:  THERE IS A LETTER.

13    SERGEANT AT ARMS PERKINS:  671.

14    PARTICIPANT:  LETTER.

15    SERGEANT AT ARMS PERKINS:  822.

16    PARTICIPANT:  THERE IS A LETTER.

17    SERGEANT AT ARMS PERKINS:  GOING TO THE

18  SOUTH.  480.

19    PARTICIPANT:  HERE.

20    SERGEANT AT ARMS PERKINS:  728.

21    PARTICIPANT:  HERE.

2007JULY17CHANGEOFOPERATIONS

22  SERGEANT AT ARMS PERKINS:  ANY LOCAL LEFT

23  OUT?

24          PARTICIPANT:  I HAVE 449.  DO YOU HAVE THEM

25  ON THERE?  I HAVE A LETTER.

O'BRIEN COURT REPORTERS    (714) 891-7450

10

1          SERGEANT AT ARMS PERKINS:  THEY HAVE BEEN

2  DELETED FROM THE CHANGE.

3          PARTICIPANT:  OKAY.  I HAVE NO OBJECTIONS ON

4  THOSE LETTERS.

5          SERGEANT AT ARMS PERKINS:  ANYBODY ELSE?

6          OKAY, MR. CHAIRMAN.

7          CHAIRMAN SWEETON:  THANK YOU VERY MUCH.

8          BOB, MR. JONES, I ASSUME THAT YOU ARE

9  GOING TO BE THE SPOKESMAN FOR YELLOW IN THE CHANGE OF

10  OPERATIONS.

11          MR. JONES:  I AM, MR. CHAIRMAN.

12          CHAIRMAN SWEETON:  IT IS MY UNDERSTANDING

13  THAT YOU HAVE AN OPENING STATEMENT AND CHANGES ON THE

14  NUMBERS; IS THAT CORRECT?

15          MR. JONES:  I DO, SIR, YES.

16          CHAIRMAN SWEETON:  WOULD YOU LIKE TO GO

17  AHEAD, PLEASE.

18          MR. JONES:  I WILL DO THAT.

19          CHAIRMAN SWEETON:  AS THE LOCAL IS CALLED,

20  WOULD YOU PLEASE COME UP AND SIT RIGHT UP HERE SO

21  JOSIE CAN HEAR EVERYBODY.

22          MR. JONES:  IF I GO TOO FAST, PLEASE ASK ME

23  TO SLOW DOWN.

24          GOOD MORNING AND THANK YOU,

Page 9

2007JULY17CHANGEOFOPERATIONS
25   MR. CHAIRMAN AND GENTLEMEN OF THE COMMITTEE.

O'BRIEN COURT REPORTERS     (714) 891-7450

11

1              MY NAME IS BOB JONES.  I AM THE

2    DIRECTOR OF LABOR RELATIONS FOR YELLOW TRANSPORTATION

3    IN THE CENTRAL REGION.

4              ASSISTING ME TODAY FOR THE COMPANY WILL

5    BE MR. HUGH ROBERTS, VICE-PRESIDENT OF LABOR

6    RELATIONS; MR. LARRY CHRISTON, DIRECTOR OF LABOR OF

7    THE SOUTHERN REGION FOR YELLOW TRANSPORTATION, AND

8    VARIOUS LABOR RELATIONS MANAGERS WHO HAVE HELD

9    MEETINGS WITH ALL THE LOCAL UNIONS INVOLVED IN THIS

10   CHANGE OF OPERATIONS.  THEY WILL BE IDENTIFYING

11   THEMSELVES AS THEY COME FORWARD TODAY.

12              IN ADDITION AND ALSO AVAILABLE TO

13   ANSWER THE COMMITTEE'S QUESTIONS WILL BE MARK MATHIS,

14   VICE-PRESIDENT OF TRANSPORTATION.  PETE CHENEY,

15   SENIOR MANAGER OPERATIONS PLANNING, AND DON PABST,

16   VICE-PRESIDENT OF MAINTENANCE.

17              GENTLEMEN, WITH THIS CHANGE OF

18   OPERATIONS FILING, YELLOW TRANSPORTATION, INCORPORATED

19   CONTINUES ITS EMPHASIS ON RESTRUCTURING OUR NETWORK

20   AND REVOLUTIONIZING THE SERVICE OFFERING THAT WE BRING

21   TO OUR CONSUMERS.  OUR OBJECTIVE IN THIS CHANGE AS IN

22   THE PAST CHANGES IS TO REMOVE THE PERCEPTIONS BY THE

23   MARKETPLACE AND OUR CONSUMERS THAT A MAJOR UNIONIZED

24   LTL CARRIER DOES NOT HAVE THE NETWORK, MEANS AND

25   ABILITIES TO PROVIDE A COMPETITIVE, RELIABLE AND

O'BRIEN COURT REPORTERS     (714) 891-7450

2007JULY17CHANGEOFOPERATIONS

12

1    FLEXIBLE SERVICE PRODUCT.  THE NEED TO INCREASE OUR

2    MARKET SHARE AND IMPROVE OUR LEVEL OF CONSUMER

3    SATISFACTION IS BOTH VERY REAL AND VERY IMMEDIATE.  WE

4    PROPOSE THIS CHANGE OF OPERATIONS TODAY TO POSITION

5    YELLOW TO COMPETE AND GROW OUR BUSINESS AND BECOME THE

6    BEST OVERALL SERVICE PROVIDER TO OUR CONSUMERS, TODAY

7    AND IN THE FUTURE.  WITH THE SUCCESS THIS CHANGE OF

8    OPERATIONS WILL PROVIDE, WE WILL BE ABLE TO GROW AND

9    MAINTAIN THE ABILITY TO PROVIDE THE BEST JOBS AND JOB

10   SECURITY IN THE INDUSTRY TO ALL OUR EMPLOYEES.

11              FOR THESE REASONS MR. CHAIRMAN, IT IS

12   IMPERATIVE THAT THIS FILING BE APPROVED AS WRITTEN AND

13   AMENDED ON THE RECORD TODAY AND IMPLEMENTED WITHIN THE

14   TIMEFRAME WE HAVE DESCRIBED IN OUR FILING.

15              MR. CHAIRMAN TO EXPEDITE THE HEARING

16   PROCESS, I WOULD LIKE TO POINT OUT THE FOLLOWING ITEMS

17   IN OUR FILING.

18              PAGE 4 OF OUR FILING OUTLINES A GENERAL

19   OPERATING STATEMENT AND PROVIDES A BRIEF SYNOPSIS OF

20   WHAT OUR FILING IS DESIGNED TO ACCOMPLISH.  IT IS

21   NOTED AS NORMAL IN THE COMPANY'S GENERAL OPERATING

22   STATEMENT MR. CHAIRMAN.

23              THIS PROPOSED CHANGE OF OPERATIONS WILL

24   NOT ALTER ANY METHOD OF ROAD DISPATCH CURRENTLY IN

25   EFFECT OR AS A RESULT OF ANY OTHER APPROVED CHANGE OF

O'BRIEN COURT REPORTERS    (714) 891-7450

13

1    OPERATIONS OR AGREEMENTS, UNLESS REFERENCED IN THIS

2    PROPOSED CHANGE OF OPERATIONS FILING.

Page 11

2007JULY17CHANGEOFOPERATIONS

3          PAGE 5 OF THE FILING DESCRIBES THE

4    BIDDING PROCEDURE THE COMPANY PLANS TO USE.  THE

5    COMPANY WOULD REQUEST NO WINDOW PERIOD AS THE

6    COMPLIMENT OF LOSING AND GAINING EMPLOYEES IN BOTH THE

7    ROAD AND LOCAL CARTAGE CLASSIFICATION IN THIS CHANGE

8    OF OPERATIONS ARE EVEN.  THIS PROCEDURE IS IN

9    COMPLIANCE WITH THE PROCEDURES AS SET FORTH IN ARTICLE

10   8, SECTION 6 OF THE NATIONAL MASTER FREIGHT AGREEMENT.

11          THE COMPANY HAS SINCE THE ORIGINAL DATE

12   OF FILING MADE SOME ADJUSTMENTS TO THE WORK MOVES

13   INVOLVED IN THIS CHANGE OF OPERATIONS.  THE REASON FOR

14   THESE ADJUSTMENTS, MR. CHAIRMAN, WAS DUE TO THE

15   REQUEST MADE BY TEAMSTERS LOCAL 413 FOR A REEVALUATION

16   OF THE WORK LOSS IMPACT IN COLUMBUS, OHIO.  THE

17   COMPANY WORKED WITH THE LOCAL UNION ON THE WORK LOSS

18   AREA AND ADJUSTMENTS WERE MADE.

19          THESE ADJUSTMENTS AND COINCIDING

20   AMENDMENT SHEETS HAVE BEEN DISCUSSED AND COPIES

21   PROVIDED TO ALL THE INVOLVED LOCAL UNIONS.  WE HAVE

22   WITH US TODAY ADDITIONAL COPIES SHOULD ANYONE NEED

23   ONE.

24          CHAIRMAN SWEETON:  PASS ONE UP HERE PLEASE.

25          MR. JONES:  MR. CHAIRMAN, THE COMPANY WOULD

O'BRIEN COURT REPORTERS   (714) 891-7450

14

1    LIKE TO READ AND PLACE THESE ADJUSTMENTS AND

2    AMENDMENTS INTO THE RECORD AT THIS TIME.

3          CHAIRMAN SWEETON:  GO AHEAD.

4          MR. JONES:  FIRST OF ALL, YOU SEE REFERENCED

5    ON THE PAGE, EASTERN REGION, THAT WOULD BE LISTED

2007JULY17CHANGEOFOPERATIONS

6    UNDER THE EASTERN REGION SECTION OF THE ORIGINAL

7    FILING, PAGE 9, ITEM 6.  BUFFALO, NEW YORK, LOCAL 449,

8    DELETE AND REMOVE BUFFALO, NEW YORK, LOCAL 449 FROM

9    THE CHANGE FILING.

10                    FOR THE CENTRAL REGION SECTION, PAGE

11   11, ITEM 3, INDIANAPOLIS, INDIANA, LOCAL 135.

12                    FOR THE ROAD OPERATION SECTION, CHANGE

13   THE HEADER AND PARAGRAPH TO READ AS FOLLOWS:  NET GAIN

14   OF FOUR POSITIONS.  THE INDIANAPOLIS, INDIANA ROAD

15   OPERATION WILL GAIN WORK ON THE LEGS TO CHARLOTTE,

16   NORTH CAROLINA.  THIS EQUATES TO A GAIN OF FOUR ROAD

17   POSITIONS.

18                    LOCAL CARTAGE AND HOSTLING OPERATIONS,

19   CENTRAL REGION, IN REGARD TO INDIANAPOLIS, INDIANA,

20   LOCAL 135 CHANGE HEADER IN PARAGRAPH TO READ AS

21   FOLLOWS:  NET GAIN OF THREE POSITIONS.

22                    THE INDIANAPOLIS LOCAL CARTAGE HOSTLING

23   OPERATION WILL BE THREE POSITIONS DUE TO A GAIN OF

24   APPROXIMATELY 337 TRANSFER BILLS PER WEEK.

25                    SHOP OPERATION INVOLVING INDIANAPOLIS,

O'BRIEN COURT REPORTERS    (714) 891-7450

                                                    15

1    INDIANA, LOCAL 135, CHANGE THE HEADER AND PARAGRAPH TO

2    READ AS FOLLOWS:  NET GAIN OF 12 POSITIONS.

3                    AS A RESULT OF THIS CHANGE OF

4    OPERATIONS, THE INDIANAPOLIS, INDIANA SHOP OPERATION

5    WILL GAIN THE WORK OF 12 POSITIONS.

6                    NEXT, ON THE CENTRAL REGION, PAGE 12,

7    ITEM 5, COLUMBUS, OHIO, LOCAL 413, ROAD OPERATIONS

8    SHOULD REFLECT THE FOLLOWING:  CHANGE HEADER IN LAST

2007JULY17CHANGEOFOPERATIONS

9  CENTER OF THE LAST PARAGRAPH TO READ AS FOLLOWS:  NET

10 LOSS OF 66 POSITIONS.  THIS EQUATES TO A LOSS OF 66

11 POSITIONS.

12           LOCAL CARTAGE/HOSTLING OPERATION,

13 CHANGE HEADER AND PARAGRAPH TO READ AS FOLLOWS

14 INVOLVING LOCAL 413, COLUMBUS, OHIO.  NET LOSS OF 63

15 POSITIONS.  THE COLUMBUS, OHIO LOCAL CARTAGE/HOSTLING

16 OPERATION WILL LOSE 63 POSITIONS DUE TO A LOSS OF

17 APPROXIMATELY 4,343 TRANSFER BILLS PER WEEK.

18           IN REGARDS TO THE SHOP CHANGE INVOLVING

19 LOCAL 413, COLUMBUS, OHIO, CHANGE HEADER AND PARAGRAPH

20 TO READ AS FOLLOWS:  NET LOSS OF 23 POSITIONS.  THE

21 COLUMBUS, OHIO SHOP OPERATION WILL LOSE THE WORK OF 23

22 POSITIONS AS A RESULT OF THIS CHANGE OF OPERATIONS.

23           NEXT AMENDMENT, MR. CHAIRMAN, IS PAGE

24 12, ITEM 7, INVOLVING CHICAGO, ILLINOIS, LOCAL 710.

25 ROAD OPERATION, CHANGE HEADER TO READ AS FOLLOWS:  NET

O'BRIEN COURT REPORTERS    (714) 891-7450

16

1  GAIN OF 16 POSITIONS.  CHANGE LAST PARAGRAPH TO READ

2  AS FOLLOWS:  THE COMPANY HAS DETERMINED BASED ON

3  OPERATIONAL NEEDS FORECASTS, EMPLOYEE ATTRITION AND

4  DRIVER UNAVAILABILITY THAT THE CHICAGO ROAD OPERATION

5  WILL EXPERIENCE A NEED FOR 16 POSITIONS.

6           NEXT CHANGE IS UNDER THE SOUTHERN

7  REGION, PAGE 13, ITEM 1, NASHVILLE, TENNESSEE, LOCAL

8  480, ROAD OPERATION.  THE COMPANY HAS MADE A

9  TYPOGRAPHICAL ERROR IN THIS PARAGRAPH.  CHANGE

10 PARAGRAPH TO READ:  THE NASHVILLE, TENNESSEE ROAD

11 OPERATION WILL GAIN WORK ON THE LEG TO MEMPHIS,

2007JULY17CHANGEOFOPERATIONS

12   TENNESSEE, AND PREVIOUSLY STATED KANSAS CITY, AND

13   ST. LOUIS, MISSOURI.  THIS EQUATES TO A GAIN OF TWO

14   POSITIONS.

15              MR. CHAIRMAN, THAT IS A LISTING OF ALL

16   THE REVISIONS AND ADDENDUMS TO THIS FILED CHANGE OF

17   OPERATIONS.  IF THERE ARE ANY QUESTIONS REGARDING

18   THESE REVISIONS.

19              ALSO, YOU WILL NOTE, MR. CHAIRMAN,

20   ATTACHED IS AN UPDATED LOCAL CARTAGE/HOSTLING, SHOP

21   AND ROAD WORK OPPORTUNITY MOVE SHEET THAT IS UPDATED

22   REFLECTING ALL THE CHANGES OF WHAT I JUST READ INTO

23   THE RECORD.

24              CHAIRMAN SWEETON:  ANYONE LAID OFF IN

25   CHICAGO AT THE PRESENT TIME?

O'BRIEN COURT REPORTERS    (714) 891-7450

17

1              MR. JONES: NO, MR. CHAIRMAN.  THERE IS NOT.

2              MR. CHAIRMAN, THE COMPANY HAS DESCRIBED

3    OUR INTENTIONS AND NEEDS REGARDING THIS FILED CHANGE

4    OF OPERATIONS.  WE ARE AT THIS TIME READY TO ANSWER

5    QUESTIONS OF THE CHANGE OF OPERATIONS COMMITTEE AND

6    ALL THE INVOLVED LOCAL UNIONS.

7              THANK YOU VERY MUCH.

8              MR. LYTLE:  MR. CHAIRMAN, I HAVE A QUESTION

9    OF THE COMPANY.

10             CHAIRMAN SWEETON:  GO AHEAD.

11             MR. LYTLE:  IN THE OPERATING STATEMENT,

12   GENERAL OPERATING STATEMENT, NEXT TO THE LAST

13   PARAGRAPH ON THE FIRST PAGE, "COMPANY RESERVES THE

14   RIGHT TO RUN VIAS, REVERSALS, MEET AND TURNS, AND

Page 15

2007JULY17CHANGEOFOPERATIONS

15  OTHER ALTERNATE METHODS OF DISPATCH TO MAINTAIN

16  BALANCE, REDUCE EMPTY MILES, UTILIZING THEIR

17  EMPLOYEE'S HOURS OF SERVICE SO AS TO PROVIDE A HIGH

18  LEVEL OF SERVICE TO OUR CUSTOMERS.  THESE RUNS ARE

19  PRIMARIES; AREN'T THEY?  THAT YOU ARE CHANGING TO?

20          MR. JONES:  THE RUNS THAT WE ARE CHANGING --

21  FIRST OF ALL, AGAIN, I WANT TO MAKE SURE ON THE RECORD

22  THAT THAT IS OUR GENERAL OPERATING STATEMENT AND

23  PROPOSED IN EVERY CHANGE OF OPERATIONS WE RESERVE THE

24  RIGHT TO RUN AS STATED.  WHAT WE ARE PROPOSING IN THE

25  CHANGE ARE PRIMARIES TO THE LOCATIONS, THE GAINING

O'BRIEN COURT REPORTERS    (714) 891-7450

18

1   LOCATIONS.

2           MR. LYTLE:  WHY DO YOU PROPOSE TO RUN

3   REVERSALS THEN WHEN SOMEBODY IS PRIMARY ON THE RUN?

4           MR. JONES:  THAT IS OUR RIGHT UNDER THE

5   CONTRACT.

6           MR. LYTLE:  ONE OTHER QUESTION:  WHAT'S YOUR

7   ALTERNATIVE METHOD OF DISPATCH TO MAINTAIN BALANCE?

8           MR. JONES:  AT THE PRESENT TIME WE WILL USE

9   THE PROVISIONS OF 29.3.

10          CHAIRMAN SWEETON:  IS THAT ALL YOU HAVE

11  WALT?

12          MR. LYTLE:  YES.

13          CHAIRMAN SWEETON:  FRANK, DO YOU WANT TO

14  CALL THE FIRST LOCAL?

15          SERGEANT AT ARMS PERKINS:  EIGHTY-NINE HAS A

16  LETTER.

17          MR. LYTLE:  YOU SAID 29.3 OR 29.1?

Page 16

2007JULY17CHANGEOFOPERATIONS

18          MR. JONES:  29.3 IS WHAT I SAID FOR THE

19  RECORD.

20          MR. LYTLE:  OKAY.

21          MR. BRYANT:  THIS IS BRYANT FOR THE

22  COMMITTEE.  A COUPLE OF QUESTIONS OF THE COMPANY.

23              ON YOUR BIDDING PAGE OF YOUR PROPOSED

24  CHANGE.

25          MR. JONES:  YES, SIR.

O'BRIEN COURT REPORTERS   (714) 891-7450

19

1          MR. BRYANT:  YOU ARE REQUESTING THE 60 DAY

2  PERIOD PRIOR TO REBID, YOU ARE TALKING ABOUT ONLY IN

3  THE LANES THAT ARE AFFECTED BY THIS CHANGE; RIGHT?

4          MR. JONES:  THAT'S CORRECT.

5          MR. BRYANT:  AND DO YOU HAVE AN IMPLEMENTA-

6  TION DATE?

7          MR. JONES:  NO SOONER THAN SEPTEMBER 2,

8  2007.

9          MR. BRYANT:  WOULD THAT BE SEPTEMBER THE

10  9TH?

11          MR. JONES:  YES, SIR.  IT COULD BE.

12          MR. BRYANT:  THESE GUYS ARE GOING TO NEED TO

13  KNOW WHAT DAY THEY NEED TO SHOW UP FOR WORK.

14          MR. JONES:  THE COMPANY -- WE WILL ABIDE BY

15  THE COMMITTEE DECISION MR. CHAIRMAN -- WE DON'T HAVE A

16  PROBLEM WITH NOT IMPLEMENTING PRIOR TO THE 9TH OF

17  SEPTEMBER -- OR MR. COMMITTEE MEMBER.  I AM SORRY.

18          MR. BRYANT:  OKAY.

19          CHAIRMAN SWEETON:  WALT, DO YOU HAVE A

20  LETTER ON 89?

Page 17

2007JULY17CHANGEOFOPERATIONS

21          MR. LYTLE:  YES.  I DO.  READ THE LETTER FOR

22  THE RECORD.  ADDRESSED TO MYSELF AND HUGH ROBERTS.

23          "DEAR GENTLEMEN:

24          "IN REGARDS TO YELLOW TRANSPORTATION CHANGE

25          OF OPERATIONS SCHEDULED TO BE HEARD AT THE

O'BRIEN COURT REPORTERS    (714) 891-7450

20

1          NATIONAL GRIEVANCE COMMITTEE MEETINGS ON

2          JULY 17TH IN MYRTLE BEACH SOUTH CAROLINA,

3          LOCAL 89 HAS NO OBJECTIONS TO THE CHANGE AS

4          PROPOSED."

5          SIGNED BY KEVIN OLIVA, ASSISTANT TO THE

6  PRESIDENT OF TEAMSTERS LOCAL 89.

7          CHAIRMAN SWEETON:  NEXT LOCAL FRANK.

8          SERGEANT AT ARMS PERKINS:  ONE HUNDRED.  YOU

9  ALL COME UP HERE.

10          MR. HOLCOMBE:  BILL HOLCOMBE, LOCAL 100.  WE

11  HAVE MET WITH MR. BOOTHE AND TALKED.  FUNDAMENTALLY,

12  WE HAVE NO OBJECTION TO THE CHANGE OF OPERATIONS.  WE

13  DO, HOWEVER, HAVE SOME CONCERNS OF THE WAY IT IS

14  WRITTEN CONCERNING CHICAGO.  THROUGH ATTRITION AND

15  UNAVAILABILITY, THEY ARE PROPOSING TO ALLOW MEN TO

16  TRANSFER IN WITH THEIR SENIORITY.  I AM SURE THIS

17  COMMITTEE IS GOING TO ADDRESS THAT.  WE WOULD LIKE TO

18  GO ON THE RECORD CINCINNATI OPPOSES ANY CHANGE OF

19  OPERATIONS THAT WOULD ALLOW MEN TO COME INTO OUR LOCAL

20  WITHOUT BRINGING THEIR WORK WITH THEM.  THAT'S CLEARLY

21  A 5/5 ISSUE.

22          CHAIRMAN SWEETON:  COMPANY, DO YOU WANT TO

23  RESPOND TO THAT?

Page 18

2007JULY17CHANGEOFOPERATIONS

24      MR. BOOTHE:  THE 710 ISSUE, BILL, DOES NOT

25  APPLY TO YOU.  THE WORK THAT IS COMING TO CINCINNATI,

O'BRIEN COURT REPORTERS    (714) 891-7450

21

1   OHIO, THEY ARE BRINGING WORK WITH THEM AS WE TALKED

2   ABOUT IN THE MEETING.

3       MR. HOLCOMBE:  I UNDERSTAND THAT.  LIKE I

4   SAID, WE HAVE NO OBJECTION.  AT THIS TIME WE HAVE

5   CONCERNS OVER THAT ISSUE OF MAY BE ANY FUTURE CHANGE

6   OF OPERATIONS, CINCINNATI WILL OPPOSE ANYTHING WHERE

7   THEY ALLOW TRANSFERRING TO CINCINNATI WITHOUT BRINGING

8   THEIR WORK.

9       MR. JONES:  MR. CHAIRMAN, FOR THE RECORD, WE

10  WILL CERTAINLY ALLOW THAT TO BE DETERMINED BY THE

11  COMMITTEE.  THANK YOU.

12      MR. HOLCOMBE:  THAT'S ALL WE HAVE.

13      SERGEANT AT ARMS PERKINS:  135.

14      MR. WILKINSON:  MR. CHAIRMAN, JIM WILKINSON

15  FOR LOCAL 135.  I AM REPRESENTING THE ROAD AND THE

16  SHOP.  BUSINESS AGENT, ROBIN GREENE IS REPRESENTING

17  LOCAL CARTAGE.  I WOULD LIKE TO LET HIM GO FIRST.

18      MR. GREENE:  ROBIN GREENE FOR LOCAL 135,

19  LOCAL CARTAGE SIDE.  WE HAVE NO OBJECTIONS WHATSOEVER

20  WITH THE CHANGE.  WE ARE COMFORTABLE WITH THAT.

21      CHAIRMAN SWEETON:  THANK YOU, ROBIN.

22      MR. WILKINSON:  MR. CHAIRMAN, JIM WILKINSON.

23  I AM GOING TO DO THE ROAD FIRST.  WE HAVE NO OBJECTION

24  TO THE CHANGE.  WE JUST WANT A LITTLE CLARIFICATION.

25          ON THE COLUMBUS, OHIO BOARD, THERE IS

Page 19

2007JULY17CHANGEOFOPERATIONS
O'BRIEN COURT REPORTERS    (714) 891-7450

22

1  GUYS THAT IS ON MEDICAL TRANSFERS FROM LOCAL CARTAGE

2  TO THE ROAD.  WE ARE ASKING TO FIND OUT WHAT SENIORITY

3  DATE THEY ARE SHOWING TO MOVE IN WITH.  ARE THEY

4  MOVING IN WITH THEIR LOCAL CARTAGE SENIORITY OR ARE

5  THEY MOVING IN WITH THEIR ROAD SENIORITY?

6         MR. JONES:  CLARIFICATION OF THAT.  BOB

7  JONES FOR YELLOW TRANSPORTATION, MR. CHAIRMAN.  WE

8  WILL ALLOW THE COMMITTEE TO MAKE THAT DECISION, ABIDE

9  BY THE COMMITTEE DECISION.

10        CHAIRMAN SWEETON:  SO WHAT YOUR QUESTION IS,

11 IS WHAT CLASSIFICATION THEY ARE IN RIGHT NOW.  AND

12 WHAT THEY WILL BE COMING IN WITH.

13        MR. WILKINSON:  YEAH.  THAT'S IT,

14 MR. CHAIRMAN.

15        CHAIRMAN SWEETON:  WE WILL GIVE YOU AN

16 ANSWER TO THAT IN OUR DECISION.

17        MR. RAVER:  WE DIDN'T HEAR THE ANSWER FROM

18 BOB JONES.

19        MR. JONES:  THE ANSWER THAT I GIVE WAS THAT

20 THE COMPANY WOULD ABIDE BY THE DECISION OF THE

21 COMMITTEE.

22        CHAIRMAN SWEETON:  ANYTHING ELSE?

23        MR. WILKINSON:  YES.  UNDER THE SHOP

24 OPERATION, WE UNDERSTAND THERE IS 12 POSITIONS COMING

25 TO INDIANAPOLIS.  I WILL GIVE YOU A COPY OF OUR

O'BRIEN COURT REPORTERS    (714) 891-7450

23

2007JULY17CHANGEOFOPERATIONS

1    INDIANA AUTOMOTIVE MAINTENANCE CONTRACT FOR THE

2    CHAIRMEN TO LOOK AT.

3                    THERE IS NO PROVISION IN THIS CONTRACT

4    TO LET PEOPLE MOVE IN WITH THEIR SENIORITY, SO THEY

5    WILL ALL HAVE TO END TAIL INTO LOCAL 135.

6                    I DID SIT WITH THE COMPANY, TALKED TO

7    THEM ABOUT THEIR FRINGES, TOOL ALLOWANCE, ALL THE

8    STUFF THAT GOES WITH THIS.  THEY WOULD TAKE CARE OF

9    THAT BEFORE THEY MOVED INTO INDIANA.  THE ONLY

10   SENIORITY THEY WOULD ENJOY IN INDIANA WOULD BE FOR

11   VACATION, WHAT THEY HAVE EARNED BY THE COMPANY

12   SENIORITY, BUT THEY WILL GO TO THE BOTTOM OF OUR

13   SENIORITY LIST.  THEY WILL BE AS A NEW HIRE TO US, BUT

14   THEY WILL MAINTAIN WHATEVER WAGES THEY ARE MAKING, ALL

15   THAT STUFF, BUT THERE IS NO PROVISION AT ALL IN OUR

16   CONTRACT TO LET PEOPLE MOVE IN.

17                   MR. JONES:  BOB JONES IN RESPONSE TO THAT,

18   MR. CHAIRMAN, THAT IS COVERED IN THE OPERATING

19   STATEMENT, GENERAL OPERATING STATEMENT.  WE AGREE.

20                   CHAIRMAN SWEETON:  THANK YOU.  ANY OTHER

21   QUESTIONS JIM?

22                   MR. WILKINSON:  MR. CHAIRMAN, I THINK THAT'S

23   ALL WE HAVE.

24                   CHAIRMAN SWEETON:  THANK YOU VERY MUCH.

25                   SERGEANT AT ARMS PERKINS:  407.

             O'BRIEN COURT REPORTERS    (714) 891-7450

                                                          24

1                    MR. SMITH:  MR. CHAIRMAN, I WILL BE SPEAKING

2    ON BEHALF OF BOTH THE ROAD PORTION AS WELL AS THE

3    LOCAL CARTAGE.

2007JULY17CHANGEOFOPERATIONS

4         I HAVE A LETTER FROM THE BUSINESS

5 AGENT, MR. JESS WOODY, WRITTEN ON JULY 13.

6         "DEAR MR. WALT LYTLE:

7         "DEAR SIR AND BROTHER:

8         "AS BUSINESS REPRESENTATIVE FOR ROAD

9         DRIVERS DOMICILED IN THE BRIDGEFIELD, OHIO

10         TERMINAL, I HAVE NO OBJECTION TO THE CHANGE

11         MR-CO-05-07/2007.

12         "AT A MEETING WITH YELLOW

13         TRANSPORTATION ON JUNE 27, 2007, ALL

14         QUESTIONS PRESENTED BY MYSELF AND MY

15         STEWARDS WERE ASKED AND ANSWERED TO OUR

16         SATISFACTION.

17         "RESPECTFULLY SUBMITTED.

18         "JESS WOODY"

19         CHAIRMAN SWEETON:  DO YOU HAVE A COPY OF

20 THOSE WRITTEN QUESTIONS AND ANSWERS?

21         MR. SMITH:  NO, SIR, I DO NOT, BUT I CAN

22 FORWARD THEM TO THE COMMITTEE IF THEY NEED THEM.

23         "REGARDING THE LOCAL CARTAGE PORTION,

24         WITH ALL DUE CONCERN TO OUR BROTHERS AND

25         SISTERS IN LOCAL 413 LOSING A SIGNIFICANT

O'BRIEN COURT REPORTERS   (714) 891-7450.

25

1         PORTION OF THEIR BREAKBULK OPERATION, WE

2         APPRECIATE RECEIVING THE ADDITIONAL

3         DOCK/YARD WORK IN CLEVELAND, OHIO.

4         "A MEETING WAS HELD IN CLEVELAND WITH

5         YELLOW TRANSPORTATION ON WEDNESDAY, JUNE 27.

6         YELLOW TRANSPORTATION ADEQUATELY PRESENTED

2007JULY17CHANGEOFOPERATIONS

7 THE CHANGE, AND THE LOCAL UNION'S QUESTIONS

8 WERE SATISFACTORILY ANSWERED.

9 "SUBSEQUENT TO THAT MEETING, MY DOCK/

10 YARD BARGAINING UNIT HAD SOME CONCERNS

11 REGARDING THE ELIGIBILITY OF THE COLUMBUS

12 CITY DRIVERS TO FOLLOW DOCK/YARD WORK TO

13 CLEVELAND.

14 "AS THIS CHANGE IS WRITTEN AND

15 PRESENTED, NO CITY P&D WORK IS MOVING FROM

16 COLUMBUS TO CLEVELAND. THEREFORE, WE ARE

17 REQUESTING THAT ONLY THE DOCK/YARD BID

18 EMPLOYEES BE PERMITTED TO FOLLOW THEIR WORK

19 TO CLEVELAND.

20 "WE UNDERSTAND THAT ALL QUESTIONS

21 CONCERNING CLASSIFICATION ELIGIBILITY TO

22 PARTICIPATE AND FOLLOW LOCAL CARTAGE WORK TO

23 GAINING FACILITIES REST WITH THIS COMMITTEE.

24 "IF THE DECISION OF THIS COMMITTEE

25 PERMITS COLUMBUS CITY DRIVERS TO FOLLOW

O'BRIEN COURT REPORTERS (714) 891-7450

26

1 DOCK/YARD WORK TO CLEVELAND.

2 "WE HAVE A PRACTICE IN LOCAL 407 TITLED

3 'THE CLEVELAND PRACTICE.' IT REQUIRES THAT

4 A CITY EMPLOYEE VOLUNTARILY TRANSFERRING

5 FROM A CITY CLASSIFICATION TO A DOCK/YARD

6 CLASSIFICATION SUFFER A LOSS OF SENIORITY

7 FOR ONE YEAR, ONE DAY AND A BID. WE

8 RESPECTFULLY REQUEST THAT THAT PRACTICE BE

9 APPLIED TO ANY COLUMBUS CITY DRIVER GIVEN

Page 23

2007JULY17CHANGEOFOPERATIONS

10 THE OPPORTUNITY TO FOLLOW DOCK/YARD WORK TO

11 CLEVELAND. I WILL PRESENT A COPY OF THE

12 CLEVELAND PRACTICE FOR ANY NECESSARY

13 REFERENCE DURING EXECUTIVE SESSION.

14 "WITH THOSE TWO CONCERNS PLACED IN THE

15 HANDS OF THE COMMITTEE, LOCAL 407 HAS NO

16 OBJECTION TO THE CHANGE AND WILL

17 RESPECTFULLY ACCEPT THE DECISION RENDERED BY

18 THIS COMMITTEE."

19 MR. LYTLE: JUST FOR THE RECORD, J.D., THE

20 QUESTIONS AND ANSWERS YOU HAD AS FOR THE LOCAL CARTAGE

21 SUBMITTED AND THE LETTER IS FOR THE ROAD PORTION;

22 RIGHT?

23 MR. SMITH: YES, SIR. THERE ARE TWO LETTERS

24 THAT I SUBMITTED TO YOU. ONE ON BEHALF OF JESS WOODY.

25 THERE ARE NO QUESTIONS AND ANSWERS ASSOCIATED WITH

O'BRIEN COURT REPORTERS (714) 891-7450

27

1 THAT LETTER. THEN THE SECOND LETTER IS THE LETTER

2 CONCERNING LOCAL CARTAGE ISSUES. I DO HAVE COPIES OF

3 MY NOTES FROM THE MEETING, BUT I DON'T HAVE THEM

4 SPECIFICALLY PREPARED FOR YOU.

5 CHAIRMAN SWEETON: I HAVE A QUESTION FOR YOU

6 JUST SO THAT WE UNDERSTAND WHAT YOU ARE SAYING. WHEN

7 THE LOCAL 413 PEOPLE COME IN IF WE ARE ALLOWING THE

8 LOCAL CARTAGE TO BID INTO THE DOCK JOBS, WHAT ARE YOU

9 ACTUALLY SAYING? IF THEY COME WITH SO MUCH SENIORITY,

10 YOU ARE NOT WANTING THEM TO BE ABLE TO BID OUT OF

11 THERE FOR A YEAR AND DAY?

12 MR. SMITH: WELL, IF THEY ARE CHANGING,

Page 24

2007JULY17CHANGEOFOPERATIONS

13  VOLUNTARILY CHANGING FROM A CITY CLASSIFICATION IN

14  COLUMBUS TO A DOCK/YARD CLASSIFICATION MIGRATING NORTH

15  TO CLEVELAND, THAT THEY SURRENDER THE SENIORITY FOR

16  ONE YEAR, ONE DAY AND A BID.  AFTER THAT POINT THEY

17  WOULD REGAIN THEIR SENIORITY AND BE ABLE TO DOVETAIL

18  INTO OUR BOARD.

19          CO-CHAIRMAN ROBERTS:  IS THAT A 407

20  PRACTICE?

21          MR. SMITH:  YES, SIR.  IT IS.  THAT IS 407.

22  AS I UNDERSTAND IT, THERE IS TWO SEPARATE SENIORITY

23  LISTS IN COLUMBUS.  ONE FOR THE CITY AND -- DON'T

24  QUOTE ME ON THE NUMBERS -- BUT I BELIEVE THERE ARE 54

25  IN THE CITY AND 122 ON THE DOCK.

O'BRIEN COURT REPORTERS   (714) 891-7450

28

1           I THINK THE PURPOSE OF THE CHANGE, THE

2   INTENT IS TO COMBINE THE TWO LISTS OF 174 TOTAL.

3   INITIALLY WE WOULD LIKE TO SEE JUST THE DOCK/YARD BID

4   EMPLOYEES BE PERMITTED TO FOLLOW DOCK/YARD WORK TO

5   CLEVELAND.

6           CO-CHAIRMAN ROBERTS:  I GOT IT NOW.  THANK

7   YOU.

8           MR. SMITH:  ALL RIGHT.

9           MR. LYTLE:  THE COMPANY HAS AGREED TO THAT,

10  RIGHT, FOR THE RECORD, AND SIGNED OFF BY EVERETT HART

11  AND THE LOCAL UNION.

12          MR. SMITH:  THE CLEVELAND PRACTICE HAS BEEN

13  SIGNED OFF BY THE COMPANY.  THE MEETING ON JUNE 27TH

14  IN CLEVELAND, THE COMPANY PUT ON THE TABLE THAT THERE

15  ARE TWO SEPARATE LISTS, BUT BOTH WOULD BE ELIGIBLE TO

Page 25

2007JULY17CHANGEOFOPERATIONS

16 PARTICIPATE IN THIS CHANGE. SO AGAIN, DON'T

17 MISUNDERSTAND, THE CLEVELAND PRACTICE HAS AGREED TO

18 THIS PRINCIPLE OF WHETHER CITY CLASSIFICATION AND

19 DOCK/YARD PUTTING INTO ONE LOCAL CARTAGE AS THERE IS

20 OUR DISPUTE. INITIALLY IT WAS UNDERSTOOD AND AGREED.

21 MY BARGAINING UNIT REACTED THE WAY -- YOU KNOW, THEY

22 WANT TO PROTECT THEIR DOCK/YARD CLASSIFICATION AND THE

23 SENIORITY THAT THEY HAVE WITHIN THAT DOCK/YARD

24 CLASSIFICATION.

25          I HOPE I MADE MYSELF CLEAR.

          O'BRIEN COURT REPORTERS     (714) 891-7450

▯

                                                    29

1          MR. LYTLE:  THE ISSUE FOR US TO DECIDE IS

2 HOW WE HANDLE COMING FROM SINGLE CLASSIFICATION INTO A

3 MULTI-CLASSIFICATION IN 407; RIGHT?

4          MR. SMITH:  YES; SIR.  IN CLEVELAND, THE

5 DISTINCTION BETWEEN CITY AND LOCAL CARTAGE IS AN

6 ABSOLUTE DISTINCTION.  TO MOVE FROM CITY TO DOCK/YARD,

7 YOU MUST APPLY THE PRINCIPLES OF THE CLEVELAND

8 PRACTICE.

9          SO, AGAIN, WHEN WE ARE LOOKING AT WHAT

10 IS COMING NORTH FROM COLUMBUS, IT IS DOCK/YARD WORK.

11 SO WE ARE ASKING AGAIN, PRIMARILY THAT THE DOCK/YARD

12 BE AFFORDED THE OPPORTUNITY TO FOLLOW THE WORK NORTH

13 TO CLEVELAND, AND IF COLUMBUS OR THE COMMITTEE DECIDES

14 TO PUT THE 54 CITY DRIVERS WITH THE 122 DOCK

15 EMPLOYEES, THAT THEY -- THE CITY DRIVERS PARTICIPATING

16 IN THE CHANGE FOLLOW THEIR WORK TO CLEVELAND UNDER THE

17 PRINCIPLES OF THE CLEVELAND PRACTICE.

18          MR. LYTLE:  SO YOU ARE NOT ASKING THAT THEY

                         Page 26

2007JULY17CHANGEOFOPERATIONS

19  BID IT SEPARATELY PER SE, YOU JUST WANT TO KNOW HOW TO

20  SORT IT OUT ONCE THEY GET THERE.

21          MR. SMITH:  EXACTLY MR. LYTLE.

22          CO-CHAIRMAN ROBERTS:  DOES THAT MEAN, J.D.,

23  THAT IF THE COMMITTEE IN THEIR WISDOM DECIDES TO BID

24  THE LOSING POSITIONS TO A COMBINATION 413 SENIORITY

25  LIST, THAT IS, THE DRIVERS AND THE DOCK, AND THAT PART

O'BRIEN COURT REPORTERS    (714) 891-7450

30

1  OF THE FOLKS THAT TRANSFER ARE DOCK PEOPLE AND PART

2  ARE CITY PEOPLE, THAT THEY WILL BE TREATED

3  DIFFERENTLY?

4          MR. SMITH:  YES, SIR.

5          CO-CHAIRMAN ROBERTS:  THE DRIVERS WILL HAVE

6  A YEAR AND DAY, AND DOCK PEOPLE WILL DOVETAIL

7  IMMEDIATELY.

8          MR. SMITH:  YES, SIR.

9          CO-CHAIRMAN ROBERTS:  THANK YOU.

10          CHAIRMAN SWEETON:  NEXT LOCAL FRANK.

11          SERGEANT AT ARMS PERKINS:  413.

12          CHAIRMAN SWEETON:  READY.

13          MR. JONES:  I AM READY.  GOOD MORNING,

14  MR. CHAIRMAN.  FIRST OF ALL, LOCAL 413 WOULD LIKE TO

15  ENTER INTO THE RECORD AN OPENING STATEMENT.

16          "TEAMSTERS LOCAL 413 OPENING STATEMENT

17          OBJECTING TO YELLOW'S PROPOSED CHANGE OF

18          OPERATIONS.

19          "LOCAL 413 OBJECTS TO YELLOW'S CHANGE

20          OF OPERATIONS FOR THE FOLLOWING REASONS:

21          "OUR MEMBERS AT COLUMBUS, OHIO WORKING

Page 27

2007JULY17CHANGEOFOPERATIONS

22    AT YELLOW TRANSPORTATION HAVE ALWAYS BEEN

23    PRODUCTIVE AND EFFICIENT IN PERFORMING THEIR

24    DUTIES.

25        "THE COLUMBUS, OHIO FACILITY HAS

O'BRIEN COURT REPORTERS    (714) 891-7450

31

1    RECEIVED SEVERAL AWARDS FOR LOAD FACTOR

2    EFFICIENCY, PRODUCTIVITY, SAFETY AND

3    CUSTOMER RELATIONS.

4        "AT TIMES THE COLUMBUS, OHIO FACILITY

5    WAS NO. 1 IN THE COMPANY.

6        "EVEN THOUGH WE RECOGNIZE THE EVER

7    CHANGING NEEDS IN ORDER TO COMPETE WITH

8    NON-UNION CARRIERS, WE WOULD REQUEST THAT IF

9    THE CHANGE IS APPROVED THAT OUR MEMBERS BE

10    PROTECTED.

11        "WE HAVE A LOT OF HARD WORKING

12    TEAMSTERS THAT ARE BEING DISPLACED.  THESE

13    MEN AND WOMEN PAY OUR SALARIES BOTH LOCALLY

14    AND AT THE INTERNATIONAL LEVEL.  THEY

15    DESERVE THE BEST POSSIBLE REPRESENTATION

16    THEY CAN GET.

17        "AGAIN, LOCAL 413 OBJECTS TO THE

18    CHANGE, BUT WE FEEL WE ARE OBLIGATED TO THE

19    MEMBERS TO TRY TO REDUCE THE PROPOSED

20    NUMBERS IN THE CHANGE IF POSSIBLE.

21        "LOCAL 413 WOULD REQUEST THAT THE

22    COMPANY RECONSIDER THE FOLLOWING:

23        "THAT COLUMBUS SHOULD MAINTAIN ON THE

24    ROAD PRIMARIES TO ST. LOUIS, CHARLOTTE,

Page 28

2007JULY17CHANGEOFOPERATIONS
25    BUFFALO, MEMPHIS, COLDWATER, INDIANAPOLIS,

O'BRIEN COURT REPORTERS    (714) 891-7450

۝

32

1         NASHVILLE, RFO, ROANOKE AND CLEVELAND, OHIO.

2              "ALSO MAINTAIN THE RIGHT TO RUN

3         REFERRALS TO CHICAGO AND LCP.

4              "WITH COLUMBUS MAINTAINING THE WORK WE

5         COULD REDUCE THE NEGATIVE IMPACT ON

6         COLUMBUS, OHIO MAINTAINING ADDITIONAL

7         DRIVERS, MECHANICS AND LOCAL CARTAGE

8         EMPLOYEES.  THIS WOULD STILL ALLOW THE

9         COMPANY TO OPERATE IN A COMPETITIVE AND

10        EFFICIENT MANNER.

11             "THE COMPANY MUST GUARANTEE THAT THE

12        WORK LEFT IN COLUMBUS, OHIO WILL SUPPORT THE

13        NUMBER OF MEMBERS THAT WILL BE LEFT."

14             WITH ALL DUE RESPECT, MR. CHAIRMAN,

15   LOCAL 413 WOULD REQUEST THE FOLLOWING BE ENTERED INTO

16   THE RECORD.

17             IMPLEMENTATION DATE THAT THE COMPANY

18   HAS PROPOSED OF SEPTEMBER 2ND LEAVES MEMBERS FIVE DAYS

19   SHORT ON CONTRIBUTORY YEAR TOWARDS THEIR PENSION.

20   WE WOULD REQUEST THAT THE IMPLEMENTATION DATE BE

21   EXTENDED TO SEPTEMBER 10, 2007.

22             LOCAL 413 WOULD REQUEST THAT THE

23   CURRENT NON-DRIVER QUALIFIED EMPLOYEES THAT HIRED OR

24   TRANSFERRED IN COLUMBUS, OHIO BE RED CIRCLED AND

25   PROTECTED FOR PURE DOCK WORK IN COLUMBUS, OHIO.

O'BRIEN COURT REPORTERS    (714) 891-7450

۝

2007JULY17CHANGEOFOPERATIONS

33

1            THE COMPANY HAS PROPOSED TO CLOSE THE

2   COLUMBUS, OHIO D.C. BREAKBULK SERVICE CENTER.   THE

3   COMPANY HAS STATED IT WILL BE AN END OF THE LINE

4   FACILITY.

5            LOCAL 413 WOULD REQUEST THAT ALL BIDS

6   BE PUT IN PLACE AFTER THE CHANGE BE MONDAY THROUGH

7   FRIDAY.   SATURDAY AND SUNDAY WOULD BE PREMIUM DAYS AND

8   PAID IN ACCORDANCE WITH THE NATIONAL MASTER FREIGHT

9   AGREEMENT.

10            THE COLUMBUS SENIORITY PRACTICE WOULD

11   REMAIN IN FULL EFFECT AS IT HAS IN THE PAST.

12            LOCAL 413 WOULD REQUEST THAT ANY DRIVER

13   QUALIFIED EMPLOYEE THAT REMAINS ON THE COLUMBUS

14   SENIORITY LIST THAT WOULD BE UNABLE TO OBTAIN A DOT

15   MEDICAL CERTIFICATE BE ENTITLED TO WORK THE DOCK YARD

16   IN SENIORITY ORDER.

17            LOCAL 413 WOULD REQUEST A 180 DAY

18   WINDOW PERIOD IF THIS CHANGE IS APPROVED.

19            WE WOULD ALSO REQUEST A HOLD-DOWN BID

20   BE FOR MEMBERS THAT ELECT TO TRANSFER THAT ARE

21   CURRENTLY ON OJI OR LONG-TERM DISABILITY.

22            LOCAL 413 WOULD REQUEST THAT THE

23   COMPANY IDENTIFY THE WORK THAT WILL REMAIN IN

24   COLUMBUS, OHIO (ON THE ROAD, LOCAL CARTAGE, AND

25   COLUMBUS SHOP).

O'BRIEN COURT REPORTERS    (714) 891-7450

▯

34

1            WE WOULD ALSO REQUEST THAT THE COMPANY

2   MEET WITH THE LOCAL UNION TO DEVELOP BIDS AND

Page 30

2007JULY17CHANGEOFOPERATIONS

3   WORKRULES THAT MAY CHANGE DUE TO THE END OF THE LINE

4   TERMINAL IF THE CHANGE IS APPROVED BEING IMPLEMENTED

5   IN COLUMBUS, OHIO.

6                    WE WOULD ALSO REQUEST THAT

7   EMPLOYEE/MEMBERS PURSUANT TO ARTICLE 8.6 THAT THE 60

8   DAY QUALIFICATION PERIOD TO BECOME CDL DRIVER

9   QUALIFIED BE INCREASED TO 90 DAYS FOR THE FOLKS THAT

10  ARE TRYING TO QUALIFY IN COLUMBUS IN ORDER TO

11  TRANSFER.

12                   WITH THAT, MR. CHAIRMAN, I WILL TURN IT

13  OVER TO MR. RAVER WHO HAS A FEW QUESTIONS.

14              CHAIRMAN SWEETON:  HOLD ON JUST A SECOND

15  HERE.  WE ARE GOING TO LET THE COMPANY ANSWER THESE

16  QUESTIONS.

17              MR. JONES:  OKAY.

18              MR. BOOTHE:  ROD BOOTHE FOR YELLOW

19  TRANSPORTATION.  I WOULD LIKE TO START WITH PAGE 2

20  OF MR. JONES OPENING STATEMENT.  THE FIRST PARAGRAPH

21  THAT COLUMBUS SHOULD MAINTAIN ON THE ROAD PRIMARIES TO

22  ST. LOUIS, CHARLOTTE, BUFFALO, MEMPHIS, COLD WATER,

23  INDIANAPOLIS, NASHVILLE.  THE COMPANY HAS CLARIFIED IN

24  MEETINGS WITH THE LOCAL AND WITH THE AMENDMENTS OF

25  THIS CHANGE AND FOR CLARIFICATION OF THIS COMMITTEE

O'BRIEN COURT REPORTERS    (714) 891-7450

35

1   WOULD BE ST. LOUIS, CHARLOTTE, BUFFALO, MEMPHIS,

2   COLD WATER, INDIANAPOLIS AND NASHVILLE.  NOT RFO OR

3   CLEVELAND.  THEY HAVE THE PRIMARY INTO COLUMBUS AND IF

4   YOU READ THE CHANGE, ROANOKE IS BEING DISCONNECTED

5   FROM COLUMBUS, OHIO.

2007JULY17CHANGEOFOPERATIONS

6        MR. BRYANT:  ARE YOU SAYING THEY ARE

7   MAINTAINING ALL THEIR PRIMARIES TODAY, THAT THEY HAVE

8   TODAY, THEY WILL MAINTAIN TOMORROW?

9        MR. BOOTHE:  NO.  THE PRIMARIES THEY ARE

10   GOING TO MAINTAIN -- I WILL READ THEM AGAIN -- WOULD

11   BE ST. LOUIS, CHARLOTTE, BUFFALO, MEMPHIS, COLD WATER,

12   INDIANAPOLIS AND NASHVILLE, TENNESSEE.

13        CHAIRMAN SWEETON:  GO AHEAD.

14        MR. BOOTHE:  THE NEXT SENTENCE, "ALSO

15   MAINTAIN THE RIGHT TO RUN REVERSALS TO CHICAGO AND

16   LCP."  THE COMPANY HAS ADDRESSED THIS IN OUR OPENING

17   STATEMENT AS WELL AS OUR OPERATING STATEMENT AT THE

18   BEGINNING OF THE CHANGE.

19        THE NEXT PARAGRAPH, "WITH COLUMBUS

20   MAINTAINING THIS WORK WE COULD REDUCE THE NEGATIVE

21   IMPACT ON COLUMBUS, OHIO."  THE COMPANY IN MEETINGS

22   THAT WERE HELD WITH THE LOCAL HAS IDENTIFIED THE GAINS

23   AND LOSSES, AND THE COMPANY STANDS BY THEIR NUMBERS.

24        NEXT ONE, "THE COMPANY MUST GUARANTEE

25   THAT THE WORK LEFT IN COLUMBUS WILL SUPPORT THE NUMBER

O'BRIEN COURT REPORTERS    (714) 891-7450

36

1   OF MEMBERS THAT WOULD BE LEFT."  COLUMBUS CURRENTLY

2   HAS SOME EMPLOYEES ON LAYOFF.  AFTER THIS CHANGE THE

3   WORK LEFT IN COLUMBUS WILL BE PERFORMED BY COLUMBUS

4   EMPLOYEES.

5        GOING TO THE PAGE OF QUESTIONS.

6        NO. 1.  THE IMPLEMENTATION DATE, I WILL

7   LEAVE IT UP TO THE COMMITTEE, BUT THE COMPANY WOULD

8   AGREE NOT TO IMPLEMENT ANY SOONER THAN 9-9-07.

Page 32

2007JULY17CHANGEOFOPERATIONS

9          NO. 2. "LOCAL 413 WOULD REQUEST THE

10  CURRENT NON-DRIVER QUALIFIED EMPLOYEES THAT HIRED OR

11  TRANSFERRED IN COLUMBUS BE RED CIRCLED." THE COMPANY

12  HAS AGREED WITH THE LOCAL UNIONS TO SIT DOWN AND

13  DISCUSS WITH THE LOCAL UNION AFTER THE CHANGE, THIS

14  PARTICULAR ISSUE.

15         NO. 4. "LOCAL 413 WOULD REQUEST THAT

16  ALL BIDS BE PUT IN PLACE AFTER THE CHANGE BE MONDAY

17  THROUGH FRIDAY." AS DISCUSSED IN MEETINGS WITH THE

18  LOCAL UNION, THE LOCAL CARTAGE OPERATION WILL BE

19  MONDAY THROUGH FRIDAY. THE LINEHAUL RELAY AND SHOP

20  WILL BE 24 HOURS A DAY, SEVEN DAYS A WEEK OPERATION.

21         "THE COLUMBUS SENIORITY PRACTICE WILL

22  REMAIN INTACT."

23         NO. 6. "LOCAL 413 WOULD REQUEST THAT

24  ANY DRIVER QUALIFIED EMPLOYEES THAT REMAINS ON THE

25  COLUMBUS SENIORITY LIST THAT ARE UNABLE TO OBTAIN A

O'BRIEN COURT REPORTERS   (714) 891-7450

37

1  DOT MEDICAL CERTIFY BE ENTITLED TO WORK THE DOCK/YARD

2  IN SENIORITY ORDER." IN MEETINGS HELD WITH THE LOCAL

3  UNION, THE COMPANY AGREED TO SIT DOWN AND DISCUSS THIS

4  ISSUE WITH THE LOCAL AFTER THE CHANGE.

5        NEXT QUESTION, NO. 7, BOB JONES, YELLOW

6  TRANSPORTATION, "LOCAL 413 WOULD REQUEST 180 DAY

7  WINDOW PERIOD." MR. CHAIRMAN, THE COMPANY OBJECTS TO

8  A WINDOW PERIOD BASED ON THE NUMBERS BEING EVEN IN

9  THIS CHANGE.

10        QUESTION 8. "LOCAL 413 WOULD REQUEST

11  HOLD DOWN BIDS FOR MEMBERS THAT ELECT TO TRANSFER THAT

2007JULY17CHANGEOFOPERATIONS

12  ARE CURRENTLY ON OJI OR LTD."  THE COMPANY WILL ABIDE

13  BY COMMITTEE DECISION IN THAT REGARD.

14         MR. JONES:  MR. CHAIRMAN, CAN I RESPOND TO

15  THE QUESTION?

16         CHAIRMAN SWEETON:  JUST LET HIM GO AHEAD AND

17  FINISH RESPONDING.

18         MR. BOOTHE:  ROD BOOTHE AGAIN, YELLOW

19  TRANSPORTATION.

20         NO. 9.  "LOCAL 413 WOULD REQUEST THAT

21  THE COMPANY IDENTIFY THE WORK THAT WILL REMAIN IN

22  COLUMBUS, OHIO."  IN MEETINGS HELD WITH THE LOCAL, THE

23  COMPANY HAS IDENTIFIED THIS WORK AS WELL AS THE FILING

24  OF THIS CHANGE AND THE AMENDMENT AND THE OPENING

25  STATEMENT CONCERNING THIS CHANGE.

          O'BRIEN COURT REPORTERS   (714) 891-7450

                                                        38

1          CHAIRMAN SWEETON:  LET ME ASK YOU A

2  QUESTION.  YOU SAID YOU HAD IDENTIFIED THAT WORK TO

3  THE LOCAL UNION ALREADY?

4          MR. BOOTHE:  YES, SIR.

5          CHAIRMAN SWEETON:  THANK YOU.  CAN YOU

6  IDENTIFY FOR THIS COMMITTEE?

7          MR. BOOTHE:  YES, SIR.  IT WOULD BE THE

8  LOCAL COLUMBUS P&D WORK FOR THE LOCAL CARTAGE PEOPLE.

9  THE RELAY AS I HAVE ALREADY TALKED ABOUT EARLIER.  AND

10  NAMED THEM BY NAME:  ST. LOUIS, CHARLOTTE, BUFFALO,

11  MEMPHIS, COLD WATER, INDIANAPOLIS AND NASHVILLE, AND

12  THEN IDENTIFIED WHAT THE SHOP WOULD BE TO TAKE CARE OF

13  ANY OF THE LOCAL EQUIPMENT THAT WOULD BE THERE:  CITY

14  TRACTORS, YARD TRACTORS, TOW MOTORS, AS WELL AS THE

                        Page 34

2007JULY17CHANGEOFOPERATIONS

15  ROAD UNITS AND TRAILERS COMING THROUGH ON THE RELAY

16  AND BEING DISPATCHED OUT OF COLUMBUS, OHIO.

17            NO. 10.  "LOCAL 413 WOULD REQUEST THE

18  COMPANY TO MEET WITH THE LOCAL UNION TO DEVELOP BIDS

19  AND WORKRULES THAT MAY CHANGE DUE TO THE END OF THE

20  LINE TERMINAL IF THE CHANGE IS APPROVED."  THE

21  COMPANY, AGAIN, AGREED WITH THE LOCAL UNION AT

22  MEETINGS THAT WE WILL SIT DOWN WITH THE LOCAL AND TALK

23  ABOUT NEW WORKRULE CHANGES THAT WOULD BE NECESSARY,

24  BUT THE COMPANY WILL BID THE EMPLOYEES WHERE THEY ARE

25  NEEDED BASED ON THE WORKFLOW AND PROVIDE THE LOCAL

39

1  UNION WITH COPIES OF THE BIDS.

2            MR. JONES:  BOB JONES, AGAIN, FOR YELLOW

3  TRANSPORTATION.  NO. 11, MR. CHAIRMAN.  "LOCAL UNION

4  413 WOULD REQUEST EMPLOYEE MEMBERS PURSUANT TO ARTICLE

5  8.6 HAVE 90 DAYS TO BECOME DRIVER QUALIFIED IN ORDER

6  TO TRANSFER, AN ADDITIONAL 30 DAYS."  THE CONTRACT

7  WILL APPLY.

8            CHAIRMAN SWEETON:  NOW, LOCAL UNION.

9            MR. JONES:  YES.  I WOULD LIKE TO RESPOND TO

10  THE ANSWER THAT HE GAVE ON QUESTION NO. 7, "LOCAL 413

11  WOULD REQUEST A 180 DAY WINDOW PERIOD."  IN THE LOCAL

12  LEVEL MEETING THAT WE HAD, IT WAS PROPOSED 120 DAY

13  WINDOW PERIOD AND THE COMPANY SAID THAT THEY WOULD NOT

14  DISPUTE THAT.  AND HERE TODAY THEY SAID THEY ARE NOT

15  WILLING TO PROPOSE A WINDOW PERIOD.

16            CHAIRMAN SWEETON:  GENTLEMEN, THAT WILL BE

17  ADDRESSED IN OUR DECISION FROM THIS COMMITTEE.

2007JULY17CHANGEOFOPERATIONS

18      MR. JONES: THANK YOU, MR. CHAIRMAN.

19      MR. BOOTHE: THANK YOU.

20      MR. LYTLE: I HAVE A QUESTION, MR. CHAIRMAN,

21 OF THE COMPANY. I UNDERSTAND THAT YOU MOVE PEOPLE

22 BASED ON TRANSFER BILLS PER WEEK, AND AS YOU GUYS MAY

23 BE RIGHT, BUT WHAT BRINGS MY QUESTION, AS I LOOK AT

24 INDIANAPOLIS, YOU HAVE 337 TRANSFERRED BILLS

25 TRANSFERRING THREE POSITIONS, WHICH IS APPROXIMATELY

O'BRIEN COURT REPORTERS    (714) 891-7450

40

1 110 TRANSFER BILLS PER PERSON, BUT WHEN I LOOK AT 413,

2 TRANSFERRING APPROXIMATELY 443 TRANSFER BILLS, IF I

3 USE THE SAME 110, I COME UP WITH 39 POSITIONS RATHER

4 THAN 63. WHAT'S THE REASON FOR THAT?

5      MR. JONES: MR. CHAIRMAN, BOB JONES, YELLOW

6 TRANSPORTATION, I WILL DEFER TO PETE CHENEY, SENIOR

7 DIRECTOR OF OPERATIONS FOR THAT RESPONSE PLEASE.

8      MR. CHENEY: EVERY LOCAL, EVERY OPERATION WE

9 HAVE HAS DIFFERENT PRODUCTIVITY. WE USE THE

10 PRODUCTIVITY THAT EXISTS AT THAT TERMINAL TO DETERMINE

11 THE WORK NUMBERS AT THAT LOCATION. IT IS ALSO TRUE

12 THAT NOT ALL OPERATIONS ARE GOING TO RECEIVE THE SAME

13 AMOUNT OF WORK, AND IN THE CASE OF 413, WE DID ADD

14 SOME ADDITIONAL WORK MOVES OUT OF COLUMBUS, AND IT IS

15 ALSO TRUE THAT THERE IS YARD WORK ASSOCIATED WITH

16 THOSE LOCAL CARTAGE MOVES ALSO THAT YOU DON'T ACTUALLY

17 SEE BROKE OUT IN THOSE NUMBERS. SO PART OF IT IS

18 YARD; PART OF IT IS DOCK WORK. IT IS ALL ROLLED

19 TOGETHER WHEN WE DO LOCAL CARTAGE MOVES.

20      THOSE ARE THE TWO MAIN REASONS. IN THE

Page 36

2007JULY17CHANGEOFOPERATIONS

21  CASE OF COLUMBUS, THE REASON THEIR NUMBERS ARE

22  INFLATED SOMEWHAT HAS TO DO WITH THE FACT THAT WE

23  WANTED TO AFFORD THE LOCAL OPERATION PEOPLE TO FOLLOW

24  THEIR WORK.  IN THIS CHANGE THERE ACTUALLY IS AN

25  INEFFICIENCY ON THE DOCK WORK.  WE ARE ACTUALLY ADDING

O'BRIEN COURT REPORTERS   (714) 891-7450

41

1  ADDITIONAL TRANSFERS IN OUR NETWORK BASED ON THIS

2  CHANGE, BUT WE WANTED TO AFFORD THOSE OTHER PEOPLE AN

3  OPPORTUNITY TO FOLLOW THEIR WORK ELSEWHERE.

4        MR. LYTLE:  IT SEEMS TO ME THAT YOU GOT MORE

5  PEOPLE FOLLOWING WORK THAN YOU HAVE WORK FOR BASED ON

6  THE TRANSFER BILL, SO I GUESS THE ONLY QUESTION I HAVE

7  THAT REMAINS IS, THESE PEOPLE TRANSFERRING, YOU

8  GUARANTEEING WORK FOR THEM?

9        MR. CHENEY:  YES.  THAT IS ABSOLUTELY TRUE.

10  THE FACT THAT ON THE GAINING SIDE, THERE IS WORK

11  THERE.  THERE WAS LESS WORK BEING LOST AT COLUMBUS

12  THAN THERE IS GAININGS AT THE GAINING LOCATIONS.

13        MR. JONES:  BOB JONES FOR YELLOW

14  TRANSPORTATION, AGAIN, BASED ON CURRENT ECONOMIC

15  CONDITIONS, WE ARE GUARANTEEING THOSE AND THESE OTHER

16  ISSUE, WE WILL STAND BY OUR NUMBERS IN REGARDS TO

17  TRANSFERRING AND EMPLOYEES BEING AFFORDED THE

18  OPPORTUNITY FOR THEIR WORK.

19        MR. LYTLE:  THAT IS REALLY A BIG DIFFERENCE

20  WHEN I HEAR THAT 413 GOES ON THE RECORD AND THEY ARE

21  ONE OF THE MOST PRODUCTIVE IN YOUR SYSTEM; IS THAT

22  UNTRUE?

23        MR. JONES:  WELL, HOW THAT HAPPENS MR. LYTLE

Page 37

2007JULY17CHANGEOFOPERATIONS

24  IS SIMPLY THIS:  THERE IS AN ISSUE WITH LOCAL FREIGHT

25  THAT CURRENTLY COLUMBUS GETS 550 TO 600 BILLS AN

O'BRIEN COURT REPORTERS    (714) 891-7450

42

1   EVENING OUT OF THEIR LOCAL CITY OPERATION.  THOSE

2   BILLS ARE NOT TRANSFER BILLS IN COLUMBUS, THEY WILL

3   BECOME TRANSFER BILLS IN CHICAGO, INDIANAPOLIS,

4   NASHVILLE.  THAT'S WHY WE AFFORDED THOSE EXTRA 3,000

5   BILLS, MULTIPLY THE CITY BILLS DAILY, TIMES THE WEEKLY

6   TOTAL.  YOU ARE GOING TO GET AN ADDITIONAL 3,000 BILLS

7   THAT DIDN'T SHOW A TRANSFER AT COLUMBUS THAT WILL NEED

8   TO BE TRANSFERRED AT THESE OTHER LOCATIONS.  THAT'S

9   WHY WE ARE AFFORDING THEM THE WORK OPPORTUNITY.

10           CHAIRMAN SWEETON:  COMPANY, BASED ON YOUR

11  NUMBERS, YOU ARE GUARANTEEING THE WORK PROVIDED, THE

12  MOVES, AND THOSE PEOPLE WILL BE GUARANTEED WORK AT THE

13  GAINING DOMICILES THEY ARE GOING INTO; IS THAT

14  CORRECT?

15           MR. JONES:  BASED ON CURRENT ECONOMIC

16  CONDITIONS, MR. CHAIRMAN, YES.

17           CHAIRMAN SWEETON:  GO AHEAD LOCAL UNION.

18           MR. RAVER:  BUD RAVER FOR LOCAL 413.  IF

19  THIS CHANGE IS APPROVED, WHICH WE STRONGLY OBJECT TO

20  THIS CHANGE AND THE LOSS OF WORK IN COLUMBUS, OHIO,

21  THE REMAINING ROAD DRIVERS WILL BE 107; AM I CORRECT?

22  QUESTION TO THE COMPANY.

23           CHAIRMAN SWEETON:  COMPANY.

24           MR. BOOTHE:  BUD, I HAVE NO IDEA KNOWING

25  WHAT THE FINAL NUMBER WILL BE, BUT WE DO KNOW THAT THE

43

1    WORK IN COLUMBUS WILL BE DONE BY COLUMBUS EMPLOYEES.

2            MR. RAVER:  I PROVIDED THE COMPANY THIS

3    STATEMENT, AND I THINK THAT YOU AND I HAD DISCUSSIONS

4    ON THE PHONE, AND I THINK THAT WE WENT DOWN AND I HAD

5    THE SENIORITY LIST HERE, AND I THINK THAT YOU AND I

6    AGREED ON THE RECORD THAT THERE WOULD BE APPROXIMATELY

7    107 PEOPLE LEFT IN COLUMBUS, OHIO.

8            MR. MATHIS:  BUD, THAT SOUNDS RIGHT.  I

9    DON'T HAVE YOUR LIST IN FRONT OF ME.  IT SOUNDS --

10   THAT SOUNDS RIGHT.  I JUST DON'T HAVE YOUR LIST IN

11   FRONT OF ME, BUT THE CHANGE IS GOOD FOR 66, AND WHAT

12   IS LEFT EQUALS YOUR CURRENT SENIORITY LIST.  IT SOUNDS

13   FAIR TO ME.

14           MR. RAVER:  I WILL PROVIDE YOU WITH THE

15   SENIORITY LIST.

16           CHAIRMAN SWEETON:  OKAY.

17           MR. RAVER:  WILL THE COMPANY PROTECT THE

18   REMAINING DRIVERS AND HOW ARE YOU GOING TO PROTECT

19   THEM?

20           MR. BOOTHE:  ROD BOOTHE FOR YELLOW

21   TRANSPORTATION.  COLUMBUS, AGAIN, CURRENTLY HAS

22   EMPLOYEES ON LAYOFF.  WORK REMAINING IN COLUMBUS, OHIO

23   WILL BE PERFORMED BY THE COLUMBUS, OHIO EMPLOYEES.

24           MR. RAVER:  ALSO, I THINK YOU TRIED TO

25   ANSWER THIS FOR TONY, BUT WE WOULD LIKE TO KNOW WHERE

44

2007JULY17CHANGEOFOPERATIONS

1   THE FREIGHT IS COMING FROM.

2             MR. BOOTHE:  AGAIN, ROD BOOTHE WITH YELLOW

3   TRANSPORTATION.  THIS HAS BEEN IDENTIFIED IN LOCAL

4   MEETINGS HELD WITH THE LOCAL 413.  AND IT IS THE LOCAL

5   COLUMBUS CITY WORK FOR THE P&D OPERATION AND RELAY

6   WORK TO, AS MENTIONED BEFORE, CHARLOTTE, ST. LOUIS,

7   MEMPHIS, BUFFALO, NASHVILLE, COLD WATER AND

8   INDIANAPOLIS.  THE SHOP WORK, AGAIN, WILL BE THE WORK

9   OF THE LOCAL UNITS IN COLUMBUS, OHIO:  CITY TRACTORS,

10  YARD UNITS, THE TOW MOTORS AS WELL AS ROAD TRACTORS

11  AND TRAILERS COMING IN FROM THE RELAY AND BEING

12  DISPATCHED OUT OF COLUMBUS, OHIO AND ALSO SHOWN BY THE

13  AMENDMENT THAT HAS BEEN PUBLISHED HERE TODAY.

14            MR. RAVER:  ALSO, WE ARE GOING TO PERFORM

15  P.M.'S IN THE SHOP; AM I CORRECT?

16            MR. BOOTHE:  CERTAIN AMOUNT.  MR. PABST HAS

17  SAID YES.

18            MR. RAVER:  ARE YOU GOING TO PROTECT THE

19  WORK IN COLUMBUS THAT IS NOT IDENTIFIED AS A LOSS IN

20  THIS CHANGE?

21            MR. BOOTHE:  ROD BOOTHE FOR YELLOW

22  TRANSPORTATION.  AGAIN, COLUMBUS CURRENTLY HAS

23  EMPLOYEES ON LAYOFF.  WORK REMAINING IN COLUMBUS, OHIO

24  WILL BE PERFORMED BY THE COLUMBUS OHIO EMPLOYEES.

25            MR. RAVER:  SO YOU ARE SAYING YOU ARE GOING

O'BRIEN COURT REPORTERS    (714) 891-7450

45

1   TO PROTECT THE WORK THAT IS NOT IDENTIFIED IN THIS

2   CHANGE THAT IS PRESENTLY BEING PERFORMED?

3             MR. BOOTHE:  (NO RESPONSE.)

2007JULY17CHANGEOFOPERATIONS

4          MR. BRYANT:  YOU WILL HAVE TO ANSWER OUT

5 LOUD.  SHE CAN'T HEAR YOU.

6          MR. BOOTHE:  I AM SORRY.  CORRECT.

7          MR. RAVER:  THANK YOU.

8               ANYTHING THAT COLUMBUS GAINED ON THE

9 2004 CHANGE THAT IS NOT IDENTIFIED IN THIS CHANGE,

10 COLUMBUS WILL MAINTAIN; AM I CORRECT?

11          MR. BOOTHE:  AGAIN, THIS INFORMATION HAS

12 BEEN TALKED ABOUT IN LOCAL MEETINGS WITH YOU, THE WORK

13 THAT IS LEAVING COLUMBUS HAS BEEN IDENTIFIED.  THE

14 WORK REMAINING IN COLUMBUS HAS BEEN IDENTIFIED.  I

15 THINK I HAVE DONE THAT A COUPLE OF TIMES ON THE

16 RECORD.

17          MR. RAVER:  I THINK WHAT WE ARE DOING,

18 AGAIN, THE LAST QUESTION AND THIS QUESTION ARE

19 RELATED -- AND WE WOULD REALLY LIKE TO HAVE AN ANSWER

20 ON THAT.  IF IT IS NOT IDENTIFIED IN THIS CHANGE AS A

21 LOSS, THEN WE ARE GOING TO BE ABLE TO MAINTAIN THAT

22 WORK; AM I CORRECT?

23          MR. BOOTHE:  YES.

24          MR. JONES:  YES.

25          CHAIRMAN SWEETON:  THE ANSWER WILL BE YES.

O'BRIEN COURT REPORTERS    (714) 891-7450

46

1 IF YOU DON'T IDENTIFY THAT BEING MOVED IN THIS CHANGE,

2 THEN YOU WILL KEEP THAT WORK.

3          MR. JONES:  BOB JONES FOR YELLOW.  YES,

4 MR. CHAIRMAN.

5          MR. RAVER:  COLUMBUS, OHIO DRIVERS CONTINUE

6 TO RUN ON A PRIMARY ST. LOUIS, INDIANAPOLIS,

Page 41

2007JULY17CHANGEOFOPERATIONS

7   COLD WATER, CHARLOTTE, NASHVILLE, BUFFALO, AND MEMPHIS

8   IS WHAT YOU JUST IDENTIFIED.

9           MR. BOOTHE:  THAT'S CORRECT.

10          MR. RAVER:  COLUMBUS DRIVERS DO RUN

11  CLEVELAND AND RFO; ARE YOU SAYING THAT IS ON A

12  REVERSAL?

13          MR. BOOTHE:  CLEVELAND AND RFO PRESENTLY

14  HAVE THE PRIMARY INTO COLUMBUS, OHIO.  COLUMBUS WOULD

15  SIMPLY BE PERFORMING THAT WORK ON A REVERSE BASIS.

16          MR. RAVER:  OKAY.  ARE COLUMBUS ROAD DRIVERS

17  TRANSFERRING TO CHICAGO OR ARE THEY GOING TO BE

18  DOVE-TAILED?

19          MR. JONES:  BOB JONES FOR YELLOW

20  TRANSPORTATION, MR. CHAIRMAN, WE WILL ABIDE BY THE

21  COMMITTEE DECISION.

22          MR. RAVER:  AGAIN, LOCAL 413 WILL REQUEST A

23  120 DAY WINDOW PERIOD AS THE COMPANY AGREED TO IN OUR

24  LOCAL LEVEL MEETING WITH US DUE TO THE FACT THAT THE

25  IMPACT OF THIS CHANGE AND THE NUMBERS -- THE NUMBERS

            O'BRIEN COURT REPORTERS   (714) 891-7450

                                                    47

1   IN COLUMBUS

2           CHAIRMAN SWEETON:  I UNDERSTAND BUD AND THAT

3   WILL BE ADDRESSED IN THE DECISION.

4           MR. RAVER:  THANK YOU, MR. CHAIRMAN.

5               ALSO, ARTICLE 5, SECTION 5 WILL APPLY

6   FOR THE ROAD DRIVERS; IS THAT CORRECT?

7           CHAIRMAN SWEETON:  ARTICLE 5, SECTION 5 WILL

8   ALWAYS APPLY AS THE CONTRACT STATES.

9           MR. RAVER:  IS THE COMPANY GOING TO PROTECT

2007JULY17CHANGEOFOPERATIONS

10   THE TRANSFERRED SHOP MECHANICS FROM LAYOFF AT THE

11   INDIANAPOLIS AND CLEVELAND LOCATIONS SINCE THEIR WORK

12   IS GOING TO BE PERFORMED IN THEM LOCATIONS?

13          MR. BOOTHE:  ROD BOOTHE FOR YELLOW

14   TRANSPORTATION.  NO.  THEY ARE END TAILING IN BOTH

15   LOCATIONS.

16          CHAIRMAN SWEETON:  BUT THEY ARE TAKING

17   ENOUGH WORK THAT THEY ARE GOING TO BE EMPLOYED.  THEY

18   ARE NOT GOING INTO A LAID OFF SITUATION; IS THAT

19   CORRECT?

20          MR. JONES:  THAT IS CORRECT.

21          MR. BOOTHE:  THAT IS CORRECT.

22          MR. WILKINSON:  MR. CHAIRMAN, I WOULD LIKE

23   TO SAY SOMETHING.  JIM WILKINSON, LOCAL 135.  AT THIS

24   PRESENT TIME, WE ARE HIRING IN OUR SHOP.

25          CHAIRMAN SWEETON:  WE JUST WANT IT ON RECORD

O'BRIEN COURT REPORTERS   (714) 891-7450

48

1    THAT THESE PEOPLE ARE NOT BEING MOVED INTO LAYOFF.

2    THERE WILL BE WORK THERE TO PROTECT THEM.

3          MR. JONES:  THAT IS CORRECT, MR. CHAIRMAN.

4          MR. RAVER:  AGAIN, WILL THE COMPANY PROTECT

5    THE REMAINING SHOP MECHANICS AND ONLY 23 TO BE

6    TRANSFERRED OR LAID OFF?

7          CHAIRMAN SWEETON:  BUD, IF THEY DON'T, YOU

8    HAVE PROVISIONS ON THE CONTRACT TO COME BACK HERE.

9          MR. RAVER:  THANK YOU, MR. CHAIRMAN.

10          EMPLOYEES ON LONG-TERM DISABILITY AT

11   THE TIME OF THIS BID SHALL BE ALLOWED TO BID; AM I

12   CORRECT?

Page 43

2007JULY17CHANGEOFOPERATIONS

13          MR. JONES:  BOB JONES, YELLOW

14  TRANSPORTATION.  THE CONTRACT WILL APPLY,

15  MR. CHAIRMAN.

16          MR. RAVER:  MR. CHAIRMAN, THAT'S ALL I HAVE

17  AT THIS TIME.  I HAVE MY ROAD STEWARD WITH ME AND ALSO

18  WE HAVE OUR STEWARD FROM THE SHOP AND THE LOCAL

19  CARTAGE STEWARD HERE.  SINCE I WAS INTO THE ROAD

20  QUESTIONS, I WILL ALLOW KENNY HOGAN TO GO FIRST.

21          CHAIRMAN SWEETON:  LOCAL UNION READY.  YOU

22  ALL READY.

23          MR. JONES:  I THINK SO, YES.

24          CHAIRMAN SWEETON:  BACK ON THE RECORD.

25  QUESTION I WANT TO ASK TO THE COMPANY.  I SEE THE

O'BRIEN COURT REPORTERS    (714) 891-7450

49

1  SENIORITY LIST AND APPARENTLY YOU HAVE 173 ACTIVE

2  RIGHT NOW.

3          MR. BOOTHE:  SOUNDS ABOUT RIGHT.

4          CHAIRMAN SWEETON:  SO WITH YOU MOVING THE

5  ROAD DRIVERS OUT, THAT SHOULD LEAVE 107 ACTIVE

6  EMPLOYEES ON THE ROAD BOARD; CORRECT?

7          MR. JONES:  WE HAVE -- WHAT -- DOES THAT

8  ACCOUNT FOR THE LAID OFF EMPLOYEES?

9          CHAIRMAN SWEETON:  NO.  NO.  YOU HAVE 173

10  ACTIVE.

11          MR. BOOTHE:  YES.

12          CHAIRMAN SWEETON:  NOT COUNTING THE LAID OFF

13  PEOPLE.

14          MR. JONES:  I DON'T KNOW, MR. CHAIRMAN.

15          CHAIRMAN SWEETON:  BUD, YOU GOT THAT.  TAKE

Page 44

2007JULY17CHANGEOFOPERATIONS

16  IT OVER TO THEM AND LET THEM LOOK AT IT.

17        MR. MATHIS:  BUD, THAT IS THE ACTIVE LIST

18  THAT IS NOT ON LAYOFF THAT YOU ARE PROVIDING THEM?

19        MR. RAVER:  YES.

20        CHAIRMAN SWEETON:  173 ACTIVE DOES NOT COUNT

21  THE LAID OFF PEOPLE?

22        MR. RAVER:  THAT IS GOING TO BE REMAIN, YES.

23  GOES DOWN TO LEVER.

24        MR. BOOTHE:  BUD.

25              (OFF THE RECORD)

        O'BRIEN COURT REPORTERS    (714) 891-7450

                                                    50

1        MR. BOOTHE:  IT IS 105.

2        CHAIRMAN SWEETON:  BACK ON THE RECORD.  SO

3  THERE WILL BE APPROXIMATELY 105 ACTIVE ROAD DRIVERS

4  LEFT AFTER THE CHANGE.

5        MR. BOOTHE:  THAT IS CORRECT.

6        CHAIRMAN SWEETON:  THANK YOU.

7        MR. RAVER:  THANK YOU.

8        CHAIRMAN SWEETON:  LOCAL UNION, GO AHEAD

9  WITH WHAT YOU HAVE.

10        MR. RAVER:  GENTLEMEN, AT THIS TIME I WILL

11  TURN IT OVER TO KENNY HOGAN, ROAD STEWARD, AND I

12  RESERVE THE RIGHT TO BE ABLE TO INTERJECT AND ALSO

13  MR. JONES.

14        CHAIRMAN SWEETON:  GO AHEAD.  STATE YOUR

15  NAME, SIR.

16        MR. HOGAN:  KENNY HOGAN, ROAD STEWARD.  YOU

17  KNOW 413 SAID WE OBJECT TO THE CHANGE AND EVERYTHING.

18        CHAIRMAN SWEETON:  YOU HAVE TO SPEAK UP SO

                    Page 45

2007JULY17CHANGEOFOPERATIONS

19  SHE CAN HEAR PLEASE.

20         MR. HOGAN:  LIKE I SAID, WE OBJECT TO THE

21  CHANGE, OKAY.  THE COMPANY IS ADDING EXTRA MILES TO

22  THE RUNS AND THINGS LIKE THAT.  WE DISCUSSED THIS WITH

23  THE COMPANY.  I WILL GO INTO THE MILES, RIGHT NOW

24  UNLESS THE COMMITTEE REQUESTS SOMETHING ELSE.

25         ON THE PRIMARIES, THE COMPANY STATED

O'BRIEN COURT REPORTERS    (714) 891-7450

51

1  ST. LOUIS, INDY, NASHVILLE, BUFFALO, MEMPHIS,

2  CHARLOTTE AND COLD WATER.  ON OUR BIDS WE ALSO HAVE A

3  CHARLOTTE HIGH POINT BID.  AND I AM REQUESTING THAT

4  THE HIGH POINT BE ADDED IN THE PRIMARIES BECAUSE THAT

5  IS PART OF THE CHARLOTTE BID.

6         CHAIRMAN SWEETON:  COMPANY RESPONSE.

7         MR. CHENEY:  THE HIGH POINT -- THE END OF

8  THE LINE -- END OF THE LINE FACILITY FOR YELLOW WILL

9  BE DISCONNECTED FROM COLUMBUS AND RECONNECTED TO

10 CHARLOTTE, SO THERE WILL BE NO RUNS FROM COLUMBUS TO

11 HIGH POINT ANY LONGER.

12         MR. HOGAN:  OKAY.  THANK YOU.

13         ON THOSE PRIMARIES, WE WILL STILL BE

14 THE MAIN PRIMARY RUN ON THOSE RUNS.  OUR DRIVER WILL

15 BE PROTECTED ON THOSE RUNS, ON OUR PRIMARIES?

16         MR. BOOTHE:  UNDER CURRENT ECONOMIC

17 CONDITIONS, AND IF YOU ARE ASKING ABOUT BIDS, THE

18 CENTRAL STATES APPLICATION WILL APPLY.

19         MR. HOGAN:  OUR PEOPLE WILL BE PROTECTED ON

20 THOSE PRIMARIES.

21         MR. BOOTHE:  UNDER THE CURRENT ECONOMIC

Page 46

2007JULY17CHANGEOFOPERATIONS

22  CONDITIONS.

23       MR. RAVER:  OUR FORM OF BIDS IN THE CENTRAL

24  CONFERENCE WILL APPLY; CORRECT?

25       MR. BOOTHE:  CORRECT.

O'BRIEN COURT REPORTERS     (714) 891-7450

52

1       MR. HOGAN:  ON THE BUFFALO, WE WILL STILL

2  MAINTAIN THE PRIMARIES, WE WILL RUN BUFFALO ON THE

3  MEMPHIS FREIGHT WE DISCUSSED; IS THAT ALSO TRUE?

4       MR. BOOTHE:  ROD BOOTHE, YELLOW

5  TRANSPORTATION.  KENNY, WE ALREADY IDENTIFIED THAT

6  THROUGH THE MEETINGS THAT WE HELD THROUGH THE LOCAL

7  UNION AND THE AMENDMENTS TODAY.

8       MR. HOGAN:  YOU STILL MAINTAIN THE 29

9  SCHEDULES FROM THE -- OF THE OTHER PREVIOUS CHANGES?

10       CHAIRMAN SWEETON:  YOU ARE NOT GOING TO LOSE

11  ANYTHING THAT HAS BEEN IDENTIFIED AS YOUR WORK UNDER

12  PRESENT CHANGES UNLESS IT IS IDENTIFIED IN THIS CHANGE

13  HERE.

14       MR. HOGAN:  THANK YOU, MR. CHAIRMAN.  THAT'S

15  ALL I HAVE AT THIS TIME.  THANK YOU VERY MUCH.

16       MR. JONES:  AT THIS TIME MR. CHAIRMAN, WE

17  HAVE RON SIMMONS LOCAL CARTAGE UNION STEWARD.  HE HAS

18  A COUPLE OF THINGS HE WOULD LIKE TO ADDRESS THE

19  COMMITTEE WITH PLEASE.

20       MR. SIMMONS:  YES.  RON SIMMONS, LOCAL

21  CARTAGE STEWARD.  RIGHT AT THIS MOMENT -- WE HEARD THE

22  CHANGE IN SAN DIEGO ON HAGERSTOWN, MARYLAND, I BELIEVE

23  IT WAS JANUARY OF THIS YEAR, AND AS OF RIGHT NOW THAT

24  CHANGE IS STILL PENDING.  AND HERE WE SIT LISTENING TO

Page 47

2007JULY17CHANGEOFOPERATIONS
25   ANOTHER CHANGE.

O'BRIEN COURT REPORTERS   (714) 891-7450

53

1            MR. JONES:  TONY JONES FOR THE RECORD.  I

2   THINK WHAT MR. SIMMONS IS ASKING IF THE COMPANY ELECTS

3   TO IMPLEMENT THIS.

4            CO-CHAIRMAN ROBERTS:  YOU GOT TO SPEAK UP.

5   WE CAN'T HEAR YOU UP HERE.

6            MR. JONES:  HAGERSTOWN CHANGE, THAT THE

7   COMPANY WOULD HAVE TO REAPPLY FOR THAT; IS THAT

8   CORRECT?  IT IS NOT PART OF THIS CHANGE.

9            CHAIRMAN SWEETON:  IT IS NOT PART OF THIS

10   CHANGE HERE SO IF THEY HAVE DONE ANYTHING, ANY CHANGE

11   THAT HAS BEEN APPROVED HERE, IS APPROVED.  IF IT IS

12   NOT, THEN THEY WOULD HAVE TO COME BEFORE US TO GET

13   THAT CHANGE APPROVED.

14            MR. JONES:  WITH THAT, MR. CHAIRMAN, WE

15   UNDERSTAND THAT IS NOT THE CHANGE WE ARE HEARING FOR

16   US TODAY, BUT IS THERE A TIME LIMIT ON THE CHANGE ONCE

17   IT IS APPROVED WHEN IT CAN BE IMPLEMENTED.  IF THEY

18   DONE THIS DAY TO DAY AS THEY PROPOSED IN THEIR

19   ORIGINAL CHANGE OF OPERATIONS.

20            CHAIRMAN SWEETON:  DO YOU HAVE ANY

21   INTENTIONS OF IMPLEMENTING THAT CHANGE?

22            MR. JONES:  BOB JONES, YELLOW

23   TRANSPORTATION.  NOT AT THIS PRESENT TIME,

24   MR. CHAIRMAN.

25            CHAIRMAN SWEETON:  OR IN THE NEAR FUTURE?

O'BRIEN COURT REPORTERS   (714) 891-7450

2007JULY17CHANGEOFOPERATIONS

54

1          MR. JONES:  NOT IN THE NEAR FUTURE.

2          MR. SIMMONS:  THANK YOU, MR. CHAIRMAN.  I

3    WANTED THAT ON RECORD.

4          MR. LYTLE:  QUESTION, MR. CHAIRMAN.

5          CHAIRMAN SWEETON:  GO AHEAD.

6          MR. LYTLE:  IF YOU WAS TO PROCEED WITH THAT

7    CHANGE THAT WAS APPROVED, WOULD YOU BRING IT BACK TO

8    THE CHANGE COMMITTEE OR JUST IMPLEMENT WHAT THE CHANGE

9    COMMITTEE APPROVED PRIOR.

10         MR. JONES:  BOB JONES, YELLOW

11   TRANSPORTATION.  WE WOULD BRING IT BACK TO THE CHANGE

12   COMMITTEE, MR. CHAIRMAN.

13         MR. LYTLE:  THANK YOU.

14         CHAIRMAN SWEETON:  ANY OTHER QUESTIONS?

15         MR. SIMMONS:  RON SIMMONS AGAIN.  ON THESE

16   BILL TRANSFERS, THE GAINING AND LOSING TERMINALS;

17   NASHVILLE GAINING 904 TRANSFERS; CLEVELAND GAINING

18   3,387; CHICAGO GAINING 2,066 AND INDY GAINING 337,

19   WITH A TOTAL OF 6,694 TRANSFERS AND YELLOW IS LOSING

20   4,343 TRANSFERS IN COLUMBUS, A DIFFERENCE OF 2,351

21   TRANSFERS.

22             NOW, I KNOW THE COMPANY SAID THAT WAS

23   OUR CITY FREIGHT THAT WAS MOVED INTO OTHER TERMINALS.

24   I STILL DO NOT UNDERSTAND WHY IT WASN'T MENTIONED IN

25   HERE THAT IS STILL FREIGHT THAT CROSSES OUR DOCK.

O'BRIEN COURT REPORTERS   (714) 891-7450

55

1          MR. BOOTHE:  ROD BOOTHE FOR YELLOW

2    TRANSPORTATION.  THE CITY FREIGHT IS PICKED UP IN THE

Page 49

2007JULY17CHANGEOFOPERATIONS

3    PROPER CITY OF COLUMBUS, OHIO.  THAT IS NOT COUNTED

4    AS A TRANSFER PRESENTLY.  AS I EXPLAINED TO YOU IN THE

5    MEETINGS THAT WE HAD EARLIER AND REITERATED WITH

6    MR. JONES IN A SUBSEQUENT MEETING, IT IS ABOUT 550,

7    560 BILLS A NIGHT.  YOU DO THE MATH.  YOU ARE WELL

8    OVER 3,000 BILLS.  THOSE BILLS WILL TRANSFER AT A

9    POINT EITHER IN CHICAGO, CLEVELAND, INDIANAPOLIS OR

10   NASHVILLE.  SO THEY ARE TRANSFER BILLS.

11            MR. SIMMONS:  THANK YOU.

12            MR. BOOTHE:  YOU ARE WELCOME.

13            MR. SIMMONS:  IN RESPONSE, MR. CHAIRMAN,

14   LOCAL 407, YES, WE HAVE A SPLIT BOARD IN THE

15   COLUMBUS -- IN THE COLUMBUS LOCAL CARTAGE.  WE DO NOT

16   SERVE A PENALTY GOING FROM BOARD TO BOARD.  IT IS

17   CARTAGE TO CARTAGE.  SO WE WOULD REQUEST THAT THIS IS

18   LOCAL CARTAGE, THE 65 OR 63 PEOPLE BE ABLE TO FOLLOW

19   THEIR WORK NO MATTER WHERE.  WE UNDERSTAND WHEN THEY

20   GET TO CLEVELAND, AND IF THEY DECIDED TO GO INTO THE

21   CITY OPERATION, THEN THEY WOULD PAY A PENALTY.  MY MEN

22   AND WOMEN UNDERSTAND THAT THEY WOULD HAVE TO GO TO THE

23   DOCK YARD.  I WOULD REQUEST THEY BE ALLOWED TO FOLLOW

24   THEIR WORK.

25            CHAIRMAN SWEETON:  WE WILL GIVE THAT IN THE

O'BRIEN COURT REPORTERS   (714) 891-7450

56

1    DECISION.

2            MR. RAVER:  LET ME MIGHT ADD ON THAT

3    MR. CHAIRMAN, ALSO IN PREVIOUS CHANGE OF OPERATIONS

4    THAT OUR LOCAL CARTAGE HAS COME OUT AS ONE LIST IN ALL

5    PREVIOUS CHANGE OF OPERATIONS, AND WE HAVE NEVER HAD

Page 50

2007JULY17CHANGEOFOPERATIONS

6  ANY OBJECTIONS TO THAT, MR. CHAIRMAN.

7        CHAIRMAN SWEETON:  WE WILL ADDRESS IT IN THE

8  CHANGE BUD.

9        MR. RAVER:  THANK YOU.

10        MR. SIMMONS:  ONE LAST THING, I WOULD

11  REQUEST THE REQUIREMENT FOR CDL BE DROPPED GOING INTO

12  NASHVILLE TO ALLOW MY NON-QUALIFIED PEOPLE THE

13  OPPORTUNITY TO FOLLOW THEIR WORK TO NASHVILLE.  THAT

14  WILL BE ALL I HAVE.

15        CHAIRMAN SWEETON:  ANYTHING ELSE LOCAL?

16        MR. RAVER:  YES.

17        CHAIRMAN SWEETON:  COMPANY'S RESPONSE.  DO

18  YOU WANT TO RESPOND TO THAT?

19        MR. JONES:  I DIDN'T HEAR HIM.

20        CHAIRMAN SWEETON:  HE WANTS THE RIGHT THAT

21  PEOPLE GOES INTO NASHVILLE TO GO IN AND IT IS NOT CDL

22  QUALIFIED.

23        MR. JONES:  WE WILL ABIDE BY THE DECISION OF

24  THIS COMMITTEE.

25            I WOULD LIKE TO CLARIFY SOMETHING ON

O'BRIEN COURT REPORTERS   (714) 891-7450

57

1  THE RECORD.

2        CO-CHAIRMAN ROBERTS:  IT IS NICE TO THROW

3  THESE INTO THE LAP OF THE COMMITTEE.  DO YOU NEED CDL

4  QUALIFIED PEOPLE IN THERE?  DOES EVERYBODY HAVE TO BE

5  CDL QUALIFIED TO GO THERE?

6        MR. JONES:  WE NEED THEM EVERYWHERE.  NO

7  QUESTION.

8        PARTICIPANT:  MR. CHAIRMAN --

Page 51

2007JULY17CHANGEOFOPERATIONS

9          CHAIRMAN SWEETON:  HOLD IT GUYS.  JUST A

10  MINUTE.

11          WHAT DID YOU PROPOSE IN THIS CHANGE,

12  BOB, THAT THEY BE CDL QUALIFIED OR NON-CDL QUALIFIED?

13          MR. JONES:  HOLD ON, MR. CHAIRMAN.  WE

14  PROPOSED AND LET ME TAKE A LOOK IN THE BIDDING.  I

15  WILL READ IT IN THE RECORD.  I AM SORRY.  LOCAL

16  CARTAGE HOSTLING WORK MOVE OPPORTUNITY SECTION

17  EMPLOYEES MUST BE WILLING TO BECOME DRIVER QUALIFIED

18  AND POSSESS A CURRENT CDL PRIOR TO ACCEPTING WORK

19  TRANSFER TO NASHVILLE, TENNESSEE.  THAT WAS THE

20  POSITION OF THE COMPANY.

21          CHAIRMAN SWEETON:  NASHVILLE, ARE YOU

22  REQUIRED TO HAVE A CDL?

23          MR. MOTTERN:  YES, SIR.

24          MR. RAVER:  WE UNDERSTAND THAT.

25          CHAIRMAN SWEETON:  WE WILL ADDRESS THAT IN

O'BRIEN COURT REPORTERS   (714) 891-7450

                                                    58

1  THE CHANGE.

2          MR. JONES:  MR. CHAIRMAN, I JUST WANTED TO

3  GO BACK ON THE RECORD AND IDENTIFY A QUESTION

4  MR. HOGAN ASKED ABOUT 29 SCHEDULES THEY WERE GIVEN IN

5  THE PREVIOUS CHANGE.  I WANT TO MAKE SURE THAT

6  EVERYBODY UNDERSTANDS THAT THEY WERE -- THEY MAY NOT

7  BE 29 SCHEDULES BASED ON CURRENT ECONOMIC CONDITIONS

8  AND FREIGHT AVAILABILITY.  I JUST WANT TO MAKE SURE WE

9  ANSWER THAT PROPERLY.

10          CHAIRMAN SWEETON:  ANYTHING ELSE LOCAL

11  UNION?

Page 52

2007JULY17CHANGEOFOPERATIONS

12          MR. RAVER:  YES.  WE HAVE JAY SWACKHAMMER,

13 WHO IS A UNION STEWARD FOR THE SHOP.  HE ALSO HAS

14 SEVERAL QUESTIONS.  BUT THEN I WILL INTERJECT AS NEED

15 BE.

16          MR. SWACKHAMMER:  JAY SWACKHAMMER, COLUMBUS

17 SHOP.  I WOULD LIKE TO REQUEST THAT SHOP EMPLOYEES CAN

18 TAKE THEIR SENIORITY WITH THEM TO CLEVELAND AND INDY.

19 SEEING HOW WE DO WORK UNDER MASTER FREIGHT AND WE ARE

20 AN ADDENDUM TO MASTER FREIGHT AND THEY ARE NOT, I

21 THINK THAT'S ONLY JUST A REASONABLE REQUEST.  THAT'S

22 FOR ONE.

23          CHAIRMAN SWEETON:  I UNDERSTAND YOUR

24 REQUEST.  WE WILL ADDRESS THAT IN THE DECISION.

25          MR. SWACKHAMMER:  AND ALSO -- JAY

O'BRIEN COURT REPORTERS   (714) 891-7450

59

1 SWACKHAMMER, ANY CALL FROM ANY EMPLOYEES THAT MIGHT

2 TAKE A LAYOFF, WILL THEY BE CALLED BACK IF ANYBODY

3 RETIRES OR QUITS IN THE SHOP IN COLUMBUS?

4          MR. BOOTHE:  ROD BOOTHE, YELLOW

5 TRANSPORTATION.  BASED ON THE WORK AVAILABILITY AND

6 CURRENT ECONOMIC CONDITIONS, IT WOULD BE POSSIBLE.

7          MR. RAVER:  IN OTHER WORDS, HE IS BASICALLY

8 SAYING -- BUD RAVER AGAIN -- THAT YOU ARE NOT GOING TO

9 ELIMINATE POSITIONS DUE TO ATTRITION.

10          MR. JONES:  CORRECT, MR. CHAIRMAN.

11          MR. RAVER:  THANK YOU.

12          MR. SWACKHAMMER:  AND I WOULD LIKE TO JUST

13 GET THIS ON THE RECORD -- JAY SWACKHAMMER -- THAT ALL

14 MECHANICS COMING OUT OF THE COLUMBUS SHOP WERE ALL

Page 53

2007JULY17CHANGEOFOPERATIONS

15 CLASSIFIED AS CLASS A MECHANICS?

16          CHAIRMAN SWEETON:  COMPANY.

17          MR. BOOTHE:  THAT IS CORRECT AS FAR AS I

18 KNOW, YES.

19          MR. PABST:  THEY ARE ALL CLASS A MECHANICS.

20          MR. SWACKHAMMER:  I WOULD ALSO LIKE TO BRING

21 ONTO THE RECORD THAT HAS THE COMPANY THOUGHT ABOUT

22 MAYBE BRINGING IN WORK FROM HOLLAND INTO COLUMBUS

23 SHOP, COLUMBUS WORK?

24          CHAIRMAN SWEETON:  FIRST OF ALL, THAT IS NOT

25 A PART OF THIS CHANGE.  IF THEY ARE GOING TO DO THAT,

O'BRIEN COURT REPORTERS    (714) 891-7450

60

1 THEN THEY WILL BE GETTING TOGETHER WITH THE LOCAL

2 UNION TO DISCUSS WHAT THEY ARE GOING TO DO.

3          MR. JONES:  THAT'S CORRECT, MR. CHAIRMAN.

4          MR. SWACKHAMMER:  OKAY.  ON VACATION, SICK,

5 SICK PAY, BANKING OF THE SICK PAY, TOOL ALLOWANCE AS

6 PER CONTRACT, ARE YOU GOING TO PAY EVERYBODY THAT

7 TAKES THE TRANSFER UP TO THAT DATE OR HOW ARE YOU

8 GOING TO DO THE BANKING OF THE SICK DAYS BECAUSE I

9 DON'T THINK THE CLEVELAND AND INDY SHOP IS ALLOWED TO

10 BANK THEIR SICK DAYS.

11          CHAIRMAN SWEETON:  I WILL ANSWER THAT.

12 THOSE MEMBERS ARE NOT GOING TO LOSE ANYTHING THAT THEY

13 PRESENTLY HAVE EARNED.  THEY WILL EITHER PAY IT OR

14 THEY WILL CARRY IT WITH THEM.

15          MR. JONES:  CORRECT MR. CHAIRMAN.

16          MR. BOOTHE:  CORRECT.

17          MR. SWACKHAMMER:  I THINK THAT'S ALL I HAVE.

Page 54

2007JULY17CHANGEOFOPERATIONS

18        MR. LYTLE:  I HAVE ONE QUESTION

19  MR. CHAIRMAN.  OF THE COMPANY, I HEARD THE COMPANY SAY

20  THAT ALL THESE GUYS ARE CLASS A MECHANICS.  WHEN THEY

21  GO INTO A RECEIVING MECHANICS PLACE AND THEY ARE BID

22  AS A B MECHANIC OR A C OR WHATEVER CLASSIFICATIONS

23  THEY HAVE, HOW WILL THEY BE PAID, AS AN A MECHANIC OR

24  AS SUCH THAT THEY BID?

25        MR. PABST:  DON PABST FOR THE COMPANY.  AS

O'BRIEN COURT REPORTERS    (714) 891-7450

61

1  FAR AS I KNOW, CLEVELAND AND INDY HAVE AVAILABLE SLOTS

2  FOR A MECHANICS, AND IF THEY WERE TO CHOOSE TO BID

3  DOWN INTO A GRADE THAT IS LOWER, THEN NATURALLY THEY

4  WOULD GET -- THE BOTTOM PAY WOULD BE, THEY WOULD GET

5  PAID THAT GRADE IF THEY VOLUNTARILY BID DOWN TO A

6  LOWER CLASSIFICATION.

7        CHAIRMAN SWEETON:  TO UNDERSTAND, DON, YOU

8  SAID THERE IS ENOUGH A POSITION FOR THESE PEOPLE TO

9  TRANSFER IN.  IF THEY ELECT TO GO TO A B POSITION,

10  THEY WILL BE PAID UNDER THAT CONTRACT THEY ARE GOING

11  UNDER.

12        MR. PABST:  CORRECT.  EVERY A MECHANIC TO

13  TRANSFER IN, THERE WILL BE A WORK THERE FOR THEM.

14        MR. WILKINSON:  MR. CHAIRMAN, JIM WILKINSON,

15  LOCAL 135, I NEED TO CORRECT THAT.  UNDER

16  INDIANAPOLIS' LOCATION, WE HAVE BIDS FOR A AND BIDS

17  FOR B'S.  IF YOU ARE AN A MECHANIC, YOU BID A B SLOT,

18  THAT'S WHERE YOU ARE AT.  YOU HAVE NO CHOICE BECAUSE

19  THE TOP SENIORITY GUYS BID THE A SPOTS.  THE BOTTOM

20  SENIORITY BIDS THE BID.  IF YOU ARE DOWN ON THE

Page 55

2007JULY17CHANGEOFOPERATIONS

21  BOTTOM, YOU WILL GET A B SPOT.  YOU MIGHT NOT GET AN A

22  SPOT.  SO TO SAY THEY ARE GOING TO MOVE IN WITH

23  STRICTLY A, THAT AIN'T GOING TO HAPPEN.

24          MR. FREY:  MR. CHAIRMAN, MARK FREY, LOCAL

25  964, WE HAVE ALL A MECHANICS.  WE HAVE NO B'S.

O'BRIEN COURT REPORTERS    (714) 891-7450

☐

62

1           CHAIRMAN SWEETON:  WE WILL ADDRESS THAT IN

2  THE CHANGE AS FAR AS INDY.

3           MR. RAVER:  I THINK THAT -- BUD RAVER AGAIN

4  FOR COLUMBUS -- AND I AM SURE, GORDON, THAT YOU ARE

5  GOING TO ADDRESS THIS, BUT OUR MECHANICS ARE A

6  MECHANICS.  THEY ARE NOT ASKING TO BE TRANSFERRED OUT

7  OF THERE, AND THEY SHOULDN'T LOSE WHAT THEY HAD, AND

8  WE ARE GOING TO REQUEST, NO MATTER WHERE THEY ARE AT,

9  THEY WILL HOLD AN A POSITION AND/OR BE PAID AS AN A

10 MECHANIC, WHETHER THEY WERE ON A C, D, E OR F, THAT

11 THEY WILL BE PAID A WAGES.

12          CHAIRMAN SWEETON:  WE UNDERSTAND THAT BUD.

13          MR. WILKINSON:  MR. CHAIRMAN, JIM WILKINSON

14 ONE MORE TIME SO THIS IS VERY CLEAR.  INDIANAPOLIS HAS

15 A AND B MECHANICS.  ALL MY MECHANICS MIGHT BE CLASS

16 A'S BUT THEY HAVE TO WORK IN CLASS "B" AT THAT RATE

17 BECAUSE OF SENIORITY.

18          CHAIRMAN SWEETON:  WE UNDERSTAND.

19              ANYTHING ELSE?

20          MR. SWACKHAMMER:  JAY SWACKHAMMER, YELLOW

21 FREIGHT -- 413 RATHER.  CAN THE COMPANY ANSWER THE

22 REASON WHY SUCH A HIGH PERCENTAGE OF MECHANICS IS

23 LEAVING COMPARED TO THE DRIVERS AND THE DOCK AND LOCAL

Page 56

2007JULY17CHANGEOFOPERATIONS

24   CARTAGE?

25          CHAIRMAN SWEETON:  RESPONSE FROM THE

O'BRIEN COURT REPORTERS    (714) 891-7450

63

1   COMPANY.

2          MR. JONES:  I WILL DEFER THAT TO MR. PABST.

3          MR. PABST:  DON PABST FOR THE COMPANY.  IN

4   THE PREMEETINGS, I THINK I EXPLAINED THIS, BUT I WILL

5   TRY TO GO AHEAD --

6          CHAIRMAN SWEETON:  DON, COME UP HERE SO WE

7   CAN HEAR YOU, WOULD YOU PLEASE.

8          MR. PABST:  WHEN YOU LOOK AT THE TOTAL

9   NUMBER OF RELAY LOADS COMING THROUGH THE FACILITY AND

10  YOU BACK INTO THIS AND YOU LOOK AT HOW MANY MECHANICS

11  IT TAKES PRESENTLY TODAY TO SERVICE THE TRACTORS,

12  FUEL THEM AND KEEP THE FLEET ROLLING, WHEN YOU BACK

13  OUT OF IT, IT LEFT 15 PEOPLE TO MAINTAIN THAT, WHAT IS

14  GOING TO BECOME AN END OF THE LINE, FIVE DAY A WEEK

15  OPERATION, AND THEN THE SMALL RELAY.  MANY DAYS WILL

16  BE, AFTER THE CHANGE, ONE TO TWO UNITS AN HOUR THAT

17  COMES THROUGH THAT FACILITY VERSUS PRESENTLY JAY, AS

18  YOU WELL KNOW HOW MANY COME THROUGH THERE.  SO WHEN

19  YOU BACK OUT OF IT, WITH THE CHANGE IN THE DRIVERS AND

20  SOME OF THE THINGS THAT WENT ON, WE ADDED TWO MORE

21  MECHANICS BACK IN THERE.  THERE IS ENOUGH WORK IN

22  COLUMBUS AFTER THE CHANGE TO PROTECT 17 MECHANICS

23  UNDER THE PRESENT BUSINESS CONDITIONS.  AND OTHER

24  MECHANICS THAT WORK IS MOVING TO CLEVELAND AND

25  INDIANAPOLIS, AND THAT'S WHERE THE NUMBERS CAME FROM.

Page 57

2007JULY17CHANGEOFOPERATIONS
O'BRIEN COURT REPORTERS    (714) 891-7450

64

1         MR. SWACKHAMMER:  JAY SWACKHAMMER, 413.

2   DON, YOU KNOW AS WELL AS I DO THAT IF YOU WANT TO GO

3   AROUND AND LOOK AROUND THE LOT, THERE IS PROBABLY

4   ENOUGH TO KEEP 50 MECHANICS WORKING, YOU KNOW.  THERE

5   HAS -- YOU KNOW, THERE HAS BEEN A LOT OF THINGS THAT

6   HAS BEEN SIGNED OFF AND RAN AND A LOT OF THINGS THAT

7   WE COULD HAVE DONE BECAUSE OF NUMBERS AND THIS AND

8   THAT, THAT THEY ARE LETTING, JUST LETTING THEM RUN

9   DOWN THE ROAD.  NOTHING SAFETY-WISE, BUT --

10        MR. JONES:  MR. CHAIRMAN, BOB JONES, YELLOW

11  TRANSPORTATION.  WE WILL STAND BY OUR NUMBERS IN

12  REGARDS TO SHOP OPPORTUNITIES LEFT.

13        MR. RAVER:  MR. CHAIRMAN, BUD RAVER AGAIN,

14  YOU KNOW THIS IS A VERY DIFFICULT CHANGE IN THE

15  COLUMBUS, OHIO FACILITY.

16        CHAIRMAN SWEETON:  SURE IT IS.

17        MR. RAVER:  IF YOU WILL JUST BEAR WITH US.

18  WE ARE NOT TRYING TO THROW NO TRICK QUESTIONS AT THE

19  COMPANY.  WE PROMISED THEM WE WASN'T GOING TO DO THAT,

20  AND WE ARE NOT, BUT ALSO, THERE IS SOME THINGS THAT IS

21  GOING ON IN THIS CHANGE THAT WE ARE HEARING THROUGH

22  THE GRAPEVINE ALSO, THAT -- AND YOU KNOW WHERE THERE

23  IS SMOKE, THERE IS FIRE -- THAT THE COMPANY INTENDS TO

24  INCREASE THE SHOP LOADS AT THE ROADWAY FACILITY WITH

25  YELLOW EQUIPMENT IN CINCINNATI.  WE WOULD LIKE TO GO

O'BRIEN COURT REPORTERS    (714) 891-7450

65

Page 58

2007JULY17CHANGEOFOPERATIONS

1  ONTO THE RECORD THAT THAT DOESN'T HAPPEN.   IF THERE IS

2  ANY KIND OF AN INCREASE IN THE WORKLOAD, THAT THAT

3  WORKLOAD WILL COME TO THE COLUMBUS, OHIO FACILITY IF

4  IT IS YELLOW FREIGHT EQUIPMENT.

5       MR. JONES:  MR. CHAIRMAN, BOB JONES FOR

6  YELLOW TRANSPORTATION.  WE HAVE IDENTIFIED IN MEETINGS

7  WITH THE LOCAL UNION WHAT WORK LOSS THE SHOP IS

8  INVOLVED IN.  WHAT THE GAIN IS.  WE HAVE NO COMMENT ON

9  WORK GOING TO ROADWAY.  DON'T KNOW ANYTHING ABOUT

10  THAT.  WE STAND BY OUR NUMBERS THAT WE IDENTIFIED AND

11  STICK WITH THAT.

12       CHAIRMAN SWEETON:  ANY WORK THAT IS GOING TO

13  BE TRANSFERRED, BUD, THEY CANNOT TRANSFER UNDER THE

14  CONTRACT.  IF THEY TRY TO TAKE YELLOW WORK TO ROADWAY,

15  THEN YOU HAVE MEANS TO TAKE CARE OF IT.

16       MR. RAVER:  THANK YOU.

17       ALSO, I DO HAVE A SENIORITY LIST HERE

18  FOR THE MECHANICS WITH THE 23 PEOPLE THAT IS LEAVING,

19  THAT WILL LEAVE 17 IN THE FACILITY, AND MR. JAY

20  SWACKHAMMER WILL BE THE LAST PERSON ON THE BOARD AS IT

21  IS PRESENTLY; AM I CORRECT?  I WOULD LIKE TO ENTER

22  THAT INTO THE RECORD.

23  (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

24  REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

25

O'BRIEN COURT REPORTERS   (714) 891-7450

66

1       YELLOW TRANSPORTATION COLUMBUS, OHIO

2            SHOP SENIORITY ROSTER

3                 13-JUL-07

Page 59

2007JULY17CHANGEOFOPERATIONS

| | SEN# | NAME | SENIORITY DATE |
|---|---|---|---|
| 4 | | | |
| 5 | 1 | HOBBS JL | MARCH 13, 1984 |
| 6 | 2 | HUMPHREY JE | JUNE 2, 1984 |
| 7 | 3 | SCHUTTE DL | JUNE 30, 1984 |
| 8 | 4 | GRINDLEY RE | JULY 11, 1984 |
| 9 | 5 | DUNLAP CN | JULY 29, 1984 |
| 10 | 6 | THOMAS AE | AUGUST 17, 1984 |
| 11 | 7 | TERPENING RL | AUGUST 21, 1984 |
| 12 | 8 | MATSON SP | SEPTEMBER 24, 1984 |
| 13 | 9 | HILL D | MAY 23, 1985 |
| 14 | 10 | WORRIX B | JULY 8, 1985 |
| 15 | 11 | MEHL M | OCTOBER 15, 1985 |
| 16 | 12 | WILSON R | OCTOBER 23, 1985 |
| 17 | 13 | SKREI S | DECEMBER 20, 1985 |
| 18 | 14 | KUNKLE D | JANUARY 2, 1986 |
| 19 | 15 | SWACKHAMMER RT | FEBRUARY 6, 1986 |
| 20 | 16 | LAYNE G | FEBRUARY 7, 1986 |
| 21 | 17 | SWACKHAMMER J | MARCH 20, 1986 |
| 22 | 18 | CORDLE B | MAY 5, 1986 |
| 23 | 19 | MCWILLIAMS C | OCTOBER 2, 1987 |
| 24 | 20 | BITZEL R | AUGUST 17, 1988 |
| 25 | 21 | NGUYEN D | AUGUST 24, 1988 |

O'BRIEN COURT REPORTERS    (714) 891-7450

67

| | SEN# | NAME | SENIORITY DATE |
|---|---|---|---|
| 1 | 22 | MITCHELL L | AUGUST 26, 1988 |
| 2 | 23 | HEDRICK M | OCTOBER 8, 1988 |
| 3 | 24 | SMITH J | JANUARY 24, 1989 |
| 4 | 25 | PARSONS D | FEBRUARY 13, 1989 |
| 5 | 26 | THOMPSON P | MARCH 13, 1989 |
| 6 | 27 | SWAIN J | APRIL 28, 1989 |

2007JULY17CHANGEOFOPERATIONS

| 7 | 28 | BOYER R | JANUARY 2, 1990 |
|---|----|---------|-----------------|
| 8 | 29 | PORTER JD | JULY 8, 1991 |
| 9 | 30 | DORKINS JI | JUNE 7, 1993 |
| 10 | 31 | CORBIN K | NOVEMBER 6, 1995 |
| 11 | 32 | DUPREE D | JULY 14, 1997 |
| 12 | 33 | SPANGLER J | OCTOBER 18, 1997 |
| 13 | 34 | SUCKY J | JULY 17, 2000 |
| 14 | 35 | FRYMAN J | MARCH 19, 2004 |
| 15 | 36 | COLLINS J | JANUARY 3, 2005 |
| 16 | 37 | ARMENTROUT R | JANUARY 1, 2006 |
| 17 | 38 | SUSIL J | FEBRUARY 27, 2006 |
| 18 | 39 | BUCKLEY M. | OCTOBER 23, 2006 |
| 19 | 40 | MOODY D. | NOVEMBER 6, 2006 |

20      (END OF DOCUMENT PROVIDED TO THE REPORTER.)

21           MR. BOOTHE:  UNLESS THE SENIOR MAN TO JAY

22 BIDS OUT, BUD, YOU ARE CORRECT.

23           MR. RAVER:  THANK YOU.  ANYTHING ELSE?

24           MR. JONES:  TONY JONES.  JUST TO CLARIFY

25 WHAT THE COMPANY GENTLEMAN SAID, WHAT BUD WAS TALKING

O'BRIEN COURT REPORTERS    (714) 891-7450

68

1 ABOUT, IN CINCINNATI THEY DON'T HAVE A YELLOW SHOP.

2 THEY FARM ALL THEIR WORK OUT.  WHAT HE IS SAYING IS

3 THEY HAVE BEEN TOLD THAT SOME OF THAT WORK IS NOW

4 BEING PERFORMED BY THE ROADWAY SHOP IN CINCINNATI, AND

5 RUMOR HAS IT THAT THEY WANT TO INCREASE THAT WORK AT

6 THE ROADWAY SHOP IN CINCINNATI ONCE THIS CHANGE IS

7 DONE.

8           AGAIN, I THINK WHAT HE REQUESTED IS

9 THAT IF THAT IS TO TAKE PLACE, THAT THAT WORK SHOULD

2007JULY17CHANGEOFOPERATIONS

10 COME TO COLUMBUS, OHIO.

11         CHAIRMAN SWEETON:  FIRST OF ALL --

12         MR. JONES:  I UNDERSTAND WHAT THE NUMBERS

13 WHAT HE STATED.

14         CHAIRMAN SWEETON:  WE WILL LOOK AT THAT, BUT

15 YOU ARE TALKING -- YOU ARE MIXING APPLES AND ORANGES.

16 ONCE THAT WORK LEAVES THERE AND GOES TO ANOTHER

17 FACILITY, IN THAT FACILITY, WHATEVER THEY ARE DOING AT

18 THAT FACILITY IS GOING TO APPLY THERE.

19         MR. JONES:  I UNDERSTAND THAT, MR. CHAIRMAN,

20 BUT THERE IS NO WORK GOING TO CINCINNATI, OHIO AS FAR

21 AS MECHANICS TRANSFER.  THERE IS NOT A SHOP THERE.

22         CHAIRMAN SWEETON:  COMPANY WANT TO ADDRESS

23 THAT?

24         MR. JONES:  I CAN'T ADDRESS IT,

25 MR. CHAIRMAN, BECAUSE I DON'T KNOW ANYTHING ABOUT IT.

O'BRIEN COURT REPORTERS    (714) 891-7450

69

1         CHAIRMAN SWEETON:  OKAY.

2         MR. JONES:  WE WILL STAND BY OUR NUMBERS.

3         CHAIRMAN SWEETON:  ANYTHING ELSE?

4         MR. JONES:  SO IN THE FUTURE IF WE FIND THAT

5 ROADWAY SHOP IS PERFORMING P.M.'S AND STUFF ON

6 YELLOW'S EQUIPMENT, WE WILL BE BACK, WITH PICTURES.

7         CHAIRMAN SWEETON:  YOU HAVE A RIGHT TO COME

8 BACK IF YOU FEEL THAT THERE IS A VIOLATION OF THIS

9 CHANGE.

10         MR. JONES:  THANK YOU, MR. CHAIRMAN.

11         MR. RAVER:  JUST ONE OTHER THING BEFORE WE

12 REST.  I JUST WANT TO MAKE OURSELF CLEAR, AND I THINK

2007JULY17CHANGEOFOPERATIONS

13 WE HAVE, AND NOT TO BE REDUNDANT, THAT LOCAL 413

14 OBJECTS TO 407'S POSITION ON, DUE TO OUR COLUMBUS

15 SENIORITY PRACTICE IS ONE LINE. LOCAL CARTAGE IS

16 LOCAL CARTAGE, MR. CHAIRMAN. THANK YOU.

17        CHAIRMAN SWEETON: THERE IS A QUESTION THAT

18 I HAVE RELATING TO THE COMPANY. FROM MY

19 UNDERSTANDING, COMPANY, YOU SENT OUT A WARREN NOTICE

20 TO THESE PEOPLE; IS THAT CORRECT?

21        MR. JONES: BOB JONES, YELLOW

22 TRANSPORTATION. THAT'S CORRECT.

23        CHAIRMAN SWEETON: HE ASKED YOU A QUESTION

24 ON THE RECORD, IF THESE PEOPLE ELECT NOT TO MOVE, ARE

25 YOU GOING TO GO AHEAD AND PROTECT THEM UNDER THE

O'BRIEN COURT REPORTERS    (714) 891-7450

70

1 WARREN ACT FOR THE REST OF THOSE 90 DAYS?

2        MR. ROBERTS: WE ARE GOING TO NEED A MINUTE.

3        CHAIRMAN SWEETON: LET'S PUT IT THIS WAY:

4 IT IS GOING TO BE OUR POSITION THAT IF YOU SEND A

5 WARREN NOTICE AND NOTIFIED THOSE PEOPLE UNDER THAT

6 WARREN ACT AND THEY ELECT NOT TO MOVE, THEN YOU BETTER

7 PAY THEM.

8        NEXT LOCAL.

9        MR. RAVER: THANK YOU, MR. CHAIRMAN.

10        SERGEANT AT ARMS PERKINS: WALT, YOU GOT A

11 LETTER FOR 600.

12        MR. LYTLE: LETTER FOR 600.

13        ADDRESSED TO:

14        "GORDON SWEETON

15        "ASSISTANT NATIONAL DIRECTOR OF FREIGHT

2007JULY17CHANGEOFOPERATIONS

16   "RE:  PROPOSED YELLOW TRANSPORTATION

17   "MR-CO-05-07/2007

18           "DEAR GORDON:

19           "I HAVE MET WITH JAY GRAVES

20   REPRESENTING YELLOW TRANSPORTATION AND

21   REVIEWED THE JUSTIFICATION FOR THE THREE

22   DRIVERS WE ARE LOSING IN ST. LOUIS IN THIS

23   PROPOSED CHANGE OF OPERATIONS.  I HAVE NO

24   OBJECTIONS TO THIS CHANGE AS PROPOSED AND

25   WILL NOT BE IN ATTENDANCE AT THE HEARING

O'BRIEN COURT REPORTERS    (714) 891-7450

71

1    THOUGH I WILL BE AWAITING THE COMMITTEE'S

2    DECISION ON THE LOCAL 710'S 'FREIGHT/NO

3    FREIGHT -- DOVETAIL/ENDTAIL' ISSUE PROPOSED

4    IN THE CHANGE AS I HAVE A DRIVER THAT

5    DOVETAILED OUT OF CHICAGO TO ST. LOUIS AND

6    MAY BE INTERESTED IN RETURNING TO CHICAGO.

7    THANK YOU.

8           "RICK MEYER"

9    SERGEANT AT ARMS PERKINS:  710.

10   MR. ROBERTS:  I WOULD LIKE TO MAKE ONE

11   CLARIFICATION ON THE WARREN NOTICE QUESTION YOU ASKED.

12   IT WOULD BE THE POSITION OF THE COMPANY THAT WE WILL

13   COMPLY WITH THE LAW, BUT WE DID REDUCE THE NUMBERS IN

14   THIS CHANGE.  IT IS OUR UNDERSTANDING THAT IT DOES NOT

15   TRIGGER THE PROVISIONS OF THE WARREN ACT.

16           CHAIRMAN SWEETON:  THANK YOU.

17           WOULD YOU LIKE TO ADDRESS LOCAL 600'S

18   CONCERN?

Page 64

2007JULY17CHANGEOFOPERATIONS

19        MR. RAVER:  MR. CHAIRMAN, AGAIN, WE ARE

20  HAVING TROUBLE WHAT WE ARE HEARING FROM THAT END OF

21  THE TABLE.  WE ARE NOT TRYING TO BE DISRUPTIVE.  WE

22  DIDN'T HEAR WHAT MR. ROBERTS SAID.

23        MR. ROBERTS:  I CLARIFIED ON THE WARREN

24  NOTICE, THE WARREN NOTICE WAS ISSUED IN COMPLIANCE

25  WITH THE LAW, BUT BECAUSE THE NUMBERS HAVE CHANGED, IT

O'BRIEN COURT REPORTERS    (714) 891-7450

72

1  IS OUR POSITION THAT WITH THOSE NEW NUMBERS, IT DOES

2  NOT TRIGGER THE PROVISIONS OF THE WARREN ACT.

3        MR. RAVER:  BUT THE LAW WILL APPLY.

4        MR. ROBERTS:  THE LAW ALWAYS APPLIES.

5        CHAIRMAN SWEETON:  NOW, COMPANY, WOULD YOU

6  LIKE TO ADDRESS LOCAL 600'S QUESTION ABOUT A MAN

7  COMING FROM CHICAGO ON A PREVIOUS CHANGE, DOVETAILED

8  INTO ST. LOUIS, BUT HE IS GOING TO ENDTAIL GOING BACK.

9        MR. JONES:  WELL, MR. CHAIRMAN, IN NORMAL

10  CIRCUMSTANCES IN THE ROAD OPERATION, A DOVETAIL IN THE

11  CENTRAL REGION -- A DOVETAIL IN THE CENTRAL REGION AND

12  IN THIS PARTICULAR CASE INTO CHICAGO, THESE EMPLOYEES

13  ARE NOT TAKING ANY WORK.  WE ARE PROVIDING THEM AN

14  OPPORTUNITY FOR WORK.  THEREFORE, I AM SURE LOCAL 710

15  WILL ASK THAT THEY ENDTAIL.  I CAN'T COMMENT ON THE

16  INDIVIDUAL THAT WENT FROM ST. LOUIS -- CHICAGO TO

17  ST. LOUIS FOR LOCAL 600.  I HAVE NO IDEA ABOUT THAT.

18  JUST ADDRESSING THE ENDTAIL/DOVETAIL QUESTION.

19        CHAIRMAN SWEETON:  WELL, YOU HAVE THREE

20  LOSSES HERE ON LEGS OF WORK FROM KANSAS CITY AND

21  OKLAHOMA CITY.  HOW MANY YOU MOVING?

Page 65

2007JULY17CHANGEOFOPERATIONS

22      MR. JONES:  THIRTY-FOUR.

23          CHAIRMAN SWEETON:  IF THAT'S THE CASE, THEY

24  ARE LOSING WORK SOMEWHERE, BECAUSE YOU STATE IN YOUR

25  STATEMENT, ST. LOUIS, MISSOURI ROAD OPERATIONS WILL

O'BRIEN COURT REPORTERS   (714) 891-7450

73

1  LOSE WORK ON LEGS OF KANSAS CITY, MISSOURI AND

2  OKLAHOMA CITY, OKLAHOMA.  THIS EQUATES TO THREE

3  POSITIONS.

4          MR. JONES:  CORRECT.

5          CHAIRMAN SWEETON:  APPARENTLY THEY ARE

6  LOSING WORK TO THREE POSITIONS.

7          MR. JONES:  I UNDERSTAND THAT.

8          CHAIRMAN SWEETON:  IF THEY ARE GOING TO LOSE

9  WORK THREE POSITIONS, YOU ARE GOING TO SEND THEM WITH

10  THEIR SENIORITY SOMEWHERE.

11          MR. JONES:  WHEREVER THEIR SENIORITY HOLDS.

12  AGAIN, I THINK THAT IS A QUESTION FOR THE COMMITTEE.

13  HE IS ADDRESSING WHAT WOULD HAPPEN.  LET ME READ THAT

14  AGAIN FOR THE RECORD.  HE SAID, I HAVE A DRIVER THAT

15  DOVE-TAILED OUT OF CHICAGO AND ST. LOUIS AND MAY BE

16  INTERESTED IN RETURNING TO CHICAGO.

17          CO-CHAIRMAN ROBERTS:  A LINE DRIVER?

18          MR. JONES:  THAT'S CORRECT.

19          CO-CHAIRMAN ROBERTS:  LINE DRIVERS DOVETAIL.

20          MR. JONES:  I THINK WE HAVE ANSWERED THAT.

21          MR. LYTLE:  LINE DRIVERS DOVETAILS ANYWAYS

22  IN 710; DON'T HE?

23          PARTICIPANT:  AS LONG AS HE BRINGS WORK IN,

24  HE DOES.

Page 66

2007JULY17CHANGEOFOPERATIONS
25       MR. JONES:  BRINGS WORK.

O'BRIEN COURT REPORTERS     (714) 891-7450

74

1          CHAIRMAN SWEETON:  WHO IS NEXT?

2          MR. BAEZ:  CHUCK BAEZ FOR 710.  WE HAVE MET

3    WITH THE COMPANY.  WE ARE GOING TO START WITH THE

4    DOCK.  MR. FRANKO IS NOT HERE.  MR. FRANKO IS THE

5    AGENT AT THE DOCKS WITH YELLOW IN CHICAGO.  WE HAVE

6    MET WITH THE COMPANY AND THEY HAVE ANSWERED ALL THEIR

7    QUESTIONS.  WE APPRECIATE THE ENDTAIL LANGUAGE IN THE

8    ACTUAL BIDDING FOR THE DOCK BECAUSE WE WILL ENDTAIL

9    THE 710 DOCK.

10          WE GO TO THE ROAD, AND WE HAVE MET

11   MR. JONES SEVERAL TIMES ON THE ROAD.  HE HAS ANSWERED

12   ABSOLUTELY EVERY QUESTION.  710'S POSITION ON THREE

13   ITEMS.  NO. 1.  NOBODY ADDRESSED THE CLEVELAND BID

14   THAT WE HAVE, HAVE TO BE TRIPLE QUALIFIED.  WE ARE

15   REQUESTING THAT YOU BE TRIPLE QUALIFIABLE TO BID INTO

16   OUR DOCK -- I AM SORRY -- COME INTO OUR ROAD.

17          ALONG WITH THAT, THE PEOPLE ARE NOT

18   BRINGING ANY WORK WITH THEM, AND WE APPRECIATE LOCAL

19   100'S POSITION BECAUSE THAT IS OUR POSITION.  ANYBODY

20   THAT COMES TO CHICAGO, THAT IS A 16 PLUS, BUT IT IS A

21   REAL ZERO, AND WE WOULD RESPECTFULLY ASK YOU GUYS TO

22   ENDTAIL THEM, AND OUR HEALTH, WELFARE AND PENSION

23   SHOULD BE OURS TOO.  THEM POSITIONS WILL BE OUT IN THE

24   STREET.  THEY WILL BE FILLED BY REGULAR PEOPLE OR 5/5

25   PEOPLE THAT WOULD COME INTO OUR HEALTH, WELFARE AND

O'BRIEN COURT REPORTERS     (714) 891-7450

Page 67

2007JULY17CHANGEOFOPERATIONS

75

1  PENSION.

2  　　　　　WITH THAT, I THINK THAT'S ALL WE HAVE.

3  　　　　　CHAIRMAN SWEETON:  PAT, DO YOU HAVE ANYTHING

4  ELSE?

5  　　　　　MR. FLYNN:  NO, SIR.  I THINK MY AGENT

6  COVERED IT VERY WELL.  LOCAL 710 HAS A VERY VERY LONG

7  HISTORICAL PROCEDURE FOR PEOPLE THAT COME INTO OUR

8  TOWN.  WE GET WHAT WE GIVE.  BUT WHEN WE LEAVE, OUR

9  DOCK POSITIONS, WHICH WE HAVE AND WE GO INTO OTHER

10  DOMICILES, WE UNDERSTAND THAT WE ARE ENDTAILED AND WE

11  HAVE ACCEPTED THAT FOR MANY MANY YEARS, AND THAT'S

12  WHAT YOU GET WHEN YOU COME IN.

13  　　　　　CHAIRMAN SWEETON:  COMPANY, DO YOU WANT TO

14  RESPOND TO THE NO WORK GOING INTO CHICAGO?  HOW DO YOU

15  JUSTIFY GIVING THEM A MOVE IN THERE?

16  　　　　　MR. JONES:  MR. CHAIRMAN, WE JUSTIFY IT BY

17  THE FACT THAT MY DRIVER HAS READ INTO THE RECORD

18  OPERATIONAL NEEDS, FORECAST, EMPLOYEE ATTRITION,

19  DRIVER UNAVAILABILITY.  UNAVAILABILITY TO HIRE DRIVERS

20  IN CHICAGO.  IF WE HAVE WORK FOR PEOPLE, WE THINK

21  THOSE PEOPLE SHOULD HAVE THE OPPORTUNITY FOR WORK.

22  THAT IS WHY WE ARE ALLOWING THEM TO --

23  　　　　　CHAIRMAN SWEETON:  HOW MANY PEOPLE ARE YOU

24  REQUESTING GOING INTO CHICAGO?

25  　　　　　MR. JONES:  I AM SORRY.

O'BRIEN COURT REPORTERS    (714) 891-7450

76

1  　　　　　CHAIRMAN SWEETON:  HOW MANY PEOPLE ARE YOU

2  REQUESTING?

Page 68

2007JULY17CHANGEOFOPERATIONS

3          MR. JONES: SIXTEEN.

4          CHAIRMAN SWEETON:  AND THAT'S ALL ADDITIONAL

5   WORK.  THERE IS NO WORK FOR THOSE 16 BEING MOVED IN

6   THERE.

7          MR. JONES:  THAT'S CORRECT.

8              WOULD YOU LIKE ME TO ALSO RESPOND TO

9   THE TRIPLES QUALIFIED AND THE OTHER QUESTIONS?

10          CHAIRMAN SWEETON:  GO RIGHT AHEAD.

11          MR. JONES:  WE AGREE WITH THE UNION, THEY

12  SHOULD BE TRIPLES CERTIFIABLE.  THE ENDTAIL QUESTION

13  OBVIOUSLY WOULD BE LEFT TO THE DECISION OF THIS

14  COMMITTEE AS WELL AS THE HEALTH AND WELFARE AND

15  PENSION ISSUE.

16          MR. BRYANT:  THIS IS BRYANT FOR THE

17  COMMITTEE.  I HAVE GOT A QUESTION.  ON YOUR ITEM NO.

18  7, IT SHOWS A NET GAIN AT 20 POSITIONS.  SHOWS CHICAGO

19  ROAD OPERATION WILL LOSE WORK ON THE LEG TO COLUMBUS.

20  THIS EQUATES TO 13 POSITIONS.  ROAD OPERATION WILL

21  LOSE WORK TO SOME OF ITS SATELLITES.  THIS EQUATES TO

22  LOSS OF THREE POSITIONS.

23              IN YOUR ADDENDUM, DOES THAT WIPE THAT

24  OUT?

25          MR. JONES:  NO, SIR.  IF YOU CONTINUE ON, IT

O'BRIEN COURT REPORTERS    (714) 891-7450

                                                      77

1   SAYS, WITH THE 13 AND THREE.  IT SAYS, "CHICAGO ROAD

2   OPERATION WILL GAIN WORK ON THE LEG TO CLEVELAND, OHIO

3   AND INDIANAPOLIS, INDIANA.  THIS EQUATES TO A GAIN OF

4   16 POSITIONS."

5              ON THE NEXT PAGE.
                    Page 69

2007JULY17CHANGEOFOPERATIONS

6          THERE IS A GAIN OF 16 LOST TO THE 16

7  GAIN.  THEN WE MADE AN ADDENDUM INITIALLY TO THAT 20

8  TO MAKE THAT AN ADDENDUM THAT'S A GAIN OF 16.  THAT'S

9  WHERE WE ARE ADDRESSING IS 16 NOT FOLLOWING THE WORK

10  INTO CHICAGO.

11          MR. BRYANT:  NOW WAIT A MINUTE.  THAT'S MY

12  QUESTION.  IS CHICAGO LOSING WORK ON THE LEG TO

13  COLUMBUS?

14          MR. JONES:  THEY WILL STILL RUN COLUMBUS.

15  THEY ARE LOSING SOME WORK, YES, AS IDENTIFIED HERE.

16          MR. BRYANT:  SO IS THE ANSWER YES OR IS IT

17  NO?

18          MR. JONES:  YES.  YES.

19          MR. BRYANT:  IS CHICAGO LOSING WORK TO SOME

20  OF ITS SATELLITES THAT EQUATES A LOSS OF THREE

21  POSITIONS?

22          MR. JONES:  THAT'S CORRECT.  WE HAVE

23  IDENTIFIED THOSE TO THE LOCAL.

24          MR. BRYANT:  AND CHICAGO IS GAINING WORK ON

25  THE LEGS TO CLEVELAND.

O'BRIEN COURT REPORTERS   (714) 891-7450

78

1          MR. JONES:  THAT'S CORRECT.  AND

2  INDIANAPOLIS.

3          MR. BRYANT:  IN ADDITION TO THAT, YOU ALSO

4  HAVE AN AVAILABLE, WHICH YOU HAVE CHANGED FROM 20 TO

5  16.

6          MR. JONES:  THAT IS ALSO CORRECT,

7  MR. BRYANT.

8          MR. BRYANT:  OKAY.

Page 70

2007JULY17CHANGEOFOPERATIONS

9          CO-CHAIRMAN ROBERTS:  I AM STILL CONFUSED.

10         MR. LYTLE:  QUESTION, MR. CHAIRMAN.

11         CO-CHAIRMAN ROBERTS:  I AM STILL CONFUSED

12    BOB.  IF I MIGHT:  IS THERE SUFFICIENT WORK BEING

13    TRANSFERRED INTO CHICAGO, LINE WORK, TO JUSTIFY THE

14    MOVEMENT OF 16 DRIVERS?

15         MR. JONES:  AGAIN, MR. CHAIRMAN, IT IS THE

16    POSITION OF THE COMPANY, IT IS THE CHANGE WAS DUE TO

17    OPERATIONAL NEEDS, FORECAST AND ATTRITION AND

18    UNAVAILABILITY.  WE HAVE BEEN IN A HIRING MODE IN

19    CHICAGO FOREVER.  WE CERTAINLY FEEL THERE IS ENOUGH

20    WORK TO SUSTAIN 16 PEOPLE.

21         CO-CHAIRMAN ROBERTS:  THAT'S NOT MY

22    QUESTION.  MY QUESTION IS:  ARE YOU TRANSFERRING WORK

23    IN THERE?

24         MR. JONES:  NO.  NO.  WE ARE NOT

25    TRANSFERRING, WORK BEING TRANSFERRED IN THERE.

O'BRIEN COURT REPORTERS    (714) 891-7450

79

1          CO-CHAIRMAN ROBERTS:  NO LINE WORK BEING

2    TRANSFERRED INTO CHICAGO AT ALL?

3          MR. JONES:  NO.  NO.

4          MR. BRYANT:  SAYS RIGHT HERE CHICAGO IS

5    GAINING WORK TO CLEVELAND, OHIO AND INDIANAPOLIS.  ARE

6    THEY GAINING OR NOT?

7          MR. JONES:  WELL, I AM SPECIFICALLY

8    ADDRESSING THE 16 THAT WE ARE TALKING ABOUT, ABOUT NOT

9    FOLLOWING WORK AND WHETHER THEY SHOULD ENDTAIL OR NOT.

10   YES.  THEY ARE GAINING WORK ON LEGS TO CLEVELAND AND

11   INDIANAPOLIS AND IT IS A GAIN OF 16 POSITIONS.  THE 16

Page 71

2007JULY17CHANGEOFOPERATIONS

12  WE ARE ADDRESSING, THERE IS NO WORK FOLLOWING THOSE

13  EMPLOYEES.

14          MR. PAFFENROTH:  SO YOU ARE SUGGESTING TO

15  MOVE 32 PEOPLE?

16          MR. JONES:  NO.

17          MR. BRYANT:  WHAT YOU ARE SAYING, LET ME SEE

18  IF I GOT THIS FIGURED OUT, BECAUSE YOU WON'T SAY IT.

19  THESE 16 POSITIONS THAT THEY ARE LOSING WORK ON AND

20  THE 16 POSITIONS THAT THEY ARE GAINING WORK ON, WIPES

21  EACH OTHER OUT.

22          MR. JONES:  THAT'S CORRECT.

23          MR. BRYANT:  AND THEN IN ADDITION TO THAT,

24  YOU ARE OFFERING 16 WORK OPPORTUNITY MOVES.

25          MR. JONES:  THAT'S CORRECT.

O'BRIEN COURT REPORTERS   (714) 891-7450

0

80

1          MR. BRYANT:  SO THEY ARE GAINING; THEY ARE

2  LOSING --

3          MR. JONES:  THEY ARE GAINING; THEY ARE

4  LOSING.

5          MR. BRYANT:  -- ON CERTAIN LEGS.

6          MR. JONES:  THAT'S CORRECT.  BUT THE 16 THAT

7  WE ARE PROPOSING BASED ON ATTRITION AND FORECAST AND

8  DRIVER UNAVAILABILITY, THEY ARE NOT BRINGING WORK.

9  THERE IS NO WORK TO BE FOLLOWED.

10          MR. PAFFENROTH:  MINUS THOSE 16 POSITIONS,

11  THAT MAKES THE NUMBERS NOT BALANCE ON THE NUMBER OF

12  LOSS AND THE NUMBER OF GAIN.

13          MR. LYTLE:  IN THE CHANGE ITSELF.

14          MR. PAFFENROTH:  IN THE CHANGE ITSELF.

Page 72

2007JULY17CHANGEOFOPERATIONS

15          SO YOUR OPENING STATEMENT THAT THERE IS

16 AN EQUAL NUMBER OF LOSS TO AN EQUAL NUMBER OF GAIN IS

17 NOT TRUE -- TECHNICALLY.

18          MR. JONES:  IT IS --

19          MR. PAFFENROTH:  IT IS IF YOU JUST ADD

20 PEOPLE RANDOMLY, BUT I MEAN, NUMBERS WISE, IT DOES NOT

21 MATCH, DOES IT?

22          MR. JONES:  IF YOU ARE SPECIFICALLY TALKING

23 ABOUT WORK GAINS AND LOSSES, NO.

24          MR. PAFFENROTH:  OKAY.

25          CHAIRMAN SWEETON:  HAVE EXECUTIVE SESSION.


            O'BRIEN COURT REPORTERS    (714) 891-7450


                                                        81

1          SERGEANT AT ARMS PERKINS:  CLEAR THE ROOM.

2               (EXECUTIVE SESSION.)

3          CHAIRMAN SWEETON:  WE ARE GOING TO GO BACK

4 ON RECORD.

5          LET THE RECORD REFLECT THAT THE 16 WORK

6 OPPORTUNITY MOVES TO CHICAGO WILL BE ADDRESSED IN OUR

7 DECISION.  SO ANYBODY THAT HAS GOT ANY QUESTIONS ON

8 THAT, IT WILL BE ADDRESSED IN THE DECISION OF THE

9 CHANGE.

10          MR. JONES:  THANK YOU, MR. CHAIRMAN.

11          CHAIRMAN SWEETON:  ANYTHING ELSE 710?

12          MR. BAEZ:  NO, SIR.

13          CHAIRMAN SWEETON:  THANK YOU, GENTLEMEN.

14          SERGEANT AT ARMS PERKINS:  964.

15          MR. FREY:  MR. CHAIRMAN, LOCAL 964 HAS NO

16 OBJECTION TO THE NUMBER OF PROPOSED MEMBERS COMING

17 INTO CLEVELAND, 11.  WE ARE A WHITE PAPER AGREEMENT.

                        Page 73

2007JULY17CHANGEOFOPERATIONS

18   I APOLOGIZE.   I ONLY HAVE ONE COPY OF THE CONTRACT

19   WITH ME.   I WILL GIVE IT TO THE CHAIR BEFORE I LEAVE.

20               UNDER THIS AGREEMENT WE ARE AN ENDTAIL

21   SITUATION.   MY 17 YEARS AS AN OFFICER OF THIS LOCAL,

22   EVERY CHANGE OF OPERATIONS HAS ALWAYS BEEN ENDTAIL.

23   WITH ALL DUE RESPECT TO LOCAL 413, IF THE MOVE WAS TO

24   GO THE OTHER WAY, WE WOULD END UP IN AN ENDTAIL

25   SITUATION ALSO.

O'BRIEN COURT REPORTERS    (714) 891-7450

82

1               I WOULD LIKE TO GO ON THE RECORD FOR

2   TWO ISSUES.   ONE IS THAT WE ARE RIGHT NOW PROMISED TWO

3   POSITIONS BECAUSE OF RETIREMENT IN OUR FACILITY.   I

4   DON'T HAVE A PROBLEM WAITING ON THEM TWO POSITIONS

5   BEING FILLED UNTIL AFTER THE CHANGE TO ALLOW THESE

6   INDIVIDUALS TO POSSIBLY GAIN A LITTLE BIT OF SENIORITY

7   THERE.

8               AND ALSO, WE HAVE OUR OWN HEALTH AND

9   WELFARE FUND IN THE LOCAL.   I UNDERSTAND THAT THE

10   CONTRACT WILL ADDRESS TO ALLOW THEM TO EITHER STAY IN

11   THE CENTRAL STATES OR TO TAKE THIS FOLLOW (SIC).

12               WITH THAT, WE AGAIN HAVE NO OBJECTIONS

13   TO THE CHANGE.

14         CHAIRMAN SWEETON:   COMPANY, TO CLARIFY WHAT

15   HE SAID ON THE RECORD, TO MY UNDERSTANDING, YOU ARE

16   OWED TWO ADDITIONAL MECHANICS AT THE PRESENT TIME; IS

17   THAT CORRECT?

18         MR. FREY:   DUE TO RETIREMENT, YES.

19         CHAIRMAN SWEETON:   DO YOU INTEND TO REPLACE

20   THOSE AFTER --

2007JULY17CHANGEOFOPERATIONS

21      MR. FREY:  THEY ARE LOOKING RIGHT NOW.

22      MR. BOOTHE:  WE ARE LOOKING RIGHT NOW.

23      CHAIRMAN SWEETON:  THEY WILL BE REPLACED,

24  YES OR NO?

25      MR. JONES:  YES, MR. CHAIRMAN.

O'BRIEN COURT REPORTERS    (714) 891-7450

83

1      CHAIRMAN SWEETON:  THANK YOU.  VERY GOOD.

2          EASTERN REGION

3      SERGEANT AT ARMS PERKINS:  GOING TO THE

4  EAST.  LOCAL 29.

5      MR. FARRISH:  LOCAL 29, JOHN FARRISH.  NO

6  OBJECTION.  YOU HAVE THE LETTER.

7  (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

8  REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

9

10  (DOCUMENT ON THE LETTERHEAD OF LOCAL UNION NO. 29)

11          JUNE 28, 2007

12

13  ERNIE SOEHL, EASTERN REGION FRT. COORDINATOR

14  C/O ERJAC

15  25 LOUISIANA AVENUE, N.W.

16  WASHINGTON, D.C. 20001

17         RE:  MR-CO-05-07/2007

18  DEAR SIR AND BROTHER:

19    IN REFERENCE TO YOUR CORRESPONDENCE DATED JUNE

20  26, 2007, THIS IS TO ADVISE AFTER MY REVIEW OF THE

21  PROPOSED MULTI-REGION CHANGE OF OPERATIONS TO BE HEARD

22  ON TUESDAY, JULY 17, 2007 AT THE NATIONAL GRIEVANCE

23  HEARINGS, LOCAL UNION #29 HAS NO OBJECTIONS TO THE

Page 75

2007JULY17CHANGEOFOPERATIONS

24 CHANGE AS SUBMITTED.

25                          FRATERNALLY,

        O'BRIEN COURT REPORTERS    (714) 891-7450

⬚

                                                      84

1                    /S/ JOHN D. FARRISH

2                    JOHN D. FARRISH

3                    SECRETARY-TREASURER

4                    PRINCIPAL OFFICER

5   JDF/CHG

6

7    TEAMSTERS UNION MEMBERS MAKE THE BEST EMPLOYEES

8    (END OF DOCUMENT PROVIDED TO THE COURT REPORTER.)

9          SERGEANT AT ARMS PERKINS:  LOCAL 71.

10         MR. MC CAFFREY:  WE HAVE A LETTER FROM TED

11   RUSSELL, PRESIDENT.  HE HAS NO OBJECTIONS TO THE

12   CHANGE AS PROPOSED.

13   (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

14   REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

15    (DOCUMENT ON THE LETTERHEAD OF LOCAL UNION NO. 71)

16

17                    JULY 10, 2007

18

19   IBT FREIGHT DIVISION

20   ATT: ERNIE SOEHL

21        EASTERN REGION FREIGHT COORDINATOR

22

23   REF: MULTI-REGION CHANGE OF OPERATIONS YELLOW

24        TRANSPORTATION

25

                        Page 76

2007JULY17CHANGEOFOPERATIONS
O'BRIEN COURT REPORTERS    (714) 891-7450

85

1  DEAR SIR AND BROTHER:

2

3      THIS LETTER WILL SERVE TO INFORM YOU THAT

4  TEAMSTERS LOCAL UNION 71 HAS MET WITH THE COMPANY;

5  REGARDING THE PROPOSED CHANGE OF OPERATIONS, WHICH IS

6  SCHEDULED TO BE HEARD IN MYRTLE BEACH, S.C., ON JULY

7  17, 2007. AFTER DISCUSSING THE CHANGE WITH THE

8  COMPANY, LOCAL 71 WILL HAVE NO OBJECTIONS TO THIS

9  CHANGE AS PROPOSED.

10     IF THERE ARE ANY QUESTIONS, PLEASE FEEL FREE TO

11  GIVE ME A CALL.

12                    FRATERNALLY,

13                    /S/  TED RUSSELL

14                    TED RUSSELL

15                    PRESIDENT

16  (END OF DOCUMENT PROVIDED TO THE COURT REPORTER.)

17          SERGEANT AT ARMS PERKINS:  LOCAL 171 HAS A

18  LETTER.

19          MR. MC CAFFREY:  AND LOCAL 171 IS HERE AS

20  WELL.

21          MR. VIA:  ROOSEVELT VIA, PRESIDENT OF LOCAL

22  171. I HAVE NO OBJECTION.  I HAVE ALSO SUBMITTED A

23  LETTER.

24          MR. MC CAFFREY:  I HAVE THAT LETTER.

25          MR. VIA:  THANK YOU.

O'BRIEN COURT REPORTERS    (714) 891-7450

86

2007JULY17CHANGEOFOPERATIONS

1  (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

2  REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

3  (DOCUMENT ON THE LETTERHEAD OF LOCAL UNION NO. 171)

4                    JULY 13, 2007

5

6  VIA FAX #(202) 624-8722

7

8  ERNIE SOEHL, EASTERN REGION FREIGHT COORDINATOR

9  IBT NATIONAL FREIGHT DIVISION

10  25 LOUISIANA AVENUE N.W.

11  WASHINGTON, D.C. 20001

12

13  DEAR SIR:

14

15  IN REGARD TO YOUR FAX DATED JUNE 26, 2007, PLEASE BE

16  ADVISED THAT LOCAL 171 HAS NO OBJECTION TO THE

17  PROPOSED CHANGE OF OPERATIONS AS PRESENTED BY YELLOW

18  FREIGHT TO THE AFFECTED VIRGINIA LOCAL UNIONS.

19

20  I INTEND TO BE PRESENT AT THE MEETING ON JULY 17,

21  2007.

22

23  LOOK FORWARD TO SEEING YOU THEN.

24

25                    SINCERELY,

          O'BRIEN COURT REPORTERS    (714) 891-7450

                                                        87

1                    /S/ ROOSEVELT A. VIA

2                    ROOSEVELT A. VIA

3                    PRESIDENT

                    Page 78

2007JULY17CHANGEOFOPERATIONS
                LOCAL UNION NO. 171

6  RAV/DF

7  C:.  JOHN FARRISH - LOCAL #29 - FAX #540-943-7649

8       GARY QUINN - YELLOW FR. LABOR REP.

9          FAX #704-597-3223

10

11  (END OF DOCUMENT PROVIDED TO THE COURT REPORTER.)

12        SERGEANT AT ARMS PERKINS:  175.

13        MR. MC CAFFREY:  I HAVE A LETTER FROM 175,

14  RALPH WINTER, SECRETARY-TREASURER.  NO OBJECTIONS TO

15  THE CHANGE.

16  (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

17  REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

18  (DOCUMENT ON THE LETTERHEAD OF LOCAL UNION NO. 175)

19

20               JULY 12, 2007

21

22  ERNIE SOHEL

23  FREIGHT COORDINATOR

24  EASTERN REGION OF TRUSTEES

25

        O'BRIEN COURT REPORTERS    (714) 891-7450

                                                    88

1               VIA FACSIMILE (202)624-8722

2

3  DEAR ERNIE:

4      PLEASE BE ADVISED THIS LOCAL UNION HAS NO ISSUES

5  WITH THE YELLOW TRANSPORTATION MULTI-REGION CHANGE OF

6  OPERATIONS WHICH WILL BE HEARD ON JULY 17, 2007.

                    Page 79

2007JULY17CHANGEOFOPERATIONS

7    IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE

8  TO CONTACT THE UNDERSIGNED.

9                         SINCERELY,

10                        /S/ RALPH WINTER/MD

11                        RALPH WINTER

12                        SECRETARY-TREASURER

13  RW:MD

14    (END OF DOCUMENT PROVIDED TO THE COURT REPORTER.)

15          SERGEANT AT ARMS PERKINS:  355.  GOT A

16  LETTER, AND THEY ARE HERE.

17          CHAIRMAN SWEETON:  GO AHEAD.

18          MR. ALEXANDER:  LOCAL 355 HAS NO OBJECTIONS

19  TO THE CHANGE AS PROPOSED.  HOWEVER, WE DO HAVE TWO

20  REQUESTS FOR THIS COMMITTEE TO CONSIDER.

21              OUR FIRST REQUEST IS THAT THE ROAD

22  DRIVERS BE COMPENSATED AT THE HOURLY RATE OF PAY AND

23  NOT THE MILEAGE RATE FOR THEIR DRIVING TIME BETWEEN

24  THE RIDGEFIELD AND THE CLEVELAND BUILDINGS.  THAT'S

25  CONSIDERED AS ONE FACILITY TO THE BEST OF MY

O'BRIEN COURT REPORTERS   (714) 891-7450

89

1  KNOWLEDGE, BUT THE ROAD DRIVERS ARE DISPATCHED FROM

2  ONE BUILDING TO THE NEXT BUILDING, AND THEY ARE PAID

3  FOUR MILES FOR THE DISPATCH, AND MY DRIVERS BELIEVE

4  THAT IS ONE FACILITY.  THEY SHOULD BE PAID BY THE HOUR

5  WHILE THEY ARE THERE.

6          CHAIRMAN SWEETON:  RICHMOND TO WHERE?

7          MR. ALEXANDER:  EXCUSE ME?

8          CHAIRMAN SWEETON:  WHAT'S THOSE LOCATIONS?

9          MR. ALEXANDER:  OUT OF BOTH.  THE RIDGEFIELD

2007JULY17CHANGEOFOPERATIONS

10  INTO CLEVELAND FACILITIES.  RIDGEFIELD BUILDING AND

11  THE CLEVELAND BUILDING ARE FOUR MILES APART.

12          CHAIRMAN SWEETON:  COMPANY, HAVE YOU

13  DISCUSSED THIS WITH THE LOCAL UNION?

14          MR. QUINN:  YES.  WE HAVE.  THIS IS QUINN

15  FOR YELLOW TRANSPORTATION.  THE POSITION I TOOK WITH

16  THE LOCAL UNION IS TWOFOLD MR. CHAIRMAN.

17              NO. 1, OUR RIDGEFIELD, OHIO AND

18  CLEVELAND, OHIO TERMINALS ARE TWO SEPARATE FACILITIES.

19  ROAD DRIVERS ARE PAID MILEAGE WHEN THEY ARE DISPATCHED

20  BETWEEN THE TWO FACILITIES.

21              ADDITIONALLY, THIS CASE WAS HEARD AS A

22  GRIEVANCE FILED BY LOCAL 355 BEFORE THE MARYLAND D.C.

23  COMMITTEE IN FEBRUARY OF '07, AND THE CLAIM OF THE

24  UNION WAS DENIED.  AND I HAVE THE MINUTES OF THAT

25  MEETING.

O'BRIEN COURT REPORTERS    (714) 891-7450

▯

90

1           CHAIRMAN SWEETON:  HOW FAR APART ARE THESE

2  TERMINALS?

3           MR. QUINN:  FOUR MILES?

4           CHAIRMAN SWEETON:  IS THIS ON THE HEAVILY

5  MOVED HIGHWAY?

6           MR. QUINN:  IT CAN GO EITHER WAY WITH THE

7  VOLUME WITH THE MARYLAND DRIVER GOING IN THERE,

8  MR. CHAIRMAN.

9           CHAIRMAN SWEETON:  SO HE CAN BE HELD UP FOR

10  A PERIOD OF TIME.

11           MR. QUINN:  WELL, HE CAN BE DISPATCHED FROM

12  BALTIMORE TO RIDGEFIELD AND THEN END UP BEING

Page 81

2007JULY17CHANGEOFOPERATIONS

13  REDISPATCHED TO CLEVELAND OR VICE VERSA, EITHER BEFORE

14  OR AFTER HIS REST.

15          CHAIRMAN SWEETON:  AND I AM SAYING IN RUSH

16  HOUR TRAFFIC IT COULD TAKE HIM A WHILE TO GET FROM ONE

17  TERMINAL TO THE OTHER.

18          MR. JONES:  NO.  TRAFFIC IS NOT AN ISSUE.

19          CHAIRMAN SWEETON:  UNION.

20          MR. ALEXANDER:  I WOULD HAVE TO DEFER TO THE

21  CLEVELAND LOCAL IF THEY CAN TELL ME ABOUT THE TRAFFIC

22  THERE.

23          MR. SMITH:  IT IS A SECONDARY ROAD.  RUSH

24  HOUR TRAFFIC OBVIOUSLY IS A LITTLE HEAVIER, BUT THE

25  TRAVEL TIME IN THE MIDDLE OF THE NIGHT IS PROBABLY TEN

O'BRIEN COURT REPORTERS    (714) 891-7450

91

1  MINUTES IN RUSH HOUR TRAFFIC, PROBABLY 15.

2          CHAIRMAN SWEETON:  THANK YOU.

3              ANY OTHER QUESTIONS?

4          MR. ALEXANDER:  YES, SIR.  THE OTHER REQUEST

5  IS THAT THE COMPANY BE REQUIRED TO FILL THE VACANT

6  POSITIONS AFTER THE BIDDING PROCESS HAS BEEN

7  COMPLETED.  WE ARE GETTING THREE POSITIONS IN

8  BALTIMORE.

9          MR. QUINN:  THIS IS QUINN FOR THE COMPANY.

10  IF THEY DO NOT FILL THROUGH THE POOL BID, WE WILL FILL

11  THOSE POSITIONS IN BALTIMORE.

12          CHAIRMAN SWEETON:  THANK YOU.

13          MR. ALEXANDER:  THAT'S IT.

14          CHAIRMAN SWEETON:  THANK YOU.

15  (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

2007JULY17CHANGEOFOPERATIONS

16  REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

17  (DOCUMENT ON THE LETTERHEAD OF LOCAL UNION 355)

18  JUNE 26, 2007

19

20  ERNIE SOEHL

21  EASTERN REGION FREIGHT COORDINATOR

22  INTERNATIONAL BROTHERHOOD OF TEAMSTERS

23  25 LOUISIANA AVENUE N.W.

24  WASHINGTON, D.C. 20001

25

O'BRIEN COURT REPORTERS    (714) 891-7450

92

1  GARY QUINN

2  DIRECTOR LABOR RELATIONS

3  YELLOW TRANSPORTATION, INC.

4  11001 REAMES ROAD

5  CHARLOTTE, NC 28269

6

7  RE:  MULTI-REGION CHANGE OF OPERATIONS

8

9  DEAR SIRS;

10     PLEASE BE ADVISED THAT LOCAL 355 HAS NO

11  OBJECTIONS TO YELLOW TRANSPORTATION MULTI-REGION

12  CHANGE OF OPERATIONS MR-CO-05-07/2007.  HOWEVER, WE DO

13  RESERVE THE RIGHT TO SEEK CLARIFICATION ON THE RECORD

14  REGARDING THE ISSUES PREVIOUSLY DISCUSSED WITH THE

15  COMPANY.

16  SINCERELY,

17  /S/ BILL ALEXANDER

18  BILL ALEXANDER

Page 83

2007JULY17CHANGEOFOPERATIONS
19  BUSINESS REPRESENTATIVE

20

21  CC:  LARRY WOLFE - MD/DC SUPPLEMENTAL CHAIRMAN

22

23          "INSIST ON ALL UNION DELIVERIES"

24  (END OF DOCUMENT PROVIDED TO THE COURT REPORTER.)

25          SERGEANT AT ARMS PERKINS:  592 HAS A LETTER.

O'BRIEN COURT REPORTERS    (714) 891-7450

93

1          MR. MC CAFFREY:  592, I HAVE A LETTER FROM

2  JAMES R. SMITH, PRESIDENT OF LOCAL 592.  NO OBJECTION

3  TO THE CHANGE.

4  (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

5  REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

6  (DOCUMENT ON THE LETTERHEAD OF LOCAL UNION NO. 592)

7

8  JUNE 28, 2007

9

10  MR. ERNIE SOEHL, EASTERN REGION FREIGHT COORDINATOR

11  25 LOUISIANA AVENUE, N.W.

12  WASHINGTON, DC 20001-2198

13

14  DEAR BROTHER AND SIR:

15

16  THIS IS TO NOTIFY YOU THAT TEAMSTERS LOCAL 592 IN

17  RICHMOND, VA, HAS NO OBJECTION TO THE PROPOSED

18  MULTI-REGION CHANGE OF OPERATIONS BY YELLOW

19  TRANSPORTATION CASE NO. MR-CO-05-07/2007.

20

21  FRATERNALLY,

Page 84

2007JULY17CHANGEOFOPERATIONS

22 /S/ JAMES R. SMITH, PRESIDENT

23 JAMES R. SMITH, PRESIDENT

24

25 JRS:SC

O'BRIEN COURT REPORTERS    (714) 891-7450

94

1 CC:  JOHN FARRISH, CHAIRMAN, VA. STATE COMMITTEE

2       GARY QUINN, YELLOW TRANSPORTATION

3   (END OF DOCUMENT PROVIDED TO THE COURT REPORTER.)

4         SERGEANT AT ARMS PERKINS:  671 HAS A LETTER.

5         MR. MC CAFFREY:  I HAVE A LETTER FROM ROGER

6 FENLASON, BUSINESS AGENT FOR LOCAL 671, WITH NO

7 OBJECTIONS TO THE CHANGE.

8 (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

9 REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

10

11     (DOCUMENT ON THE LETTERHEAD OF UNION NO. 671)

12

13 MR. ERNIE SOEHL, EASTERN REGION FREIGHT DIRECTOR

14 IBT LOCAL 701

15 2003 US ROUTE #130, SUITE B

16 NORTH BRUNSWICK, N.J. 08902

17

18 RE:  YELLOW, CHANGE OF OPERATION

19

20 DEAR BROTHER SOEHL,

21

22 THIS IS FORMAL NOTIFICATION THAT TEAMSTERS LOCAL 671

23 HAS NO OBJECTIONS TO THE COMPANY'S PROPOSED CHANGE OF

24 OPERATION PROVIDING ALL QUESTIONS AND CONCERNS BY ANY

Page 85

2007JULY17CHANGEOFOPERATIONS
25  AFFECTED LOCAL ARE SATISFACTORILY ADDRESSED ON THE

O'BRIEN COURT REPORTERS    (714) 891-7450

95

1   RECORD AND THE CHANGE IS OPERATED IN COMPLIANCE WITH

2   ALL NATIONAL AND SUPPLEMENTAL LANGUAGE OF THE

3   CONTRACT.

4

5   FRATERNALLY,

6   /S/ ROGER D. FENLASON

7   BUSINESS AGENT

8

9   CC:  N. PICARELLO

10

11  VIA: FAX: (732)821-6233

12            (913)266-4195

13            US POSTAL SERVICE

14   (END OF DOCUMENT PROVIDED TO THE COURT REPORTER.)

15           SERGEANT AT ARMS PERKINS:  LOCAL 822.

16           MR. MC CAFFREY:  I HAVE A LETTER FROM JAMES

17  WRIGHT, PRESIDENT OF LOCAL 822, WITH NO OBJECTIONS TO

18  THE CHANGE.

19           CHAIRMAN SWEETON:  THANK YOU, KEVIN.

20           MR. MC CAFFREY:  YOU ARE WELCOME.

21  (THE FOLLOWING DOCUMENT WAS PROVIDED TO THE COURT

22  REPORTER AND HAS BEEN MANUALLY TYPED INTO THE RECORD.)

23   (DOCUMENT ON THE LETTERHEAD OF LOCAL UNION NO. 822)

24  JUNE 21, 2007

25

O'BRIEN COURT REPORTERS    (714) 891-7450

2007JULY17CHANGEOFOPERATIONS

96

1   MR. ERNIE SOEHL

2   EASTERN REGIONAL FREIGHT DIRECTOR

3   INTERNATIONAL BROTHERHOOD OF TEAMSTERS

4   2003 US ROUTE #130, SUITE 724

5   NORTH BRUNSWICK, ILLINOIS 60018

6

7   RE:  YELLOW FREIGHT CHANGE OF OPERATIONS

8

9   DEAR MR. SOEHL,

10

11      TEAMSTERS LOCAL UNION NO. 822 HAS NO OBJECTION TO

12   YELLOW FREIGHT'S PROPOSED CHANGE OF OPERATIONS.

13

14   SINCERELY,

15   /S/ JAMES A. WRIGHT

16   JAMES A. WRIGHT

17   PRESIDENT

18

19   JAW/SZR

20   (END OF DOCUMENT PROVIDED TO THE COURT REPORTER.)

21          SERGEANT AT ARMS PERKINS:  GOING TO THE

22   SOUTH.  LOCAL 480.

23          CHAIRMAN SWEETON:  HOLD ON.

24          CO-CHAIRMAN ROBERTS:  KEVIN, CAN YOU

25   IDENTIFY WHICH OF THE EASTERN LOCAL UNIONS THAT ARE

O'BRIEN COURT REPORTERS   (714) 891-7450

97

1   GAINING ROAD OPPORTUNITIES HAVE A COMMON SENIORITY

2   LIST.  HAS A SINGLE LINE SENIORITY LIST.

2007JULY17CHANGEOFOPERATIONS

3          MR. JONES:  COMPANY CAN.

4          MR. MC CAFFREY:  I DON'T KNOW.

5          MR. QUINN:  BALTIMORE, MARYLAND IS A

6  SEPARATE LIST.

7          CO-CHAIRMAN ROBERTS:  IT IS SEPARATE?

8          MR. QUINN:  CORRECT.  CHARLOTTE, NORTH

9  CAROLINA IS A SEPARATE LIST.  NORFOLK, VIRGINIA IS A

10  SEPARATE LIST.  RICHMOND, VIRGINIA IS A NEW DOMICILE

11  BUT WILL BE A SEPARATE LIST.  ROANOKE, VIRGINIA IS A

12  SEPARATE LIST.  STANTON, VIRGINIA IS A NEW DOMICILE

13  BUT WILL BE A SEPARATE LIST, AND I CANNOT ADDRESS

14  MIDDLETOWN, CONNECTICUT.

15          MR. MC CAFFREY:  THAT IS ONE SINGLE LINE

16  SENIORITY LIST.

17          CO-CHAIRMAN ROBERTS:  WHAT LOCAL IS THAT?

18          MR. MC CAFFREY:  671.

19          MR. BOOTHE:  AS WELL AS CHARLOTTE, LOCAL

20  175, IS A SINGLE LINE SENIORITY LIST.

21          CO-CHAIRMAN ROBERTS:  THANK YOU.

22          CHAIRMAN SWEETON:  FRANK.

23          SERGEANT AT ARMS PERKINS:  480.

24          MR. MOTTERN:  MR. CHAIRMAN, AFTER MEETING

25  WITH THE COMPANY THIS MORNING CONCERNING THIS LEG

O'BRIEN COURT REPORTERS    (714) 891-7450

98

1  CHANGE FROM KANSAS CITY TO MEMPHIS WITH NO CHANGES IN

2  THE NUMBER OF SCHEDULES, LOCAL 480 HAS NO OBJECTION TO

3  THE CHANGE, BUT I WOULD RESPECTFULLY REQUEST THAT THE

4  COMMITTEE UPHOLD IN THE COMPANY'S PRESENTATION OF THE

5  BIDDING CONCERNING CDL LICENSE INTO THE NATIONAL

2007JULY17CHANGEOFOPERATIONS

6  DOMICILE BY HOSTLERS AND CARTAGE PEOPLE.

7          CHAIRMAN SWEETON:  OKEY DOKE.

8          SERGEANT AT ARMS PERKINS:  728.

9          CHAIRMAN SWEETON:  GO AHEAD, SIR.

10         MR. HOBGOOD:  MICHAEL HOBGOOD, LOCAL 728.  I

11 JUST WANT A COUPLE OF QUESTIONS TO CLARIFY FOR THE

12 RECORD.

13              ARE WE CORRECT IN OUR UNDERSTANDING

14 THAT AFTER THIS CHANGE, COLUMBUS, OHIO WILL NO LONGER

15 HAVE THE PRIMARY AND/OR BIDS TO ATLANTA, GEORGIA?

16         CHAIRMAN SWEETON:  COMPANY.

17         MR. COOK:  COOK FOR THE COMPANY.

18 POST-CHANGE, THAT IS CORRECT.  COLUMBUS WILL NOT HAVE

19 A PRIMARY OR BIDS TO ATLANTA.

20         MR. HOBGOOD:  WITH THAT, WE HAVE NO

21 OBJECTIONS TO THE CHANGE.

22         CHAIRMAN SWEETON:  THANK YOU.

23         SERGEANT AT ARMS PERKINS:  THAT'S IT,

24 MR. CHAIRMAN.

25         CHAIRMAN SWEETON:  THANK YOU.  EXECUTIVE

O'BRIEN COURT REPORTERS  (714) 891-7450

99

1  SESSION.

2          SERGEANT AT ARMS PERKINS:  CLEAR THE ROOM.

3               (EXECUTIVE SESSION.)

4          THE MOTION:

5               MR-CO-05-07/2007

6               (YELLOW)

7

8  MR. CHAIRMAN, I MOVE THE COMPANY'S PROPOSED CHANGE OF

Page 89

2007JULY17CHANGEOFOPERATIONS

9  OPERATIONS BE APPROVED AS CLARIFIED AND MODIFIED BY

10  THE PARTIES ON THE RECORD WITH THE FOLLOWING

11  PROVISIONS:

12

13       1.   THE COMPANY'S PROPOSED METHOD OF BIDDING

14  WITH THE SIGN-UP SHEETS BEING POSTED AT THE LOSING

15  TERMINALS ON FRIDAY, JULY 19, 2007, AND REMAIN POSTED

16  UNTIL 11:59 P.M, FRIDAY, JULY 27, 2007, WITH THE

17  TELEPHONE BID TO TAKE PLACE ON WEDNESDAY, AUGUST 1,

18  2007, AT 8:00 A.M. CENTRAL DAYLIGHT SAVINGS TIME IS

19  APPROVED.  THE DATE OF IMPLEMENTATION SHALL BE

20  SEPTEMBER 16, 2007.

21       2.   BECAUSE THIS IS A MULTI-REGION CHANGE OF

22  OPERATIONS, BIDDING INTO GAINING LOCATIONS SHALL BE ON

23  A POOL BID AND EMPLOYEES SHALL EXERCISE THEIR CURRENT

24  BIDDING SENIORITY.

25       3.   SUCCESSFUL BIDDERS SHALL BE DOVETAILED ONTO

O'BRIEN COURT REPORTERS    (714) 891-7450

0

100

1  THE APPROPRIATE SENIORITY LIST AT THE LOCATION THEY

2  BID INTO USING THEIR BIDDING SENIORITY, EXCLUDING

3  HOWEVER, EMPLOYEES BIDDING INTO LOCAL 710

4  DOCK/HOSTLING POSITIONS SHALL BE END-TAILED.  IN

5  ADDITION, SHOP EMPLOYEES BIDDING INTO ANY ONE OF THE

6  GAINING SHOP FACILITIES SHALL ALSO BE END-TAILED.

7  LOCAL CARTAGE EMPLOYEES BIDDING INTO CLEVELAND WILL BE

8  SUBJECT TO THE CLEVELAND LOCAL SENIORITY PRACTICES AT

9  THE TIME OF IMPLEMENTATION.

10      4.   BOTH ACTIVE AND INACTIVE EMPLOYEES SHALL BE

11  AFFORDED THE OPPORTUNITY TO BID IN ACCORDANCE WITH

Page 90

2007JULY17CHANGEOFOPERATIONS

12 THIS DECISION. THE DATE TO DETERMINE NEW HIRES, WHO

13 SHALL NOT BE AFFORDED THE OPPORTUNITY TO BID SHALL BE

14 JUNE 1, 2007.

15      5.    QUALIFIED EMPLOYEES WHO ARE ON LONG-TERM

16 DISABILITY (LTD) AT THE TIME OF THE BID SHALL BE

17 AFFORDED THE OPPORTUNITY TO BID AND IN THE EVENT THEY

18 ARE UNABLE TO CLAIM THEIR BID AT THE TIME OF

19 IMPLEMENTATION, THE POSITION THEY BID INTO SHALL BE

20 OFFERED ON A HOLD-DOWN BASIS TO OTHER EMPLOYEES IN THE

21 SAME CLASSIFICATION AT THE AFFECTED LOSING DOMICILE.

22 THE SUCCESSFUL HOLD-DOWN BIDDER SHALL BE DOVETAILED ON

23 THE APPLICABLE SENIORITY LIST AT THE LOCATION THEY BID

24 INTO UNTIL SUCH TIME AS THE LTD BIDDER IS ABLE TO

25 CLAIM HIS BID, AT WHICH TIME THE HOLD-DOWN EMPLOYEE

O'BRIEN COURT REPORTERS    (714) 891-7450

101

1 WILL BE AFFORDED THE OPPORTUNITY TO EITHER RETURN TO

2 THE LOCATION HE BID OUT OF, ON A DOVETAIL SENIORITY

3 BASIS OR REMAIN AT THE HOLD-DOWN LOCATION, IN WHICH

4 CASE HE WILL BE GIVEN A NEW BIDDING AND LAYOFF

5 SENIORITY DATE AS OF THE DATE THE HOLD-DOWN BEGAN BUT

6 SHALL RETAIN HIS PRESENT BIDDING SENIORITY DATE FOR

7 VACATION PURPOSES. EMPLOYEES BIDDING A HOLD-DOWN

8 POSITION SHALL NOT BE ENTITLED TO ANY MOVING OR

9 LODGING EXPENSES AS SET FORT IN ARTICLE 8 SECTION 6 OF

10 THE NMFA UNLESS AND UNTIL SUCH TIME AS IT BECOMES

11 EVIDENT THE LTD EMPLOYEE WILL NEVER RETURN TO WORK, IN

12 WHICH CASE THE HOLD-DOWN BIDDER WILL BE CONSIDERED A

13 SUCCESSFUL BIDDER AT THE TIME OF THE ORIGINAL BID AND

14 SHALL BE ENTITLED TO ALL OF THE PROVISIONS OF THIS

2007JULY17CHANGEOFOPERATIONS

15 DECISION.

16     6.   EMPLOYEES BIDDING INTO AN EASTERN REGION

17 LOCATION THAT HAS  SINGLE LINE SENIORITY (COMMON ROAD

18 AND LOCAL CARTAGE SENIORITY LIST) MUST REMAIN IN THE

19 CLASSIFICATION THEY BID OUT OF FOR A PERIOD OF ONE (1)

20 YEAR UNLESS THE NEXT ANNUAL BID AT THAT LOCATION

21 OCCURS AT LEAST NINE (9) MONTHS AFTER THE DATE OF

22 IMPLEMENTATION.

23     7.   AN EMPLOYEE WHO HAS BEEN DISCHARGED AND

24 WHOSE DISCHARGE IS PENDING RESOLUTION UNDER THE

25 APPLICABLE PROVISIONS OF THE NMFA AND ITS SUPPLEMENTAL

O'BRIEN COURT REPORTERS   (714) 891-7450

102

1 AGREEMENTS SHALL BE AFFORDED THE OPPORTUNITY TO BID.

2     8.   A LOCAL CARTAGE EMPLOYEE

3 (ΛDOCK/CARTAGE/SWITCHER) WHO ELECTS TO BID INTO A

4 GAINING LOCATION WHERE IT IS MANDATORY TO BE CDL

5 QUALIFIED AND WHO IS NOT CDL QUALIFIED, SHALL BE

6 AFFORDED THE OPPORTUNITY, DURING THE SIXTY (60)

7 CONSECUTIVE DAY PERIOD FOLLOWING THE DATE OF

8 IMPLEMENTATION, TO TRAIN TO BECOME CDL QUALIFIED. THE

9 EMPLOYER SHALL PROVIDE APPROPRIATE PERSONNEL AND

10 EQUIPMENT TO TRAIN THE EMPLOYEE AT THE EMPLOYEE'S

11 PRESENT DOMICILE UNLESS OTHERWISE MUTUALLY AGREED TO.

12 IN THE EVENT THE EMPLOYEE FAILS TO BECOME CDL

13 QUALIFIED HE SHALL FORFEIT HIS BID AND REMAIN AT HIS

14 PRESENT DOMICILE.

15     9.   IN ORDER TO BID INTO A GAINING OVER-THE-ROAD

16 LOCATION THAT REQUIRES A DRIVER TO BE TRIPLES

17 CERTIFIED, THE DRIVER MUST BE TRIPLES CERTIFIABLE AND

Page 92

2007JULY17CHANGEOFOPERATIONS

18  BECOME CERTIFIED AS SOON AS POSSIBLE.

19      10.  GAINING SWITCHING AND LOCAL DOCK/CARTAGE

20  POSITIONS SHALL BE BID SIMULTANEOUSLY AT THE TIME OF

21  THE ORIGINAL TELEPHONE BID; PROVIDED HOWEVER,

22  SUCCESSFUL BIDDERS SHALL BE SUBJECT TO THE LOCAL

23  SENIORITY PRACTICES AT THE LOCATION THEY BID INTO FOR

24  PURPOSES OF JOB SELECTION.

25      11.  FULL-TIME TEAMSTER OFFICERS, BUSINESS AGENTS

O'BRIEN COURT REPORTERS    (714) 891-7450

103

1  AND ORGANIZERS WHO HAVE SENIORITY RIGHTS TO RETURN TO

2  THE COMPANY, SHALL BE ALLOWED TO BID AND IF SUCCESSFUL

3  MUST CLAIM THAT BID AT THE TIME THEY CEASE TO BE A

4  FULL TIME OFFICER AND/OR BUSINESS AGENT, ORGANIZER OR

5  FORFEIT THEIR BID.

6      12.  SOUTHERN MODIFIED SENIORITY SHALL BE

7  EXERCISED IN ACCORDANCE WITH THE SOUTHERN REGION

8  OVER-THE-ROAD NEGOTIATING COMMITTEE'S AGREEMENT OF

9  JULY 27, 1999, AND SHALL BECOME EFFECTIVE AFTER THE

10  GENERAL TELEPHONE BID THAT IS PROVIDED FOR IN THIS

11  DECISION.

12      13.  RE-BIDDING AT EACH OF THE AFFECTED LOCATIONS

13  WILL BE CONDUCTED SIXTY (60) DAYS FOLLOWING THE DATE

14  OF IMPLEMENTATION; PROVIDED HOWEVER, WHERE THE SIXTY

15  (60) DAY PERIOD IS NOT NECESSARY THE BIDS WILL BE

16  POSTED AS SOON AS POSSIBLE OR AS OTHERWISE MAY BE

17  MUTUALLY AGREED TO.

18      14.  EMPLOYEES TRANSFERRING FROM THE JURISDICTION

19  OF ONE SUPPLEMENTAL AGREEMENT TO THAT OF ANOTHER

20  SUPPLEMENTAL AGREEMENT SHALL NOT LOSE THEIR

Page 93

2007JULY17CHANGEOFOPERATIONS

21 ENTITLEMENT TO EARNED VACATION IN ACCORDANCE WITH THE

22 SOUTHERN REGION OVER-THE ROAD LETTER OF UNDERSTANDING

23 RELATIVE TO THIS MATTER AND THAT LETTER OF

24 UNDERSTANDING SHALL BE ATTACHED HERETO AND MADE A PART

25 OF THIS DECISION.

O'BRIEN COURT REPORTERS    (714) 891-7450

0

104

1     15.   MOVING AND LODGING EXPENSES SHALL BE PAID IN

2 ACCORDANCE WITH THE PROVISIONS OF ARTICLE 8 SECTION 6(

3 C) OF THE NMFA; PROVIDED HOWEVER, THE COMPANY'S

4 PROPOSAL TO PAY, ON AN INDIVIDUAL VOLUNTARY BASIS,

5 $3,500 LESS APPLICABLE TAX WITHHOLDINGS IN LIEU OF

6 LODGING EXPENSES IS APPROVED.

7     16.   EMPLOYEES ON LETTER OF LAYOFF AT A GAINING

8 LOCATION SHALL NOT BE ALLOWED TO EXERCISE THEIR

9 SENIORITY TO BUMP A LESS SENIOR EMPLOYEE WHO BIDS INTO

10 THAT LOCATION UNLESS AND UNTIL SUCH TIME HE IS

11 RECALLED TO REGULAR EMPLOYMENT BY LETTER OF RECALL, AT

12 WHICH TIME HE SHALL BE DOVETAILED ON THE ACTIVE

13 SENIORITY LIST.

14     17.   THE REQUEST OF THE LOCAL UNION FOR 120 DAY

15 WINDOW PERIOD IS APPROVED.

16     18.   IN THE EVENT THE NUMBER OF GAINING POSITIONS

17 DO NOT FILL DURING THE TELEPHONE BID, THE COMPANY IS

18 ADVISED TO MEET WITH THE AFFECTED LOCAL UNIONS TO

19 DETERMINE THE NEED, IF ANY, TO FILL THESE POSITIONS

20 AND THE METHOD BY WHICH ADDITIONAL POSITIONS WILL BE

21 FILLED.

22     19.   THE REQUEST OF LOCAL 413 FOR ALL CLASS A

23 MECHANICS TO BE PAID CLASS A MECHANIC RATE REGARDLESS

Page 94

2007JULY17CHANGEOFOPERATIONS

24    OF THE POSITION THEY HOLD IS DENIED.

25        20.   THE REQUEST OF LOCAL 964 FOR THE HEALTH AND

O'BRIEN COURT REPORTERS     (714) 891-7450

105

1    WELFARE AND PENSION CONTRIBUTIONS BEING MADE ON BEHALF

2    OF EMPLOYEES TRANSFERRING IN INTO THE 964 TRUST IS

3    DENIED.

4        21.   HEALTH AND WELFARE AND PENSION CONTRIBUTIONS

5    ON BEHALF OF EMPLOYEES TRANSFERRING UNDER THIS

6    DECISION SHALL BE PAID UNDER THE APPLICABLE HEALTH,

7    WELFARE AND PENSION FUNDS SUCH CONTRIBUTIONS WERE

8    BEING PAID INTO IMMEDIATELY PRIOR TO IMPLEMENTATION.

9        22.   THE REQUEST OF LOCAL 355 FOR THE ROAD

10   DRIVERS TO BE PAID THE HOURLY RATE WHEN RUNNING

11   BETWEEN RICHFIELD AND CLEVELAND IS DENIED.

12       23.   THE REQUEST OF THE COMPANY TO OFFER 16 OTR

13   POSITIONS IN CHICAGO IS DENIED BASED ON THE STATEMENTS

14   OF THE PARTIES ON THE RECORD THAT NO ROAD WORK IS

15   BEING TRANSFERRED INTO CHICAGO.

16       24.   NOTHING CONTAINED HEREIN IS INTENDED TO BE

17   IN VIOLATION OF THE TERMS AND CONDITIONS OF THE NMFA

18   OR ANY OF ITS APPLICABLE SUPPLEMENTAL AGREEMENTS.

19

20

21

22

23

24

25

Page 95

106

1                    REPORTER'S CERTIFICATE

2

3          I, JOSEPHINE J. O'BRIEN, C.S.R., NO. 6480, A

4   CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF

5   CALIFORNIA, COUNTY OF ORANGE, DO HEREBY CERTIFY:

6          THAT THE AFOREMENTIONED TRANSCRIPT OF

7   PROCEEDINGS WAS TAKEN DOWN BY ME IN STENOTYPE AND

8   THEREAFTER TRANSCRIBED INTO TYPEWRITING UNDER MY

9   DIRECTION AND SUPERVISION, AND THAT THE FOREGOING IS A

10  TRUE RECORD OF THE PROCEEDINGS TAKEN TO THE BEST OF MY

11  ABILITY.

12         I FURTHER CERTIFY THAT I AM NEITHER COUNSEL

13  NOR RELATED IN ANY WAY TO ANY PARTY OF SAID

14  PROCEEDINGS, NOR OTHERWISE INTERESTED IN THE RESULT OR

15  OUTCOME THEREOF.

16         IN WITNESS WHEREOF, I HAVE HEREUNTO

17  SUBSCRIBED MY NAME THIS 10TH DAY OF OCTOBER 2007.

18

19

20        _____
          JOSEPHINE J. O'BRIEN
21        C.S.R. NO. 6480, RPR
          CERTIFIED SHORTHAND REPORTER
22

23

24

25